# EXHIBIT 3

Personal | Business | Support | Contact Sales

AT&T Business

Products | Industries & solutions | Resources | Search | Account sign in

Home > AT&T 5G > AT&T Private 5G Edge

Request info



# AT&T Private 5G Edge

A rapidly deployable, edge computing platform with the help of AT&T and Microsoft

AT&T Private 5G Edge is designed to be an integrated platform providing connectivity and embedded applications through a single platform with the use of CBRS spectrum and/or AT&T spectrum.

AT&T Private 5G Edge is being developed for mid-size companies or large organizations with distributed facilities who desire dedicated connectivity with an edge compute solution. Our solution prioritizes cost, security, flexibility and ease of use.

Our new service compliments the existing Azure Public MEC service, which we co-created with Microsoft based on AT&T Network Edge.

For more information and to be considered in our preview phase, please complete this form below. Someone will respond to your inquiry within 24 hours

## Request info

To get sales help from a Business Solutions specialist, please complete this form.

First name

Last name

Email address

Phone

Company name

Add comment

Chat

Personal | Business | Support | Contact Sales

AT&T Business

Products | Industries & solutions | Resources

Search

Account sign in

**Email address**

**Phone**

**Company name**

**Add comment**

Do not include any personal information such as a Social Security number (SSN), Employer Identification Number (EIN), driver's license or state ID number, financial account number(s), credit or debit card number(s), or any other sensitive information in this form.

☐ Yes, please send me the latest news and offers for AT&T Business solutions.

Submit

We are committed to protecting your privacy.

---

Your feedback will help us to improve AT&T Business so you continue to have a great experience when visiting us!

This survey is conducted by an independent company ForeSee for AT&T.

YES, I'LL GIVE FEEDBACK! →

---

AT&T Business

| Business Internet | Business wireless & mobility | Collaboration solutions | Networking services |
| IoT solutions | 5G business internet | Cloud services | Cybersecurity |
| Support | Business blog & resources | Sectors | Partners |

| Wireless coverage map | About AT&T | Sitemap | News |
| Business Center | Find a Store | Careers | 5G |

Terms of use | Your privacy center | Accessibility | Your Privacy Choices | Health Privacy Notice | Cyber Security

© 2024 AT&T Intellectual Property. All rights reserved. AT&T, the AT&T logo and all other AT&T marks contained herein are trademarks of AT&T intellectual property and/or AT&T affiliated companies. All other marks are the property of their respective owners.

Chat

---