# EXHIBIT 4

## Summary Tables

**Table 1:**

| Asserted Patent Titles in This Case: | Asserted Patent Titles in First-Filed Case: |
|---|---|
| "OAMP for **Distributed Mobile Architecture.**" ('020 Patent) ECF No. 1-7 | "OAMP for **Distributed Mobile Architecture**." ('409 Patent) Ex. 8 |
| "System, Method, and Device for Providing Communications Using a **Distributed Mobile Architecture.**" ('029 Patent) ECF No. 1-6 | "System, Method, and Device for Providing Communications Using a **Distributed Mobile Architecture**." ('763, '414, '111 and '478 Patents) Exs. 5, 6, 9, 11 |
| "Communications Using A **Distributed Mobile Architecture.**" ('230 Patent) ECF No. 1-1 | |
| "System, Method, and Device for Routing Calls Using a **Distributed Mobile Architecture.**" ('990 Patent) ECF No. 1-4 | "System, Method, and Device for Routing Calls Using a **Distributed Mobile Architecture**." ('988 Patent) Ex. 7 |
| "System and Method To **Control Wireless Communications.**" ('667 Patent) ECF No. 1-5 | "System and Method to **Control Wireless Communications.**" ('980 Patent) Ex. 10 |

**Table 2:**

| Asserted Patent in this Case | Related Patent in First Filed Case |
|---|---|
| '230 (continuation of '763) ECF No. 1-1 | '763 (parent of '230) Ex. 5 |
| '020 (divisional of '409) ECF No. 1-7 | '409 (parent of '020) Ex. 8 |
| '990 (continuation of '988) ECF No. 1-4 | '988 (parent of '990) Ex. 7 |
| '990 (parent of '478) ECF No. 1-4 | '478 (child of '990) Ex. 11 |
| '029 (parent of '111) ECF No. 1-6 | '111 (child of '029) Ex. 9 |

**Table 3:**

| Terminally Disclaimed Patent Asserted in This Case | Reference Patent Asserted in First-Filed Case | Prosecution History Citation |
|---|---|---|
| '990 Patent | '988 Patent | Ex. 13 (obviousness-type double patenting rejection); Ex. 14 (terminal disclaimer) |
| '667 Patent | '414 Patent | Ex. 15 (obviousness-type double patenting rejection); Ex. 16 (terminal disclaimer) |
| '230 Patent | '763 Patent | Ex. 17 (Lemko stating that examiner required terminal disclaimer be field to find claims allowable); Ex. 18 (terminal disclaimer) |

**Table 4:**

| Claim Term | Asserted Patents in This Case | Asserted Patents in First-Filed Case |
|---|---|---|
| "distributed mobile architecture" (DMA) | '066, Cls. 3–6, 12–13, 15, 16<br>'322, Cls. 1, 6, 9, 11–18, 21, 23–26<br>'990, Cls. 1–5, 7–13, 15–21, 23–25<br>'667, Cls. 1–5, 8, 10–14, ,20, 23–24<br>'020, Cls. 1–3, 5–6, 8–10, 12–14, 16 | '980, Cls. 1–4, 7–16<br>'478, Cls. 1–5, 7–13, 15–19<br>'931, Cls. 1, 3–4, 7, 10, 12, 14–15<br>'409, Cls. 1–4, 8–13, 17–18, 23–30<br>'763, Cls. 1–18<br>'414, Cls. 1–4, 7–21<br>'988, Cls. 1–3, 6–8, 10–29, 32–36, 38–45<br>'111, Cls. 1, 6, 8–11, 13–16, 18–19 |
| "distributed mobile architecture gateway (DMAG) | '990, Cls. 1–2, 7–13, 15–17, 20–21, 23–25<br>'667, Cls. 1–5, 8–14, 16–21<br>'020, Cls. 1–3, 5–11, 13–15 | '980, Cls. 1-6, 8–16, 19–20<br>'931, Cls. 1–9, 12–16<br>'409, Cls. 1–26, 30<br>'988, Cls. 1–2, 6–8, 10–18, 20–24, 27–30, 32–33, 35, 38–45 |
| "home location register" | '230, Cls. 1, 8, 13<br>'066, Cls. 1, 3<br>'322, Cls. 2, 3, 19<br>'990, Cl. 3<br>'667, Cls. 3, 4 10, 14, 16, 21, 24<br>'029, Cls. 1, 2, 3, 8, 10, 19 | '478, Cls. 3, 11, 17<br>'414, Cls. 1, 4, 8, 11, 12, 20<br>'111, Cls. 6, 7, 11, 12, 15, 16, 17<br>'988, Cl. 9 |

2

| Claim Term | Asserted Patents in This Case | Asserted Patents in First-Filed Case |
|---|---|---|
| "visitor location register" | '230, Cls. 1, 8, 13<br>'066, Cls. 1, 3<br>'322, Cls. 1, 3–6, 9, 11, 15–21, 25, 26<br>'667, Cls. 5, 8, 10, 14, 19, 21, 23<br>'029, Cls. 4–6, 16 | '414, Cls. 1, 8, 11, 12<br>'111, Cls. 9, 14, 18–20 |
| "community location register" | '066, Cls. 1, 3<br>'667, Cls. 4, 14, 18, 21, 24<br>'029, Cls. 1, 7, 8, 10, 19 | '414, Cls. 1, 4, 8, 11, 12, 20<br>'111, Cls. 8, 13, 15 |
| "authentication, authorization, and accounting (AAA) module" | '230, Cls. 1, 8, 13<br>'029, Cls. 1, 4, 8 | '763, Cls. 5, 7<br>'414, Cls. 11, 12, 20<br>'111, Cls. 15, 18 |
| "mobile switching center (MSC)" | '230, Cls. 1, 8, 13<br>'990, Cl. 6<br>'029, Cls. 3, 6, 9 | '763, Cl. 1<br>'478, Cls. 6, 14, 20<br>'414, Cls. 5, 13, 16, 19, 21<br>'988, Cl. 5<br>'111, Cl. 3, 7, 12, 17, 20 |
| "base station controller (BSC)" | '230, Cls. 1, 8, 13<br>'029, Cl. 9 | '763, Cls. 1, 15, 16, 17<br>'414, Cl. 21<br>'111, Cl. 5 |
| "group call program"/ "program to allow a group call" | '230, Cls. 1–11, 13 | '763, Cl. 1 |
| "legacy network"/ "legacy communication network" | '667, Cls. 1, 6, 7, 10, 14, 15, 20<br>'020, Cls. 1, 9, 13<br>'990, Cls. 5, 6, 18, 22) | '980, Cls. 6, 17, 18<br>'478, Cls. 5, 6, 13, 14, 16, 19, 20<br>'409, Cls. 1, 16<br>'988, Cls. 1, 5, 22, 31, 33, 37, 42 |
| "telephony data"/ "telephony traffic" | '230, Cls. 1, 5, 7, 8 | '763, Cls. 1–3 |
| "private IP network" | '667, Cls. 1, 10, 14, 20, 23<br>'020, Cls. 1, 3, 5, 6, 8, 9, 13<br>'990, Cls. 16, 21, 23 | '409, Cls. 1–4, 18, 25, 26<br>'988, Cls. 36, 38 |
| "call detail record (CDR)" | '230, Cls. 1, 8, 13<br>'029, Cl. 9 | '763, Cl. 1<br>'414, Cl. 21<br>'111, Cl. 2 |
| "voice-over IP (VoIP) [call]" | '667, Cl. 6<br>'029, Cls. 3, 6 | '414, Cls. 14, 16, 19<br>'111, Cls. 7, 12, 17, 20 |

3

**Table 5:**

| Exemplary Figures: | Asserted Patents in this Case: | Asserted Patents in First-Filed Case: |
|---|---|---|
| [figure] | '230, Fig. 1<br>'029, Fig. 1<br>'322, Fig. 1<br>'990, Fig. 4 | '111, Fig. 1<br>'414, Fig. 1<br>'478, Fig. 4<br>'763, Fig. 1<br>'988, Fig. 4 |
| [figure] | '230, Fig. 2<br>'066, Fig. 2<br>'322, Fig. 3<br>'990, Fig. 5<br>'029, Fig. 3 | '763, Fig. 2<br>'414, Fig. 3<br>'988, Fig. 5<br>'111, Fig. 3<br>'478, Fig. 5 |

**Table 6:**

| Lemko's Description of the Invention in This Case | Lemko's Description of the Invention in the First-Filed Case |
|---|---|
| "At the time of Lemko's pioneering efforts that led to the inventions of the Asserted Patents, traditional cellular architecture was based on a hierarchical, circuit-switched architecture. **All calls were carried from cell towers to regional call centers over expensive backhaul connections. The** | "Before Lemko's inventions, conventional cellular networks were based on circuit-switched, circuit transmission networks with a centralized, hierarchical architecture. **All calls were carried from cell towers to regional call centers over expensive circuit backhaul connections. The regional call centers relied** |

4

| Lemko's Description of the Invention in This Case | Lemko's Description of the Invention in the First-Filed Case |
|---|---|
| regional call centers relied on stacks of custom hardware to manage and route calls for an entire region. The cell towers had no functionality for managing and routing calls, since that capacity was located in the mobile switching station. **This approach had many disadvantages, including the need for expensive backhaul to and from the mobile switching station, even when two parties to a phone call were in the same area, because the cell towers could not manage or connect calls without the mobile switching station."** Dkt. 1 ¶ 21. | on stacks of custom hardware to manage and route calls for an entire region. The cell towers had no functionality for managing and routing calls, since that capacity was located in the centralized regional call centers. **This approach had many disadvantages, including the need for expensive backhaul to and from regional call centers, even when the two parties to a phone call were in the same area, because the cell towers could not manage or connect calls independent of the regional call centers."** Ex. 1 at ¶ 12. |
| **"Certain claims of the Asserted Patents variously recite elements not found in then-conventional networks, such as** … distributed mobile architecture gateways **(DMAG) with interfaces to communicate with a legacy communication network, a home DMA register with a list of DMA nodes and designated to route communications to mobile devices, a visitor DMA register with a list of DMA nodes that are roaming with respect to the DMAG**, and a community location register (CLR). **Other claims of the Asserted Patents describe further specific and non-conventional functions and networking requirements of DMA servers and DMAGs."** Dkt. 1 ¶ 40 | **"Certain claims of the Asserted Patents variously recite elements not found in then-conventional networks, such as a DMAG with an interface to communicate with a legacy communication network, a home DMA register with a list of DMA nodes and designated to route communications to mobile devices, a visitor DMA register with a list of DMA nodes that are roaming with respect to the DMAG**, …. **Other claims of the Asserted Patents describe further specific and nonconventional functions and networking requirements on DMA servers and DMAGs."** Ex. 1 ¶ 41. |

5

**Table 7:**

| Lemko's Description of Accused Products in This Case | Lemko's Description of Accused Products in the First-Filed Case |
|---|---|
| "AT&T Private 5G Edge employs **servers running [Microsoft's] Azure Private 5G Core virtualized software**. The servers may be common-off-the-shelf servers (COTS), **including [Microsoft] Azure Stack Edge servers,** or other COTS servers." *Id.* at ¶ 50. | "The Accused Products include at least the following products and services: **Affirmed Mobile Core; Affirmed Private Network Service ('APNS'); Azure Stack Edge ('ASE')**..." Ex. 1 at ¶ 50. "**Affirmed Mobile Core run[s] on Azure Stack Edge servers ('ASE') [hardware]...**" *Id.* at ¶ 63. |
| "As detailed on Microsoft's website, 'Azure Private 5G Core is **an Azure cloud service for deploying and managing 5G core network functions** on an Azure Stack Edge device, as part of an on-premises private mobile network for enterprises." *Id* at ¶ 50. | "Prior to Microsoft's acquisition of Affirmed Networks, **Affirmed marketed its mobile packet core (i.e. software for managing and controlling mobile networks)** …" *Id.* at ¶ 51.<br><br>"The Accused Products are used to provide **mobile network control and management functions on a decentralized network, VFN, or NFV,** … *Id.* at ¶ 46. |
| "**Azure Private 5G Core software** performs multiple functions, including mobility and handover management (**AMF: access and mobility function); session handling (SMF: session management function); … and data routing (UPF: user plane function).**" *Id.* at ¶ 55. | "**Affirmed Networks' 5G Mobile Packet Core** product includes virtualized implementations of at least the following 5G network nodes and services: **AMF (Access and Mobility Function …, SMF (Session Management Function), UPF (User Plane Function** …These **virtualized functions are provided by software** …." *Id.* at ¶ 57. |
| "**Each Azure Private 5G Core … provides core network functions**, service management and visibility of the **private mobile network.**<br><br>The **network functions** include an instantiated single enterprise mobile network which is a complete set of **5G virtualized network functions.**" *Id.* at ¶ 53. | "**Affirmed Mobile Core is software that performs core network (4G/5G) functions.**" *Id.* at ¶ 63.<br><br>"APNS is a fully managed **private network solution** that enables mobile network operators and mobile service providers to quickly deliver **private LTE/5G network service to an enterprise**..." *Id.* at ¶ 59 |
| "Each site is a packet core instance, **an implementation of the 3GPP standards-defined 5G Next Generation Core** …." *Id.* at ¶ 54. | "Affirmed Mobile Core software follows the **standard-based open architecture in 3GPP projects to provide 3GPP compliant network functions**…" *Id.* at fn. 4. |

6

**Table 8:**

| Accused 3GPP Core Network Functions in Microsoft's mobile core software in this Case (exemplary cites) | Accused 3GPP Core Network Functions in Microsoft's mobile core software in the First-Filed Case (exemplary cites) |
|---|---|
| HSS (Home Subscriber Server) ECF No. 1 ¶ 86 | HSS (Home Subscriber Server) Ex. 1 ¶ 56 |
| HLR (Home Location Register) ECF No. 1 ¶ 86 | HLR (Home Location Register) Ex. 1 ¶ 112 |
| VLR (Visitor Location Register) ECF No. 1 ¶ 86 | VLR (Visitor Location Register) Ex. 1 ¶ 112 |
| CLR (community location register) ECF No. 1 ¶ 114 | CLR (community location register) Ex. 1 ¶ 116 |
| MSC (Mobile Switching Center) ECF No. 1 ¶ 88 | MSC (Mobile Switching Center) Ex. 1 ¶ 178 |
| BSC (Base Station Controller) ECF No. 1 ¶ 88 | BSC (Base Station Controller) Ex. 1 ¶ 78 |
| AAA (authentication, authorization, and accounting) ECF No. 1 ¶ 88 | AAA (authentication, authorization, and accounting) Ex. 1 ¶ 56 |
| AMF (Access and Mobility Function) ECF No. 1 ¶ 88 | AMF (Access and Mobility Function) Ex. 1 ¶ 57 |
| IMSI (International Mobile Subscriber Identity) ECF No. 1 ¶ 116 | IMSI (International Mobile Subscriber Identity) Ex. 1 ¶ 248 |
| SMF (Session Management Function) ECF No. 1 ¶ 88 | SMF (Session Management Function) Ex. 1 ¶ 57 |
| UPF (User Plane Function) ECF No. 1 ¶ 88 | UPF (User Plane Function) Ex. 1 ¶ 57 |