# EXHIBIT 8



US008107409B2

(12) **United States Patent**
**Pan**

(10) **Patent No.: US 8,107,409 B2**
(45) **Date of Patent: Jan. 31, 2012**

(54) **OAMP FOR DISTRIBUTED MOBILE ARCHITECTURE**

(75) Inventor: **Shaowei Pan**, Kildeer, IL (US)

(73) Assignee: **Lemko Corporation**, Schaumburg, IL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 830 days.

(21) Appl. No.: **12/171,840**

(22) Filed: **Jul. 11, 2008**

(65) **Prior Publication Data**

US 2010/0008306 A1 Jan. 14, 2010

(51) **Int. Cl.**
***H04W 4/00*** (2009.01)

(52) **U.S. Cl.** ......... **370/315**; 370/331; 370/332; 370/230

(58) **Field of Classification Search** .................. 370/230, 370/315, 332, 331; 455/11.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,418,308 B1 * 7/2002 Heinonen et al. .......... 455/414.3
2004/0204097 A1 * 10/2004 Scheinert et al. ............ 455/561
2006/0098661 A1 5/2006 Pan
2006/0159039 A1 7/2006 Jung et al.
2006/0234747 A1 * 10/2006 Pan .............................. 455/519
2007/0087738 A1 * 4/2007 Melkesetian ............. 455/422.1
2007/0287452 A1 12/2007 Pan
2009/0186626 A1 * 7/2009 Raghothaman ........... 455/452.2

OTHER PUBLICATIONS

International Search Report and Written Opinion received in corresponding PCT Application No. PCT/US2009/045968 from the International Searching Authority (KR) mailed Jan. 21, 2010, 13 pages.

* cited by examiner

*Primary Examiner* — Huy Vu
*Assistant Examiner* — Omer Mian
(74) *Attorney, Agent, or Firm* — Toler Law Group, PC

(57) **ABSTRACT**

A method of routing calls includes receiving a first call at a first distributed mobile architecture gateway (dMAG) from a legacy communication network. A routing path for the first call is determined based on register data associated with a mobile station, the routing path including at least one component of each of the first dMAG, a first dMA node, and a private Internet Protocol (IP) network. One or more command messages are sent to reserve the components of the first dMAG, the first dMA node, and the private Internet Protocol (IP) network. One or more confirmation messages are received indicating that components of the first dMAG, the first dMA node, and the private IP network are reserved to route the first call. The first call is connected to the mobile station via the reserved components of the first dMAG, the first dMA node, and the private IP network.

**30 Claims, 8 Drawing Sheets**





100
112
Legacy Networks
128
dMAG Interface
118
114
116
PSTN
(e.g., SS7)
VoIP
(e.g., H.323)
WIRELESS
(e.g., GSM MAP/CAMEL,
CDMA ANSI-41)
102
dMAG
110
Private IP
Network
104
106
108
Home
dMA Node
Home
dMA Node
Visitor
dMA Node
120
122
124
126
128
130

FIG. 1

200
220
Legacy Networks
222
dMAG Interface
202
204
206
dMAG
dMAG
dMAG
214
216
218
Private IP Network
Private IP Network
Private IP Network
208A
208B
210
212
Home dMA Node
Visitor dMA Node
Home dMA Node
Home dMA Node

FIG. 2

U.S. Patent Jan. 31, 2012 Sheet 3 of 8 US 8,107,409 B2

300
312
Legacy Networks
310
Legacy Networks Interface
308
Processor
316
318
314
320
Gateway Module
Conversion Module
Routing Module
322
324
326
328
GUI Module
Master Agent
dMAG Sub-Agents
dMA Registration Module
Data Storage Device
Operations Module
Administration Module
Maintenance Module
Provisioning Module
Management Information Base
Memory
338
330
332
306
334
336
340
Network Interface
dMAG 302
Private IP Network
304

FIG. 3

U.S. Patent Jan. 31, 2012 Sheet 4 of 8 US 8,107,409 B2

400
Wireless Transceiver
412
Wireless Transceiver
414
Wireless Transceiver
416
410
Wireless Transciever Interface
408
Processor
420
422
418
424
426
dMA Sub-Agents
Conversion Module
Routing Module
Performance Collection Module
dMAG Registration Module
Resource Allocation Module
Maintenance Module
Memory
Data Storage Device
428
430
432
434
406
Network Interface
dMA Node 402
Private IP Network
404

FIG. 4

500

| | 508 | 510 | 512 | 514 | 516 | 518 |
|---|---|---|---|---|---|---|
| | dMA Node Register | dMA Node CLR | dMA Node VLR | Visitor dMA Node Register | Visitor dMA Node HLR | Visitor dMA Node VLR |
| 502 | Home dMA Node Register | HLR of each Home dMA Node | VLR of each Home dMA Node | Visitor dMA Node Register | HLR of each Visitor dMA Node | VLR of each Visitor dMA Node |
| 504 | dMA Node Register of 2nd dMAG | HLR of each dMA Node of 2nd dMAG | VLR of each dMA Node of 2nd dMAG | Visitor dMA Node Register of 2nd dMAG | HLR of each Visitor dMA Node of 2nd dMAG | VLR of each Visitor dMA Node of 2nd dMAG |
| 506 | dMA Node Register of 3rd dMAG | HLR of each dMA Node of 3rd dMAG | VLR of each dMA Node of 3rd dMAG | Visitor dMA Node Register of 3rd dMAG | HLR of each Visitor dMA Node of 3rd dMAG | VLR of each Visitor dMA Node of 3rd dMAG |

FIG. 5



600
START
602
Receive at a dMAG a Connection Request to Connect a Call from the Legacy Network to a Mobile Station
604
Determine a Routing Path Based on Register Data Associated with the Mobile Station
606
Transmit One or More Command Messages to Reserve One or More Components along the Determined Routing Path to Connect the Call
608
Receive One or More Confirmation Messages Indicating that the One or More Components Along the Routing Path have been Reserved
610
Connect the Call between the Legacy Network and the Mobile Station via the One or More Reserved Components along the Routing Path
612
END
614

FIG. 6



700
START
702
Receive a Resource Allocation Query Command Message at a dMA Node from a DMAG related to a Call to a Mobile Station
704
Sufficient Resource at the dMA to Connect the Call?
706
YES
NO
Transmit a Response Message to the dMAG that the Call Cannot be Connected to the Mobile Station via the dMA Node
708
Transmit a Response Message to the dMAG Indicating that the dMA Node has Reserved the One or More Components to Connect the Call
710
Receive One or More Data Packets Related to the Call at the dMA Node from the dMAG
712
Convert the One or More Received Packets to One or More Signals Associated with the Mobile Station
714
Wirelessly Transmit the One or More Signals from the dMA Node via a Transceiver to Mobile Station to Connect the Call
716
END
718

FIG. 7



800
802
Processor
824
Instructions
820
810
Video Display
804
Main Memory
824
Instructions
812
Alpha Numeric Input Device
806
Static Memory
824
Instructions
814
Cursor Control Device
808
Network Interface Device
826
Network
816
Drive Unit
822
Machine-Readable Medium
824
Instructions
818
Signal Generation Device

FIG. 8

# OAMP FOR DISTRIBUTED MOBILE ARCHITECTURE

## TECHNICAL FIELD

The present disclosure relates generally to distributed mobile architecture (dMA) systems. More specifically, example embodiments are directed to operations, administration, maintenance and provisioning (OAMP) in a dMA system.

## BACKGROUND

Distributed mobile architecture (dMA) enables multiple dMA nodes (e.g., each dMA node including a dMA server and one or more base transceiver stations (BTSs) that service one or more mobile stations to be interconnected via Internet Protocol (IP) connections.

This interconnectivity defines a dMA network in which voice and data calls to and from the one or more mobile stations may be switched at the edge of the dMA network (e.g., via the dMA nodes). This interconnectivity reduces a need for backhaul of traffic to a mobile switching center (MSC) over a backhaul infrastructure that is ubiquitous in and a major contributor to high costs of the existing mobile networks.

Multiple dMA gateways (dMAGs) may be employed in the dMA network to provide switching of voice and data calls to and from one or more of the plural legacy networks, including public switch telephone networks (PSTNs), IP networks, other wireless systems, and the like, while keeping the edge-switching efficiencies of the dMA network.

Each of the dMAGs may be associated with one or more of the multiple dMA nodes. Some or all of the dMA nodes may roam between different dMAGs. The OAMP services should be capable of servicing the changing topology of the dMA network.

## BRIEF DESCRIPTION OF THE DRAWINGS

Some embodiments are illustrated by way of example and not limitation in the figures of the accompanying drawings in which:

FIG. **1** is a block diagram of an example distributed mobile architecture (dMA) network that includes a dMA gateway (dMAG), which provides one or more of plural dMA nodes with service to one or more of plural legacy networks;

FIG. **2** is a block diagram of an example embodiment of a dMA network that includes plural dMAGs;

FIG. **3** is a block diagram of an example dMAG in accordance with FIGS. **1** and **2**;

FIG. **4** is a block diagram of an example dMA node in accordance with FIGS. **1** and **2**;

FIG. **5** illustrates a table showing example data associated with a dMAG, in accordance with FIGS. **1**-**3**;

FIG. **6** is a flowchart of an example method to connect a call in the dMA networks of FIGS. **1** and **2**;

FIG. **7** is a flowchart of an example method to connect a call in the dMA networks of FIGS. **1** and **2**; and

FIG. **8** is a block diagram illustrating an example computer system within which a set of instructions, for causing the computer system to perform any one or more of the methodologies disclosed in FIGS. **1**-**7**, may be executed.

## DETAILED DESCRIPTION

Example embodiments are directed to operations, administration, maintenance and provisioning (OAMP) in a dMA system.

In accordance with an embodiment, there is provided a method of routing calls via a communications network, the method comprising: receiving a first call at a first distributed mobile architecture gateway (dMAG) from a legacy communication network, the first call placed to a mobile station accessible via the first dMAG; determining a routing path for the first call based on register data associated with the mobile station, the routing path including at least one component of the first dMAG, at least one component of a first dMA node, and at least one component of a private Internet Protocol (IP) network; sending one or more command messages to reserve the at least one component of the first dMAG, the at least one component of the first dMA node, and the at least one component of a private Internet Protocol (IP) network along the routing path; receiving one or more confirmation messages indicating that the at least one component of the first dMAG, the at least one component of the first dMA node, and the at least one component of the private IP network are reserved to route the first call; and connecting the first call to the mobile station the reserved at least one component of the first dMAG, the reserved at least one component of the first dMA node, and the reserved at least one component of the private IP network.

In accordance with another embodiment, there is provided a distributed mobile architecture gateway (dMAG), comprising: a data storage device; a legacy network interface adapted to communicate with a legacy communication network; a home distributed mobile architecture (dMA) register including a list of a first group of dMA nodes, wherein the dMAG is designated to route calls directed to one or more mobile stations served by the first group of dMA nodes and to store performance data associated with each dMA node of the first group of dMA nodes; a visitor dMA register including a list of a second group of dMA nodes, wherein each dMA node of the second group of dMA nodes is roaming with respect to the dMAG and the dMAG is adapted to temporarily route calls directed to one or more mobile stations served by the second group of dMA nodes; a master agent adapted to receive performance data from each dMA node of the first group of dMA nodes and each dMA node of the second group of dMA nodes; and an operations module adapted to: store the performance data from each dMA node of the first group of dMA nodes in the data storage device; and send the performance data from each dMA node of the second group of dMA nodes to one or more additional dMAGs via a private IP network; wherein at least a portion of the calls routed by the dMAG are communicated via the legacy network interface.

In accordance with a further embodiment, there is provided a method of routing calls via a communications network, the method comprising: receiving a resource allocation query command message at a first distributed mobile architecture (dMA) node from a first distributed mobile architecture gateway (dMAG), the first dMA node roaming with respect to the first dMAG and the resource allocation query being related to a call directed to a mobile station adapted to communicate via the first dMA node; sending a response message to the first dMAG from the first dMA node, response message indicating that one or more components of the first dMA node are reserved for the call; receiving one or more packets related to the call at the first dMA node from the first dMAG via a private Internet Protocol (IP) network; sending one or more signals associated with the one or more packets related to the call to the mobile stations via a wireless transceiver integrated with the first dMA node.

In accordance with yet another embodiment, there is provided a distributed mobile architecture (dMA) node, comprising: a data network connection adapted to communicate with

a private Internet protocol (IP) network; and a performance module adapted to: send first performance data to a first distributed mobile architecture gateway (dMAG) via the private IP network when the dMA node is in a first communication range of the first dMAG, the first performance data related to components of the dMA node and related to first calls routed via the dMA node when the dMA node is in the first communication range; and send second performance data to a second dMAG via the private IP network when the dMA node is in a second communication range of the second dMAG, the second performance data related to components of the dMA node and related to second calls routed via the dMA node when the dMA node is in the second communication range; wherein the dMA node is included in a home dMA register of the first dMAG when the dMA node is in the first communication range and when the dMA node is in the second communication range and wherein the dMA node is included in a visitor dMA register of the second dMAG when the dMA node is in the second communication range.

FIG. **1** is a block diagram of an example distributed mobile architecture (dMA) network **100** that includes a dMA gateway (dMAG) **102**, which provides one or more of plural dMA nodes **104**, **106** and **108** with service to one or more of plural legacy networks **112**. Each of the dMA nodes **104**, **106**, **108** may include a dMA server and one or more base transceiver stations (BTSs), which are not shown for clarity and brevity, to provide cellular coverage site(s) to one or more mobile stations **120**, **122**, **124**, **126**, **128**, **130**. The dMA node **104** (via its included dMA server) may hand-off of and switch calls between BTSs that are associated with the dMA node **104**. The dMA node **104** (via its included dMA server) may further provide hand-off of calls and switch calls made between a BTS associated with dMA **104** and a BTS associated with another dMA node, such as dMA nodes **106**, **108**. Other dMA nodes **106**, **108** may operate similarly to dMA node **104** described above to provide switching and hand-offs. It should be noted that the number of dMA nodes **104**, **106**, **108** shown in FIG. **1** represents only one example and the number of dMA nodes may be varied depending on the requirements of the dMA network **100**.

The dMA nodes **104**, **106**, **108** are interconnected to each other via a private IP network **110**, such as via peer-to-peer connections, to provide for the switching and hand-off efficiencies between the dMA nodes **104**, **106**, **108** in the dMA network **100**. The connections of dMA nodes **104**, **106**, **108** to a private IP network **100** may be a wired or wireless. The dMA nodes **104**, **106**, **108** are also interconnected to and registered with the dMAG **102** via the private IP network **110** to provide switching of calls between the legacy networks **112** and the dMA nodes **104**, **106**, **108**. In turn the legacy networks are interconnected to the dMAG **102** via a dMAG interface **128**. The dMAG interface **128** directs call traffic between the legacy networks **112** and the dMAG **102**. The connection of the dMAG **102** to the dMAG interface **128** may also be wired or wireless.

Although only one dMAG **102** is shown for brevity and clarity, the dMA nodes **104**, **106**, **108** may be mobile and may roam between different dMAGs in the dMA network **100**. For example, dMA nodes **104** and **106** are home dMA nodes that are associated with and considered local to dMAG **102**, while dMA node **108** is a visitor dMA that has roamed via the private IP network **110**, registering with the dMAG **102**. In addition, one or more mobile stations may be associated with and be considered local to a particular dMA node, while other one or more mobile stations may roam via the particular dMA node. For example, the mobile stations **120** and **122** may be local to the home dMA node **104**, while mobile station **124** may be associated with the home dMA node **106** and may further be roaming via the home dMA node **104**. As another example, mobile stations **128**, **130** and may be associated with the home dMA nodes **104**, **106**, respectively, while mobile station **126** may be associated with the visitor dMA node **108** and may further be roaming via the home dMA node **106**.

The dMAG **102** is associated with plural dMA nodes **104**, **106**, **108** that register with the dMAG **102** and the dMAG **102** controls switching of calls between the legacy networks **112** and the dMA nodes **104**, **106**, **108** to provide the one or more mobile stations associated with the respective dMA nodes service to and from the legacy networks **112**. The legacy networks **112** may include a public switch telephone network (PSTN), an Internet Protocol (IP) network, one or more wireless networks, and the like. As an example, call between the dMA network **100** and the PSTN network may utilize Signaling System #7 (SS7) **114**, calls between the dMA network and the IP network may utilize VoIP (H.323) **116** to set up calls, and calls between the dMA network **100** and the one or more wireless networks may utilize MAP/CAMEL (GSM and WCDMA), ANSI-41 (AMPS, IS-136 (TDMA) and CDMA), and the like **118**.

FIG. **2** is a block diagram of an example embodiment of a dMA network **200** that includes plural dMAGs **202**, **204**, **206**. The dMA nodes of each dMA node group **208** (**208**A, **208**B), **210**, **212**, are interconnected to each other via respective private IP networks **214**, **216**, **218**, such as via peer-to-peer connections, and the private IP networks **214**, **216**, **218** are also interconnected via wired or wireless IP connections. The interconnections provide for the switching and hand-off efficiencies between the dMA nodes of the dMA node groups **208**, **210**, **212** in the dMA network **200**.

The connections of the dMA nodes in the dMA node groups **208** (**208**A, **208**B), **210**, **212** to the respective private IP networks **214**, **216**, **218** may likewise be a wired or wireless. Each of the dMA node groups **208**, **210**, **212** may include one or more home dMA nodes and/or one or more visitor dMA nodes. For example, dMA node group **208** is shown to include one or more home dMA nodes **208**A that are local to and registered with the home dMAG **202** and one or more visitor dMA nodes **208**B that are roaming via the private IP network **214** and are registered with the dMAG **202**.

Each of the dMAGs **202**, **204**, **206** is associated with and interconnected to the dMA nodes of a respective dMA node group **208** (**208**A, **208**B), **210**, **212** via a respective private IP network **214**, **216**, **218** to provide switching of calls between the legacy networks **220** and the dMA nodes of the respective dMA node group **208**, **210**, **212**. The legacy networks **220** are interconnected to the dMAGs **202**, **204**, **206** via a dMAG interface **222**. The dMAG interface **222** directs call traffic between the legacy networks **220** and the dMAGs **202**, **204**, **206**. The connection of the dMAGs **202**, **204**, **206** to the dMAG interface **222** may also be wired or wireless.

Each dMAG **202**, **204**, **206** may maintain or access necessary information from a remote source (e.g., a remote database) to enable the respective dMAG **202**, **204**, **206** to switch (connect) calls between the legacy networks **220** and the dMA nodes of the respective dMA node group **208**, **210**, **212**. Example information that may be maintained or accessed remotely may include a home dMA node register for each dMAG **202**, **204**, **206**, a visitor dMA node register for each dMAG **202**, **204**, **206**, a home location register (HLR) and a visitor location register (VLR) for each home dMA node and visitor dMA node, and the like. Example information maintained or accessed remotely will be described in greater detail below with reference to FIG. **5**.

Case 3:22-cv-00363-L Document 1-5 Filed 02/14/22 Page 13 of 17 PageID 196

FIG. **3** is a block diagram **300** of an example dMAG **302** in accordance with FIGS. **1** and **2**. The dMAG **302** includes a network interface **306** that interconnects the dMAG **302** to a private IP network **304** (e.g., private IP network **110**, **214**, **216**, **218**). The dMAG **302** also includes a legacy networks interface **310** that interconnects the dMAG **302** to one or more legacy networks **312** (e.g., legacy networks **112**, **220**). Further, the dMAG **302** includes a processor **308** that executes one or more of the various modules **316-334** stored on a memory device **314** to provide telephony service between the private IP network **304** (e.g., IP network **110**, **214**, **216**, **218**) and the legacy networks **312** (e.g., legacy networks **112**, **220**). The memory device **314** includes a gateway module **316**, a conversion module **318**, a routing module **320**, a graphical user interface (GUI) module **322**, a master agent module **324**, one or more dMAG sub-agent modules **326**, a dMA registration module **328** and OAMP service modules **330-336** that include an operations module **330**, an administration module **332**, a maintenance module **334** and a provisioning module **336**.

Further with reference to FIG. **3**, the gateway module **316** directs or controls call traffic from the private IP network **304** to the legacy networks **312** (e.g., legacy networks **112**, **220**) via the legacy networks interface **310**. The conversion module **318** performs any conversion between Internet Protocol (IP) and the protocols associated with the legacy networks **312**. The routing module **320** uses the registers of FIG. **5** to route call traffic from the legacy network **312** to the private IP network **304** via the network interface **306**. The GUI module **322** generates one or more graphical user interfaces associated with the dMA network **100**, **200** for setting up user accounts, billing, call tracking and the like. The dMA registration module **328** may register a home or a visitor dMA with the dMAG **302**. The master agent **324** collects or monitors the performance of one or more components of the dMAG **302** and one or more components of the registered or associated dMA nodes via one or more sub-agents, and the master agent **324** may store monitored data in the data storage device **338** for later retrieval and use. More specifically, one or more dMAG sub-agents **326** may monitor the operation of one or more components of the dMAG **302**. For example, a dMAG sub-agent **326** may be provided to monitor the connection to the private IP network **304** via the network interface **306**, e.g., periodically or continuously measuring throughput via network interface **306**. A dMAG sub-agent **326** may be provided to monitor the processing speed or operation of the processor **308**. Yet another dMAG sub-agent **326** may be responsible for monitoring the remaining capacity of the data storage device **338**. A dMAG sub-agent **326** may also be provided to monitor the connection to the legacy networks **312** via the legacy networks interface **310**, e.g., periodically or continuously measuring throughput via network interface **310**. As yet another example, a dMAG sub-agent **326** may be provided to monitor one or more dMA nodes (e.g., dMA nodes **104**, **106**, **108**, dMA nodes of dMA node groups **208**, **210**, **212**) registered with the dMAG **302**.

Yet further with reference to FIG. **3**, the operations module **330** may analyze the collected monitored data stored in data storage device **338** to detect and report faults in the operation of the various components in the dMAG **302** and the dMA nodes registered or associated with the dMAG **302**, e.g., determining whether any component is not working optimally or has otherwise failed. The operations module **330** may also store or maintain fault reporting in the data storage device **338**. The operations module **330** may store performance data in the management information base **340** for later retrieval and use. The administration module **332** may collect

accounting and billing data, e.g., managing billing data for home and roaming accounts, generating and maintaining billing history and call history, and the like. The maintenance module **334** is responsible for distributing software updates for upgrades, fixes and new feature enablement to the registered or associated dMA nodes and mobiles stations associated with the dMA nodes registered with the dMAG **302**. The provisioning module **336** is responsible for provisioning resources to a particular call, such as reserving or dedicating one or more components of the dMAG **302**, dMA node and private IP network **304** for a routing path that connects a call from the legacy network **312** to the dMA node associated with a receiving mobile station.

FIG. **4** is a block diagram **400** of an example dMA node **402** in accordance with FIGS. **1** and **2**. The dMA node **402** includes a network interface **406** that interconnects the dMA node **402** to a private IP network **404** (e.g., private IP network **110**, **214**, **216**, **218**). The dMA node **402** also includes a wireless transceiver interface **410** that interconnects the dMA node **402** to one or more wireless transceivers **412**, **414**, **416**, each of which may connect one or more mobile stations (e.g., mobile stations **120-130**) to the dMA node **402** to enable wireless calls to and from the mobile stations. Further, the dMA node **402** includes a processor **408** that executes one or more of the various modules **420-432** stored on a memory device **418** to provide telephony service between the private IP network **404** (e.g., IP network **110**, **214**, **216**, **218**) and the wireless transceivers **412**, **414**, **416** to one or more mobile stations. The memory device **418** includes one or more dMA sub-agents **420**, a conversion module **422**, a routing module **424**, a performance collection module **426**, a dMAG registration module **428**, a resource allocation module **430**, and a maintenance module **432**.

Further with reference to FIG. **4**, one or more dMA sub-agents **420** may monitor the operation of one or more components of the dMA **402**. For example, a dMA sub-agent maybe provided to monitor the connection to the private IP network **404** via the network interface **406**, e.g., periodically or continuously measuring throughput via network interface **406**. A dMA sub-agent **420** may be provided to monitor the processing speed or operation of the processor **408**. Yet another dMA sub-agent **420** may be responsible for monitoring the remaining capacity of the data storage device **434**. As yet another example, a dMA sub-agent **420** may also be provided to monitor the connection to the wireless transceivers **412**, **414**, **416** via the wireless transceiver interface **410**, e.g., periodically or continuously measuring throughput via network interface **410**. The conversion module **422** performs any conversion between Internet Protocol (IP) and the protocols associated with the mobile stations connecting to the dMA **402** via the wireless transceivers **412**, **414**, **416** (e.g., CDMA, GSM and the like). The routing module **424** uses the registers of FIG. **5** to route call traffic from mobile stations received via the wireless transceivers **412**, **414**, **416** to the private IP network **404** via the network interface **406**.

Yet further with reference to FIG. **4**, the performance collection module **426** may collect and store performance data in the storage device **436**, which performance data may transmitted to the dMAG **302** periodically, continuously or on-request by the dMAG **302**. The registration module **428** may automatically register the dMA node **402** to a dMAG **302** when the dMA roams via a private network associated with the dMAG **302**. For example, visitor dMA node **108** may automatically register with dMAG **102** when the visitor dMA node **108** roams via the private IP network **110** associated with the dMAG **102**. As another example, a visitor dMA node of the visitor dMA node group **208**B may automatically reg-

ister with the dMAG **202** when that visitor dMA node roams via the private IP network **214** associated with the dMAG **202**. The dMAG with which the visitor dMA node registers may obtain that dMA node's home location register and visitor location register from the dMA node or the dMA node's home dMAG.

Still further with reference to FIG. **4**, the resource allocation module **430** of the dMA **402** may receive a request from a dMAG **302** to connect a call to a mobile station via wireless transceiver **412**, **414** or **416**. In receiving the request, the resource allocation module **430** may determine whether it has sufficient resources to connect the call by determining whether there is sufficient throughput via the wireless transceiver **410**, whether the processor is not overloaded, as well determining whether there are other pertinent constraints on the operation of the dMA node **402**. If the resource allocation module **430** can connect the call, it allocates resources or components for the call and informs the dMAG **302** to connect the call. If the allocation module **430** cannot connect the call due to the foregoing constrains (e.g., a large number of calls currently connected via the dMA node **402**), the allocation module **430** informs the dMAG that it cannot connect the call. The maintenance module **432** is responsible for receiving software or maintenance updates from the dMAG **302** for the dMA node and updating the memory **418** of the dMA node **402** with the updates, and further responsible for receiving mobile station software or maintenance updates and distributing these updates to the mobile stations.

FIG. **5** illustrates a table **500** showing example data associated with a dMAG, in accordance with FIGS. **1-3**. More specifically, the table **500** illustrates in a graphical format the different databases of data that may be utilized by the dMAGs of FIGS. **1-3** to provide switching or connection of calls between the legacy networks and the dMA nodes (mobile stations) of FIGS. **1-3**. Depending on the size of the dMA network **200**, **300** in FIGS. **1-3**, the number of dMAGs for which data is shown in FIG. **5** may increase or decrease accordingly. The table **500** illustrates different databases **508-518** each including one or more tables for a local or 1st dMAG **502** (e.g., dMAG **102**, **202**), a 2nd dMAG **504** (e.g., dMAG **204**), and 3rd dMAG **506** (e.g., dMAG **206**).

The dMA node register database **508** includes a home dMA node register (e.g., one or more database tables) that identifies the dMA nodes (e.g., **104**, **106**, dMA nodes of dMA node group **208**) which are associated with the local or 1st dMAG **502** (e.g., dMAG **102**, **202**); a dMA node register (e.g., one or more database tables) of the 2nd dMAG **504** (e.g., dMAG **204**) identifies the dMA nodes (e.g., dMA nodes of the dMA node group **210**) associated with the 2nd dMAG **504**; and a dMA node register (e.g., one or more database tables) of the 3rd dMAG **506** (e.g., dMAG **206**) identifies the dMA nodes (e.g., dMA nodes of the dMA node group **212**) associated with the 3rd dMAG **506**.

The dMA node community location register (CLR) database **510** includes the home location register (e.g., database tables) for each of the local or 1st dMAG **502** (e.g., dMAG **102**, **202**), the 2nd dMAG **504** (e.g., dMAG **204**) and the 3rd dMAG **506** (e.g., dMAG **206**). Each home location register of the dMA node CLR database **510** includes calling information for the home mobile stations that are associated respectively with the local or 1st dMAG **502** (e.g., dMAG **102**, **202**), the 2nd dMAG **504** (e.g., dMAG **204**) and the 3rd dMAG **506** (e.g., dMAG **206**).

The dMA node VLR database **512** includes the visitor location registers (e.g., database tables) for the local or 1st dMAG **502** (e.g., dMAG **102**, **202**), the 2nd dMAG **504** (e.g., dMAG **204**) and the 3rd dMAG **506** (e.g., dMAG **206**). Each visitor location register of the dMA node VLR database **512** includes calling information for the visitor mobile stations that are associated respectively with the local or 1st dMAG **502** (e.g., dMAG **102**, **202**), the 2nd dMAG **504** (e.g., dMAG **204**) and the 3rd dMAG **506** (e.g., dMAG **206**).

The visitor dMA node register database **514** includes a visitor dMA node register (e.g., database table) that identifies visitor dMA nodes which are associated with the local or 1st dMAG **502** (e.g., dMAG **102**, **202**); a visitor dMA node register (e.g., a database table) of the 2nd dMAG **504** (e.g., dMAG **204**) identifies visitor dMA nodes associated with the 2nd dMAG **504**; and a dMA node register of the 3rd dMAG **506** (e.g., dMAG **206**) identifies visitor dMA nodes associated with the 3rd dMAG **506**.

The visitor dMA node HLR database **516** includes the home location register (e.g., database tables) for each visitor dMA node of the local or 1st dMAG **502** (e.g., dMAG **102**, **202**), the 2nd dMAG **504** (e.g., dMAG **204**) and the 3rd dMAG **506** (e.g., dMAG **206**). The home location register includes calling information for the mobile stations of each visitor dMA node that are associated respectively with the local or 1st dMAG **502** (e.g., dMAG **102**, **202**), the 2nd dMAG **504** (e.g., dMAG **204**) and the 3rd dMAG **506** (e.g., dMAG **206**).

The visitor dMA node VLR database **518** includes a visitor location register (e.g., database tables) for each visitor dMA node of the local or 1st dMAG **502** (e.g., dMAG **102**, **202**), the 2nd dMAG **504** (e.g., dMAG **204**) and the 3rd dMAG **506** (e.g., dMAG **206**). Each visitor location register includes calling information for the visitor mobile stations of each visitor dMA node that are associated respectively with the local or 1st dMAG **502** (e.g., dMAG **102**, **202**), the 2nd dMAG **504** (e.g., dMAG **204**) and the 3rd dMAG **506** (e.g., dMAG **206**).

FIG. **6** is a flowchart **600** of an example method to connect a call in the dMA network **100**, **200**. The example method begins at operation **602**. At operation **604**, a dMAG receives a connection request from a legacy network to connect a call to a mobile station. At operation **606**, the dMAG determines a routing path based on register data associated with the mobile station. More specifically, the dMAG may access the databases illustrated in FIG. **5** to determine an IP address of the mobile station that is to receive the call and an IP addresses of a dMA node that is to connect the call to the mobile station, as well IP addresses of routers, switches and the like to be used to connect the call between the dMAG, dMA node and the mobile station. At operation **608**, the dMAG transmits one or more command messages to reserve one or more components (e.g., dMA, routers, switches, etc.) along the determined path to connect the call. At operation **610**, the dMAG receives one or more confirmation messages indicating that one or more components along the routing path have been reserved. Thereafter, at operation **612**, the dMAG connects the call between the legacy network and the mobile station via the one or more reserved components along the routing path. The example method ends at operation **614**.

FIG. **7** is a flowchart **700** of an example method to connect a call in the dMA network **100**, **200**. The example method begins at operation **702**. At operation **704**, a dMA receives a resource allocation query command message from a dMAG related to a call to a mobile station form a legacy network. At operation **706**, the dMA determines whether there are sufficient resources to connect the call. If there are not sufficient resources, at operation **708**, the dMA transmits a response message to the dMAG indicating that the call cannot be connected to the mobile station via the dMA, and at operation **718**, the method **700** ends. Alternatively, if it is determined at operation **706** that there are sufficient resources, then at operation **710**, the dMA transmits a response message to the

dMAG indicating that the dMA node has reserved the one or more components of the dMA to connect the call. At operation **712**, the dMA received one or more data packets related to the call from the dMAG, and at operation **714**, the dMA converts the one or more received data packets to one or more signals associated with the mobile station. Thereafter, at operation **716**, the dMA wirelessly transmits the one or more signals from the dMA node to the mobile station via a transceiver to connect the call from the legacy network to the mobile station. The example method ends at operation **718**.

FIG. **8** is a block diagram illustrating an example machine in the example form of a computer system **800** within which a set of instructions, for causing the computer system to perform any one or more of the methodologies disclosed in FIGS. **1-7**, may be executed. In alternative embodiments, the machine operates as a standalone device or may be connected (e.g., networked) to other machines. In a networked deployment, the machine may operate in the capacity of a server or a client machine in server-client network environment, or as a peer machine in a peer-to-peer (or distributed) network environment. The machine may be a personal computer (PC), a tablet PC, a Personal Digital Assistant (PDA), a cellular telephone, a web appliance, a network router, switch or bridge, or any machine capable of executing a set of instructions (sequential or otherwise) that specify actions to be taken by that machine. Further, while only a single machine is illustrated, the term "machine" shall also be taken to include any collection of machines that individually or jointly execute a set (or multiple sets) of instructions to perform any one or more of the methodologies discussed herein.

The example computer system **800** includes a processor **802** (e.g., a central processing unit (CPU), a graphics processing unit (GPU) or both), a main memory **804** and a static memory **806**, which communicate with each other via a bus **820**. The computer system **800** may further include a video display unit **810** (e.g., a liquid crystal display (LCD) or a cathode ray tube (CRT)). The computer system **800** also includes an alphanumeric input device **812** (e.g., a keyboard), a user interface (UI) navigation device **814** (e.g., a mouse), a disk drive unit **816**, a signal generation device **818** (e.g., a speaker) and a network interface device **808**.

The disk drive unit **816** includes a machine-readable medium **822** on which is stored one or more sets of instructions and data structures (e.g., software **824**) embodying or utilized by any one or more of the methodologies or functions described herein. The software **824** may also reside, completely or at least partially, within the main memory **804** and/or within the processor **802** during execution thereof by the computer system **800**, the main memory **804** and the processor **802** also constituting machine-readable media.

The software **824** may further be transmitted or received over a network **826** via the network interface device **808** utilizing any one of a number of well-known transfer protocols (e.g., HTTP).

While the machine-readable medium **822** is shown in an example embodiment to be a single medium, the term "machine-readable medium" should be taken to include a single medium or multiple media (e.g., a centralized or distributed database, and/or associated caches and servers) that store the one or more sets of instructions. The term "machine-readable medium" shall also be taken to include any medium that is capable of storing, encoding or carrying a set of instructions for execution by the machine and that cause the machine to perform any one or more of the methodologies of the present invention, or that is capable of storing, encoding or carrying data structures utilized by or associated with such a set of instructions. The term "machine-readable medium" shall accordingly be taken to include, but not be limited to, solid-state memories, optical and magnetic media, and carrier wave signals.

Although an embodiment of the present invention has been described with reference to specific example embodiments, it will be evident that various modifications and changes may be made to these embodiments without departing from the broader spirit and scope of the invention. Accordingly, the specification and drawings are to be regarded in an illustrative rather than a restrictive sense. The accompanying drawings that form a part hereof, show by way of illustration, and not of limitation, specific embodiments in which the subject matter may be practiced. The embodiments illustrated are described in sufficient detail to enable those skilled in the art to practice the teachings disclosed herein. Other embodiments may be utilized and derived therefrom, such that structural and logical substitutions and changes may be made without departing from the scope of this disclosure. This Detailed Description, therefore, is not to be taken in a limiting sense, and the scope of various embodiments is defined only by the appended claims, along with the full range of equivalents to which such claims are entitled.

Such embodiments of the inventive subject matter may be referred to herein, individually and/or collectively, by the term "invention" merely for convenience and without intending to voluntarily limit the scope of this application to any single invention or inventive concept if more than one is in fact disclosed. Thus, although specific embodiments have been illustrated and described herein, it should be appreciated that any arrangement calculated to achieve the same purpose may be substituted for the specific embodiments shown. This disclosure is intended to cover any and all adaptations or variations of various embodiments. Combinations of the above embodiments, and other embodiments not specifically described herein, will be apparent to those of skill in the art upon reviewing the above description

In the following description, for purposes of explanation, numerous specific details are set forth in order to provide a thorough understanding of an embodiment of the present invention. It will be evident, however, to one skilled in the art that the present invention may be practiced without these specific details.

The above-disclosed subject matter is to be considered illustrative, and not restrictive, and the appended claims are intended to cover all such modifications, enhancements, and other embodiments, which fall within the true spirit and scope of the present invention. Thus, to the maximum extent allowed by law, the scope of the present invention is to be determined by the broadest permissible interpretation of the following claims and their equivalents, and shall not be restricted or limited by the foregoing detailed description.

What is claimed is:

**1**. A distributed mobile architecture gateway (dMAG), comprising:

a data storage device;

a legacy network interface adapted to communicate with a legacy communication network;

a home distributed mobile architecture (dMA) register including a list of a first group of dMA nodes, wherein the dMAG is designated to route calls directed to one or more mobile stations served by the first group of dMA nodes;

a visitor dMA register including a list of a second group of dMA nodes, wherein each dMA node of the second group of dMA nodes is roaming with respect to the dMAG and the dMAG is adapted to temporarily route

calls directed to one or more mobile stations served by the second group of dMA nodes;

a master agent adapted to receive performance data from each dMA node of the first group of dMA nodes and each dMA node of the second group of dMA nodes; and

an operations module adapted to:

store the performance data in the data storage device; and

send the performance data from each dMA node of the second group of dMA nodes to one or more additional dMAGs via a private IP network;

wherein at least a portion of the calls routed by the dMAG are communicated via the legacy network interface.

**2**. The dMAG of claim **1**, further comprising a management information database (MIB), the MIB including performance requirements associated with the dMAG, the private IP network, each dMA node of the first group of dMA nodes, or any combination thereof.

**3**. The dMAG of claim **2**, wherein the operations module is adapted to analyze performance data of a particular component of the dMAG, a particular component of the private IP network, or a particular component of one of the dMA nodes of the first group of dMA nodes with respect to a corresponding performance requirement to identify when an error condition occurs with respect to the particular component of the dMAG, the particular component of the private IP network, or the particular component of the one of the dMA nodes of the first group of dMA nodes.

**4**. The dMAG of claim **3**, wherein the operations module is adapted to provide error condition data indicating the error condition with respect to the particular component of the dMAG, the particular component of the private IP network, or the particular component of the one of the dMA nodes of the first group of dMA nodes.

**5**. The dMAG of claim **4**, wherein the error condition data includes a message to re-route a particular call.

**6**. The dMAG of claim **4**, wherein the error condition data is sent to a technician, an error log stored at the dMAG, or both.

**7**. The dMAG of claim **1**, wherein the performance data relates to a plurality of performance metrics.

**8**. The dMAG of claim **2**, wherein the master agent is adapted to receive the performance data from one or more sub-agents of each component of the dMA nodes of the first group of dMA nodes.

**9**. The dMAG of claim **8**, wherein the master agent, the one or more sub-agents of each component of the dMA nodes of the first group of dMA nodes, and the MIB communicate according to simple network management protocol (SNMP).

**10**. The dMAG of claim **8**, wherein the master agent, the one or more sub-agents of each component of the dMA node of the first group of dMA nodes, and the MIB communicate according to an agent-X protocol.

**11**. The dMAG of claim **2**, further comprising a maintenance module adapted to send software to each dMA node of the first group of dMA nodes.

**12**. The dMAG of claim **11**, wherein the software includes updates to previous versions of software executed by each dMA node of the first group of dMA nodes.

**13**. The dMAG of claim **11**, wherein the software replaces previous versions of software executed by each dMA node of the first group of dMA nodes.

**14**. The dMAG of claim **11**, wherein the maintenance module is adapted to produce a backup copy of data stored in the MIB.

**15**. The dMAG of claim **2**, wherein the performance data is stored in the MIB.

**16**. The dMAG of claim **1**, wherein the legacy communication network is a public switched telephone network (PSTN), an integrated services digital network (ISDN), a wide-area wireless network, or a public IP network.

**17**. The dMAG of claim **1**, wherein the performance data is associated with a wireless transceiver interface of each dMA node of the first group of dMA nodes, a wireless transceiver interface of each dMA node of the second group of dMA nodes, a wireless transceiver of each dMA node of the first group of dMA nodes, a wireless transceiver of each dMA node of the second group of dMA nodes, a data network connection of each dMA node of the first group of dMA nodes, a data network connection of each dMA node of the second group of dMA nodes, or any combination thereof.

**18**. The dMAG of claim **1**, wherein the dMAG includes a graphical user interface (GUI) module adapted to produce at least one GUI related to presenting the performance data of each dMA node of the first group of dMA nodes, managing components of each dMA node of the first group of dMA nodes, managing components of the private IP network, presenting a configuration of a particular component of a dMA node of the first group of dMA nodes, presenting a configuration of a particular component of the dMAG, presenting a configuration of a particular component of the private IP network, or any combination thereof.

**19**. The dMAG of claim **18**, wherein the at least one GUI is accessible via a display device coupled to the dMAG.

**20**. The dMAG of claim **18**, wherein the at least one GUI is accessible via a display device located remotely from the dMAG.

**21**. The dMAG of claim **18**, wherein the at least one GUI is accessible via an Internet portal.

**22**. The dMAG of claim **18**, wherein the at least one GUI is configured according to an applet executable via a web browser.

**23**. The dMAG of claim **1**, wherein the master agent is adapted to query at least one component of a particular dMA node of the first group of dMA nodes for specified performance data.

**24**. The dMAG of claim **1**, wherein the dMAG includes an administration module adapted to generate and store billing information associated with the calls directed to the one or more mobile stations served by the first group of dMA nodes.

**25**. The dMAG of claim **1**, further comprising a provisioning module adapted to reserve resources of the dMAG, resources of the private IP network, resources of at least one dMA node of the first group of dMA nodes, resources of at least one dMA node of the second group of dMA nodes, or any combination thereof, to route calls from the dMAG to the at least one dMA node of the first group of dMA nodes, to the at least one dMA node of the second group of dMA nodes, or both, based on the performance data.

**26**. A distributed mobile architecture (dMA) node, comprising:

a data network connection adapted to communicate with a private Internet protocol (IP) network; and

a performance module adapted to:

send first performance data to a first distributed mobile architecture gateway (dMAG) via the private IP network when the dMA node is in a first communication range of the first dMAG, the first performance data related to components of the dMA node and related to first calls routed via the dMA node when the dMA node is in the first communication range; and

send second performance data to a second dMAG via the private IP network when the dMA node is in a second communication range of the second dMAG, the second

performance data related to the components of the dMA node and related to second calls routed via the dMA node when the dMA node is in the second communication range;

wherein the dMA node is included in a home dMA register of the first dMAG when the dMA node is in the first communication range and when the dMA node is in the second communication range and wherein the dMA node is included in a visitor dMA register of the second dMAG when the dMA node is in the second communication range.

**27**. The dMA node of claim **26**, further comprising a wireless transceiver interface, a processor, a memory, a data storage device, or any combination thereof.

**28**. The dMA node of claim **27**, further comprising one or more sub-agents adapted to monitor performance of the data network connection, the wireless transceiver interface, the processor, the memory, the data storage device, or any combination thereof.

**29**. The dMA node of claim **27**, further comprising a configuration module adapted to:

store first configuration data related to the data network connection, the wireless transceiver interface, the processor, the memory, the data storage device, or any combination thereof; and

receive second configuration data related to the data network connection, the wireless transceiver interface, the processor, the memory, the data storage device, or any combination thereof, from the first dMAG.

**30**. The dMA node of claim **27**, further comprising a maintenance module adapted to receive software updates from the first dMAG, wherein the software updates are related to the data network connection, the wireless transceiver interface, the processor, the memory, the data storage device, or any combination thereof, and wherein the software updates are based on the first performance data, the second performance data, or any combination thereof.

* * * * *