# EXHIBIT 17

Attorney Docket No.: 1082-0003-C1

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:    Shaowei Pan

Title:    COMMUNICATIONS USING A DISTRIBUTED MOBILE
ARCHITECTURE

| | | | |
|---|---|---|---|
| App. No.: | 12/471,253 | Filed: | May 22, 2009 |
| Examiner: | Jain, Ankur | Group Art Unit: | 2618 |
| Customer No.: | 60533 | Confirmation No.: | 5521 |
| Atty. Dkt. No.: | 1082-0003-C1 | | |

MS: Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

## RESPONSE TO NON-FINAL OFFICE ACTION

Dear Sir:

    In response to the Non-Final Office Action mailed May 7, 2010 (the "Office Action"), please reconsider the above-identified application in light of the following amendments and remarks.

# REMARKS

Claims 1-18 are pending.  Claims 1, 8, and 13 have been amended.  Claims 19 and 20 have been cancelled without prejudice or disclaimer.  No new matter has been added.  Support for the claim amendments may be found in the specification, drawings, and claims as originally filed.

Applicant thanks Examiner Jain for the telephone interviews conducted on June 22, 2010 and June 23, 2010.  During the interview conducted on June 23, 2010, Examiner Jain indicated that the amended claims would be allowable if Applicant submits a Terminal Disclaimer with respect to the parent application (Application Number 11/105,173, now Patent No. 7,548,763).  Applicant has submitted the Terminal Disclaimer with the present response.  As such, Applicant submits that the claims are in condition for allowance.

## CONCLUSION

Applicant respectfully requests withdrawal of each of the objections and rejections, as well as an indication of the allowability of each of the pending claims.

The Examiner is invited to contact the undersigned attorney at the telephone number listed below if such a call would in any way facilitate allowance of this application.

The Commissioner is hereby authorized to charge any fees, which may be required, or credit any overpayment, to Deposit Account Number 50-2469.

Respectfully submitted,

6-29-2010
_____
Date

_____
Jeffrey G. Toler, Reg. No. 38,342
Attorney for Applicant
Toler Law Group, Intellectual Properties
8500 Bluffstone Cove, Suite A201
Austin, Texas  78759
(512) 327-5515 (phone)
(512) 327-5575 (fax)