IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LEMKO CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>AT&T INC., AT&T ENTERPRISES LLC, AT&T COMMUNICATIONS LLC, AT&T MOBILITY LLC, AT&T MOBILITY LLC II, and AT&T SERVICES, INC.,<br><br>    Defendants. | Case No. 2:25-cv-00305-JRG |

**DECLARATION OF AARON M. FRANKEL IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANTS'
MOTION TO TRANSFER UNDER THE FIRST-TO-FILE RULE**

I, Aaron M. Frankel, hereby declare as follows:

1. I am an attorney with Herbert Smith Freehills Kramer (US) LLP, counsel for Plaintiff Lemko Corporation in the above-captioned case. Unless otherwise indicated below, I have personal knowledge of the statements set forth herein and the statements are true and correct to the best of my knowledge. I make this declaration in support of Plaintiff's Opposition to Defendants' Motion to Transfer Under the First-to-File Rule.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the Complaint for Patent Infringement, in *Lemko Corp. v. Microsoft Corp.*, No. 3:22-cv-00363 (the "Microsoft Case"), Dkt. No. 1 (N.D. Tex. Feb. 14, 2022).

3. Attached hereto as Exhibit 2 is a true and correct copy of the Order staying the case pending resolution of motions to dismiss in the Microsoft Case, Dkt. No. 41 (N.D. Tex. Jan. 12, 2023).

4. Attached hereto as Exhibit 3 is a true and correct copy of the Order granting in part and denying in part Defendants' motion to dismiss in the Microsoft Case, Dkt. No. 94 (N.D. Tex. June 4, 2025).

5. Attached hereto as Exhibit 4 is a true and correct copy of the Order regarding Recusal of Judge Lindsay in the Microsoft Case, Dkt. No. 103 (N.D. Tex. July 2, 2025).

6. Attached hereto as Exhibit 5 is a true and correct copy of the Order Vacating Patent Scheduling Order and Administratively Closing Case, in the Microsoft Case, Dkt. No. 106 (N.D. Tex. July 8, 2025).

7. Attached hereto as Exhibit 6 is a true and correct copy of a National Institute of Standards and Technology webpage entitled "commercial-off-the-shelf (COTS)," available at https://csrc.nist.gov/glossary/term/commercial_off_the_shelf, last visited on July 14, 2025.

8. Attached hereto as Exhibit 7 is a true and correct copy of a Wikipedia webpage entitled "Network switching subsystem," available at https://en.wikipedia.org/wiki/Network_switching_subsystem, last visited on July 14, 2025.

9. Attached hereto as Exhibit 8 is a true and correct copy of Patent Owner's Preliminary Response filed in *Microsoft Corp. v. Lemko Corp.*, No. IPR2023-00529, Paper 7 (P.T.A.B. June 29, 2023).

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the Opening Brief for Appellant Lemko Corp., in *Lemko Corp. v. Microsoft Corp.*, No. 2024-2336, Dkt. No. 13 (Fed. Cir. Jan. 29, 2025).

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from Appellees' Response Brief, in *Lemko Corp. v. Microsoft Corp.*, No. 2024-2336, Dkt. No. 16 (Fed. Cir. April 9, 2025).

12. Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the Reply Brief for Appellant Lemko Corp., in *Lemko Corp. v. Microsoft Corp.*, No. 2024-2336, Dkt. No. 17 (Fed. Cir. April 30, 2025).

13. Attached hereto as Exhibit 12 is a true and correct copy of Petitioners' Reply to Patent Owner's Response filed in *Microsoft Corp. v. Lemko Corp.*, No. IPR2023-00529, Paper 28 (P.T.A.B. Mar. 28, 2024).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 14, 2025 in New York, NY.

                                                    */s/ Aaron M. Frankel*
                                                     Aaron M. Frankel

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2025, a copy of the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

<i>/s/ Aaron M. Frankel</i><br>
Aaron M. Frankel