IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LEMKO CORPORATION,<br><br>　　　　Plaintiff,<br>　v.<br><br>AT&T INC., AT&T ENTERPRISES LLC, AT&T COMMUNICATIONS LLC, AT&T MOBILITY LLC, AT&T MOBILITY LLC II, and AT&T SERVICES, INC.,<br><br>　　　　Defendants. | Case No. 2:25-cv-00305-JRG |

**ORDER DENYING DEFENDANTS'
MOTION TO TRANSFER UNDER THE FIRST-TO-FILE RULE**

Before the Court is Defendants' Motion to Transfer Under the First-to-File Rule. After reviewing the submission and considering the parties' arguments, the Court find that the motion should be and is hereby **DENIED.**

1