# EXHIBIT 4

# United States District Court
## Northern District of Texas

Chambers of  
Sam A. Lindsay  
United States District Judge

July 2, 2025

1100 Commerce Street  
Dallas, Texas 75242  
(214) 753-2365

Ms. Karen Mitchell  
Clerk of Court  
United States District Court  
Northern District of Texas  
1100 Commerce Street, Room 1544  
Dallas, Texas 75242

RE: Recusal in Civil Action No. 3:22-CV-00363-L-BT  
*Lemko Corporation v Microsoft Corporation et al*

Dear Ms. Mitchell:

I recuse myself in the referenced civil action. Please reassign this case to another judge per the usual procedure.

Sincerely,

*Sam A. Lindsay*  
Sam A. Lindsay  
United States District Judge

SAL:dlk