# EXHIBIT 5

| | |
|---|---|
| **From:** | ecf_txnd@txnd.uscourts.gov |
| **Sent:** | Tuesday, July 8, 2025 8:38 AM |
| **To:** | Courtmail@txnd.uscourts.gov |
| **Subject:** | [EXTERNAL]  Activity in Case 3:22-cv-00363-K-BT Lemko Corporation v Microsoft Corporation et al Order of Dismissal or Administrative Closure |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.

### U.S. District Court

### Northern District of Texas

## Notice of Electronic Filing

The following transaction was entered on 7/8/2025 at 10:37 AM CDT and filed on 7/8/2025

**Case Name:**       Lemko Corporation v Microsoft Corporation et al

**Case Number:**    3:22-cv-00363-K-BT

**Filer:**

**WARNING: CASE CLOSED on 07/08/2025**

**Document Number:** 106(No document attached)

**Docket Text:**
**ELECTRONIC Order Vacating Patent Scheduling Order and Administratively Closing Case.**

**On July 2, 2025, this patent case was randomly reassigned to this Court pursuant to Special Order 3-249. *See* Doc. No. 103. Plaintiff's live pleading is its 116-page Second Amended Complaint with over 4,000 pages of attachments. Doc. No. 80. There have been several substantive rulings in this matter thus far. Doc. Nos. 50, 77, 79, 90 & 94. A Patent Scheduling Order was entered on June 2, 2025 (Doc. No. 93), under which several deadlines are upcoming.**

**This Court needs time to thoroughly review this docket, to understand the patents at issue in this suit and the parties' positions at this stage. To that end, the Court VACATES the deadlines set in the Patent Scheduling Order (Doc. No. 93). The Court will reset these deadlines and set this matter for trial by separate order at a later date.**

The Court also ADMINISTRATIVELY CLOSES this case pending further order of the Court. The Clerk is instructed to submit a JS-6 form to the Administrative Office, thereby removing this case from the statistical records. Nothing in this Order shall be considered a dismissal or disposition of this case. The Court will reopen this case *sua sponte* by separate order and further proceedings will resume in the same manner as if this Order had not been entered.

(Ordered by Judge Ed Kinkeade on 7/8/2025) (chmb)

**3:22-cv-00363-K-BT Notice has been electronically mailed to:**

M. Brett Johnson    mbjohnson@winston.com, ECF_Houston@winston.com

Barry Kenneth Shelton (Terminated)    bshelton@sheltoncoburn.com

Jon B Hyland    jhyland@hilgersgraben.com, paralegals@hilgersgraben.com

Grant Kojis Schmidt    gschmidt@hilgersgraben.com, hluke@hilgersgraben.com, paralegals@hilgersgraben.com

Michael Rueckheim    mrueckheim@winston.com, CNewman@winston.com, ecf_houston@winston.com

Paul Joseph Andre    Paul.Andre@hsfkramer.com, svdocketingus@hsfkramer.com

Lisa Kobialka    Lisa.Kobialka@hsfkramer.com, svdocketingus@hsfkramer.com

James R Hannah    James.Hannah@hsfkramer.com, svdocketingus@hsfkramer.com

Ashley Jones Wright    ajwright@winston.com, ecf_houston@winston.com

Aaron M Frankel    Aaron.Frankel@hsfkramer.com

Kelly C Hunsaker    khunsaker@winston.com, cnewman@winston.com

**3:22-cv-00363-K-BT The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will serve notice of court Orders and Judgments by mail as required by the federal rules. An attorney/pro se litigant is cautioned to carefully follow the federal rules (see FedRCivP 5) with regard to service of any document the attorney/pro se litigant has filed with the court. The clerk's office will not serve paper documents on behalf of an attorney/pro se litigant.**