# EXHIBIT 6

An official website of the United States government  Here's how you know

# COMPUTER SECURITY RESOURCE CENTER

Information Technology Laboratory

Search CSRC  CSRC MENU

- Projects
- Publications +
- Topics +
- News & Updates
- Events
- Glossary
- About CSRC +

**Search**

**Sort By**
Relevance (best match)

**Items Per Page** 100

Search    Reset

GLOSSARY

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z

## commercial-off-the-shelf (COTS)

**Abbreviations / Acronyms / Synonyms:**

COTS    show sources

**Definitions:**

A software and/or hardware product that is commercially ready-made and available for sale, lease, or license to the general public.
**Sources:**
CNSSI 4009-2015 from NSA/CSS Policy 3-14

Software and hardware that already exists and is available from commercial sources. It is also referred to as off-the-shelf.
**Sources:**
NISTIR 7622 under Commercial off-the-shelf

Hardware and software IT products that are ready-made and available for purchase by the general public.
**Sources:**
NISTIR 7711 under Commercial-Off-The-Shelf

### GLOSSARY COMMENTS

**Comments about specific definitions** should be sent to the authors of the linked Source publication. For NIST publications, an email is usually found within the document.

**Comments about the glossary's presentation and functionality** should be sent to secglossary@nist.gov.

See NISTIR 7298 Rev. 3 for additional details.

---

NATIONAL INSTITUTE OF STANDARDS AND TECHNOLOGY
U.S. DEPARTMENT OF COMMERCE

**HEADQUARTERS**
100 Bureau Drive
Gaithersburg, MD 20899

Want updates about CSRC and our publications?  Subscribe

Contact Us | Our Other Offices

Send inquiries to csrc-inquiry@nist.gov

Site Privacy | Accessibility | Privacy Program | Copyrights | Vulnerability Disclosure | No Fear Act Policy | FOIA | Environmental Policy |

Scientific Integrity | Information Quality Standards | Commerce.gov | Science.gov | USA.gov | Vote.gov