# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| LEMKO CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  2:25-cv-00305-JRG |
| | ) | |
| v. | ) | |
| | ) | |
| AT&T INC., AT&T ENTERPRISES LLC, | ) | |
| AT&T COMMUNICATIONS LLC, AT&T | ) | |
| MOBILITY LLC, AT&T MOBILITY LLC II, | ) | |
| and AT&T SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFF LEMKO CORPORATION'S DISCLOSURE OF ASSERTED CLAIMS**
**AND INFRINGEMENT CONTENTIONS UNDER PATENT RULES 3-1 AND 3-2**

Pursuant to Patent Rules 3-1 and 3-2, Plaintiff Lemko Corporation ("Lemko" or "Plaintiff") makes the following Disclosure of Asserted Claims and Infringement Contentions to Defendants (collectively, "AT&T"), including the claim charts attached hereto as Appendices A-1, A-2, B-1, B-2, C-1, C-2, D-1, D-2, E-1, E-2, F-1, F-2, G-1, and G-2 (the "Appendices") for each of the Accused Products of U.S. Patent Nos. 7,840,230, 7,979,066, 8,224,322, 8,310,990, 8,340,667, 8,359,029, 9,198,020 (collectively, the "Asserted Patents") and the accompanying document production.

Lemko makes this disclosure based upon information presently known and reasonably available to it as of the date hereof.  This disclosure is preliminary, as Lemko's investigations are ongoing and discovery has not yet commenced in this action.  Lemko has not received any technical document production by Defendants.  Lemko reserves the right to amend, modify, supplement, or narrow any portion of this disclosure as necessary and appropriate, in accordance with the Federal Rules of Civil Procedure, this Court's Local Rules, including Patent Rule 3-6,

and any orders entered in this action, in light of future document production, interrogatory responses, admissions, disclosures, fact witness testimony, expert discovery, and any other discovery, any amendments to the pleadings, any additional items of evidence, or for any other reason authorized by statute, rule, or applicable case law. Such amendment, modification, supplementation, or narrowing may include the identification of additional asserted claims, products or services accused of infringement, and bases and manner of infringement.

Lemko further reserves the right to rely upon the opinions of one or more expert in support of the contentions in this disclosure in accordance with the scheduling order to be entered in this action.

## I.    P.R. 3-1(a): Asserted Claims

Based on the information presently known to Lemko and without the benefit of relevant discovery or the Court's claim construction, Lemko provides the following contentions pursuant to Patent Rule 3-1(a):

Defendants have infringed and continue to infringe the following claims (collectively, the "Asserted Claims"):

- Claims 1, 8, and 13 of the '230 Patent;

- Claims 1, 2, 14, and 17 of the '066 Patent;

- Claims 1, 10, 17, and 18 of the '322 Patent;

- Claims 1, 3, and 17 of the '990 Patent;

- Claims 1, 2, 10, 14, and 20 of the '667 Patent;

- Claims 1, 10, and 20 of the '029 Patent; and

- Claims 1, 2, 9, 11, and 13 of the '020 Patent.

Defendants have directly infringed and continue to directly infringe the Asserted Claims under 35 U.S.C. § 271(a).  Defendants have also indirectly infringed and continue to indirectly infringe the Asserted Claims under 35 U.S.C. § 271(b).

## II.    P.R. 3-1(b): Accused Instrumentalities

Based on the information presently known to Lemko, and without the benefit of relevant discovery or the Court's claim construction, Lemko provides the following contentions pursuant to Patent Rule 3-1(b):  AT&T makes, uses, sells, offers for sale, and imports into the United States and this District AT&T's Nationwide Network and AT&T's Private Networks that infringe the Asserted Patents (the "Accused Products").

### A.    AT&T's Nationwide Network

AT&T offers a Nationwide Network providing cellular voice and data services to customers' mobile devices.  AT&T's Nationwide Network infrastructure provides a variety of phone plans covering both 4G and 5G services to both personal consumer and business customers.  While the prices and features vary across these plans, AT&T operates them on the same infringing AT&T nationwide infrastructure.  Where relevant, Lemko explains in its infringement contentions the variations in the functionality used to offer 4G and 5G service.

**4G LTE/5G/5G+ for Personal Networks**: AT&T Personal Networks offer customers LTE, 5G, or 5G+ services in applications such as virtual reality and autonomous cars.  LEMKO-ATT 022229-31 at 29.  These networks offer wireless plans with LTE and 5G access for 4G or 5G mobile devices.  *Id*.  5G offers broad coverage for both consumers and businesses over low-band spectrum.  LEMKO-ATT 019896-99 at 97.  5G+ reaches coverage speeds up to 3x that of 4G in major metro areas, and peak speeds up to 10x faster than 4G in selected venues.  *Id*.



LEMKO-ATT 019896-99 at 97.

AT&T Personal Networks offer three different 5G services: AT&T 5G, which uses low-band spectrum; mid-band 5G+, which uses mid-band spectrum; high-band 5G+, which uses high-band spectrum.  LEMKO-ATT 022229-31 at 30.  The networks operate in the same way but use different spectra.

AT&T Personal Networks enables various phone plans to offer both 4G and 5G services, including AT&T Unlimited Premium PL, AT&T Unlimited Extra EL, and AT&T Unlimited Starter SL, AT&T VL Plan, AT&T 4GB plan, AT&T Prepaid Plan, and pay-as-you-go plan. LEMKO-ATT 020122-27 at 25.

**4G LTE/5G/5G+ for Business Networks:** AT&T Business is a collection of services over 5G/5G+ networks, using the same AT&T nationwide infrastructure and functionality that AT&T uses to provide its personal service plans.  LEMKO-ATT 019994-97 at 96 (5G+ is only available in some high-traffic regions with limited reach with high-band spectrum).  5G offers broad coverage areas for both consumers and businesses over a low-band spectrum.  LEMKO-

ATT 019896-99 at 97.  5G+ reaches coverage speeds up to 3x that of 4G in major metro areas and peak speeds up to 10x faster than 4G in selected venues.  *Id.*

AT&T Business Networks works with AT&T MEC, an on-premises edge compute solution to provide low latency connectivity and speed for local data processing.  LEMKO-ATT 019336-38 at 37.  AT&T Network Edge gives business-optimized latency network routing to access compute power.  *Id.*  Through AT&T Business Networks, AT&T offers business customers various 5G/5G+ phone plans, including AT&T Business Unlimited Premium, AT&T Business Unlimited Advanced, and AT&T Business Unlimited Standard plans.  LEMKO-ATT 020009-13 at 09.  These plans use the same AT&T nationwide network infrastructure and functionality.



LEMKO-ATT 020009-13 at 09.

AT&T Business Unlimited Elite/Performance plan includes mobile hotspot data.  *Id.* at 3. Additionally, AT&T Business Unlimited Plans include unlimited calling from the U.S. to Mexico and Canada and unlimited text from the U.S. to over 200 countries.  *Id.* at 4.  AT&T Business also provides basic phone services to advanced cloud-based "as a service" voice solutions based on VoIP (voice over IP).  LEMKO-ATT 019331-35 at 34.

### B.    AT&T Private Networks

AT&T offers a variety of private network services designed to provide businesses with enhanced control, security, and performance compared to traditional public networks.  Except as indicated in Lemko's infringement contention charts, these private network offerings use the same infrastructure and infringe using the same functionality.

**AT&T On-Premises Cellular Networks:** On Premise Cellular Network is part of AT&T's On-Premises Edge solution.  LEMKO-ATT 020079-81 at 79.  AT&T's On-Premises Cellular Network supports LTE (4G) and 5G technology to enable multi-access edge computing (MEC), Internet of things (IoT), AI, and augmented/virtual reality.  LEMKO-ATT 020076-78 at 76 (AT&T offers On-Premises Cellular Network solutions with MEC solutions), at 2 (5G uses both licensed and unlicensed spectrum to carry traffic from both 5G devices and Wi-Fi devices on the same radio network backbone).  AT&T On-Premises Cellular Networks provides enterprise customers flexible options to design, install, and manage Distributed Antenna Systems ("DAS") and Small Cells.  LEMKO-ATT 020076-78 at 76 (a DAS is a network of antenna nodes connected by either coax or fiber that provides cellular coverage at the customer premises).  T

AT&T On-Premises Cellular Networks has "virtualized" the network functions performed by the 4G EPC and 5GC core networks, implemented as software running on Universal Customer Premises Equipment ("uCPE") devices or other Common-Off-The-Shelf ("COTS") servers.  *See also* LEMKO-ATT 006327-784 at 356 (5G supports NFVs for data connectivity and services).  AT&T-certified VNFs can be deployed on-premises, in the public cloud (Microsoft Azure, Google Cloud Platform, and AWS), and in third-party data centers like Equinix and TAO.  LEMKO-ATT 021778-90 at 88.

**AT&T Private Cellular Networks:** AT&T Private Cellular Networks are localized, non-public wireless LTE and 5G network.  LEMKO-ATT 020092-97 at 95; LEMKO-ATT 021980-82 at 80 (AT&T's on-premises edge portfolio includes 5G-capable MEC is expanding to offer private cellular solutions).  AT&T Private Cellular Networks offers an edge approach for the packet flow so the data can be acted upon at the edge.  LEMKO-ATT 022210-20 at 19.   On-site small cells with seamless handoffs are flexible to configure bandwidth, power settings, and radio locations.  LEMKO-ATT 020092-97 at 93.   Network Management Portal helps to control traffic on network segments, device management, and easy-to-access network key performance indicators.  *Id*. at 93.  Only SIM cards activated to the network will connect.  *Id*.



LEMKO-ATT 022185-86 at 85.

AT&T Private Cellular Networks is enabled by a new shared spectrum called Citizens Broadband Radio Service ("CBRS").  LEMKO-ATT 020092-97 at 95; LEMKO-ATT 022242-43 at 42 (CBRS is an unlicensed spectrum (150 MHz spectrum in the 3.5 GHz band, which is band 48) that can be leveraged for private 5G or private LTE networks).   CBRS improves wide-area outdoor coverage and network segmentation or the ability to deploy a separate overlay network. LEMKO-ATT 022256-57 at 56.

**AT&T Private 5G Edge Networks:**  AT&T Private 5G Edge is an integrated communication network providing connectivity and embedded applications through a single platform using "CBRS spectrum and/or AT&T spectrum."  LEMKO-ATT 021777; LEMKO-

ATT 022242-43 at 42 (CBRS is unlicensed spectrum (150 MHz spectrum in the 3.5 GHz band, which is band 48) that can be leveraged for private 5G or private LTE networks). CBRS improves wide-area outdoor coverage and network segmentation or the ability to deploy a separate overlay network. LEMKO-ATT 022256-57 at 56. CBRS supports LTE network. LEMKO-ATT 022256-57 at 56. (5G support may occur in the future); LEMKO-ATT 021647-48 at 47 (CBRS has three tiers: incumbent, priority access license, and general authorized access). AT&T Private 5G Edge enables roaming "beyond the geographical boundaries of the AT&T private network" and staying connected through the AT&T public network. LEMKO-ATT 020084-91 at 85.

## III.    P.R. 3-1(c)-(d): Claim Charts

Based on the information presently known to Lemko and without the benefit of relevant discovery or the Court's claim construction, Lemko provides charts pursuant to Patent Rules 3-1(c)-(d) at the following Appendices:

- Appendix A-1: showing how AT&T's Nationwide Network infringes Claims 1, 8, and 13 of the '230 Patent;

- Appendix A-2: showing how AT&T's Private Network infringe Claims 1, 8, and 13 of the '230 Patent;

- Appendix B-1: showing how AT&T's Nationwide Network infringes 1, 2, 14, and 17 of the '066 Patent;

- Appendix B-2: showing how AT&T's Private Network infringe 1, 2, 14, and 17 of the '066 Patent;

- Appendix C-1: showing how AT&T's Nationwide Network infringes Claims 1, 10, 17, and 18 of the '322 Patent;

- Appendix C-2: showing how AT&T's Private Network infringe Claims 1, 10, 17, and 18 of the '322 Patent;

- Appendix D-1: showing how AT&T's Nationwide Network infringes Claims 1, 3, and 17 of the '990 Patent;

- Appendix D-2: showing how AT&T's Private Network infringe Claims 1, 3, and 17 of the '990 Patent;

- Appendix E-1: showing how AT&T's Nationwide Network infringes Claims 1, 2, 10, 14, and 20 of the '667 Patent;

- Appendix E-2: showing how AT&T's Private Network infringe Claims 1, 2, 10, 14, and 20 of the '667 Patent;

- Appendix F-1: showing how AT&T's Nationwide Network infringes Claims 1, 10, and 20 of the '029 Patent;

- Appendix F-2: showing how AT&T's Private Network infringe Claims 1, 10, and 20 of the '029 Patent;

- Appendix G-1: showing how AT&T's Nationwide Network infringes Claims 1, 2, 9, 11, and 13 of the '020 Patent;

- Appendix G-2: showing how AT&T's Private Network infringe Claims 1, 2, 9, 11, and 13 of the '020 Patent;

None of the elements of the Asserted Claims are governed by 35 U.S.C. § 112(b).

The Appendices identify the elements of the Asserted Claims that are satisfied under the doctrine of equivalents.

Lemko makes this disclosure based upon information presently known and reasonably available to it as of the date hereof.  This Disclosure of Asserted Claims and Preliminary

Infringement Contentions, and the accompanying Appendices, are preliminary, as discovery has not yet commenced in this action, such that Defendants have not produced any technical documents.

Lemko has subdivided the Asserted Claims in the Charts to explain where the Accused Products meet each claim element. These subdivisions are not to be taken as an indication of the boundaries of claim elements with respect to the doctrine of equivalents, or any other issue. In addition, the Accused Products may infringe the Asserted Claims in multiple ways. Lemko reserves the right to provide an alternative claim mapping or infringement contentions for each Accused Products or other products and services. Lemko further reserves the right to rely upon the opinions of one or more experts in support of its infringement contentions in accordance with the Court's Docket Control Order.

As Lemko's investigation is ongoing, Lemko reserves the right to amend, modify, supplement, and/or narrow any portion of this Disclosure of Asserted Claims and Preliminary Infringement Contentions, including, but not limited to, the identification of Asserted Claims, the products and/or services accused of infringement, and the bases and the manner of infringement.

## IV.    Priority Date of Asserted Claims

Pursuant to Local Patent Rule 3-1(e), Lemko hereby identifies the priority date of asserted claims (identified in the accompanying Appendices) of the Asserted Patents:

- The asserted claims of the '230 Patent are entitled to the priority date of April 13, 2005.

- The asserted claims of the '066 Patent are entitled to the priority date of September 25, 2008.

- The asserted claims of the '322 Patent are entitled to the priority date of June 12, 2006.

- The asserted claims of the '990 Patent are entitled to the priority date of July 14, 2008.

- The asserted claims of the '667 Patent are entitled to the priority date of June 26, 2008.

- The asserted claims of the '029 Patent are entitled to the priority date of March 30, 2006.

- The asserted claims of the '020 Patent are entitled to the priority date of July 11, 2008.

## V.    P.R. 3-1(f): Own Patent-Practicing Products

| Asserted Patent | Asserted Claims | Lemko Products |
|---|---|---|
| 7,840,230 | 1, 8, 13 | Lemko's Node 1 Products and Node 2 Products are communication systems/apparatus with the claimed communications functionality, and include:<br><br>• Lemko 4G (LTE) Node 1 – Evolved Packet Core ("EPC") plus eNodeB ("eNB")<br>• Node1 EZ<br>• Node1 X4, Node 1 X4 Man-Portable<br>• Node1 X5, X5 LTE Mini<br>• Node1 Macro<br>• Lemko 2G (GSM) Node 1- GSM IP MSC plus GSM Radio Access Network (BTS)<br>• Lemko 3G (CDMA/EvDo) Node 1- CDMA IP MSC plus CDMA Radio Access Network ("RAN")<br>• Universal Signaling Gateway (Node 2). |
| 7,979,066 | 1, 2, 14, 17 | Lemko's Node 1 Products and Node 2 Products are communication systems/apparatus with the claimed communications functionality, and include: |

| Asserted Patent | Asserted Claims | Lemko Products |
|---|---|---|
| | | • Lemko 4G (LTE) Node 1 – Evolved Packet Core ("EPC") plus eNodeB ("eNB")<br>• Node1 EZ<br>• Node1 X4, Node 1 X4 Man-Portable<br>• Node1 X5, X5 LTE Mini<br>• Node1 Macro<br>• Lemko 2G (GSM) Node 1- GSM IP MSC plus GSM Radio Access Network (BTS)<br>• Lemko 3G (CDMA/EvDo) Node 1- CDMA IP MSC plus CDMA Radio Access Network ("RAN")<br>• Universal Signaling Gateway (Node 2). |
| 8,224,322 | 1, 10, 17, 18 | Lemko's Node 1 Products and Node 2 Products are DMA nodes and include:<br><br>• Lemko 4G (LTE) Node 1 – Evolved Packet Core ("EPC") plus eNodeB ("eNB")<br>• Node1 EZ<br>• Node1 X4, Node 1 X4 Man-Portable<br>• Node1 X5, X5 LTE Mini<br>• Node1 Macro<br>• Lemko 2G (GSM) Node 1- GSM IP MSC plus GSM Radio Access Network (BTS)<br>• Lemko 3G (CDMA/EvDo) Node 1- CDMA IP MSC plus CDMA Radio Access Network ("RAN")<br>• Universal Signaling Gateway (Node 2). |
| 8,310,990 | 1, 3, 17 | Lemko's Node 1 Products and Node 2 Products are DMA servers and include:<br><br>• Lemko 4G (LTE) Node 1 – Evolved Packet Core ("EPC") plus eNodeB ("eNB")<br>• Node1 EZ<br>• Node1 X4, Node 1 X4 Man-Portable<br>• Node1 X5, X5 LTE Mini<br>• Node1 Macro<br>• Lemko 2G (GSM) Node 1- GSM IP MSC plus GSM Radio Access Network (BTS)<br>• Lemko 3G (CDMA/EvDo) Node 1- CDMA IP MSC plus CDMA Radio Access Network ("RAN")<br>• Universal Signaling Gateway (Node 2). |

| Asserted Patent | Asserted Claims | Lemko Products |
|---|---|---|
| | | Lemko's Node 2 Products are DMA Gateways and include:<br>• Universal Signaling Gateway (Node 2). |
| 8,340,667 | 1, 2, 10, 14, 20 | Lemko's Node 1 Products and Node 2 Products are DMA servers and include:<br><br>• Lemko 4G (LTE) Node 1 – Evolved Packet Core ("EPC") plus eNodeB ("eNB")<br>• Node1 EZ<br>• Node1 X4, Node 1 X4 Man-Portable<br>• Node1 X5, X5 LTE Mini<br>• Node1 Macro<br>• Lemko 2G (GSM) Node 1- GSM IP MSC plus GSM Radio Access Network (BTS)<br>• Lemko 3G (CDMA/EvDo) Node 1- CDMA IP MSC plus CDMA Radio Access Network ("RAN")<br>• Universal Signaling Gateway (Node 2).<br><br>Lemko's Node 2 Products are DMA Gateways and include:<br>• Universal Signaling Gateway (Node 2). |
| 8,359,029 | 1, 10, 20 | Lemko's Node 1 Products and Node 2 Products are DMA systems and include:<br><br>• Lemko 4G (LTE) Node 1 – Evolved Packet Core ("EPC") plus eNodeB ("eNB")<br>• Node1 EZ<br>• Node1 X4, Node 1 X4 Man-Portable<br>• Node1 X5, X5 LTE Mini<br>• Node1 Macro<br>• Lemko 2G (GSM) Node 1- GSM IP MSC plus GSM Radio Access Network (BTS)<br>• Lemko 3G (CDMA/EvDo) Node 1- CDMA IP MSC plus CDMA Radio Access Network ("RAN")<br>• Universal Signaling Gateway (Node 2). |
| 9,198,020 | 1, 2, 9, 11, 13 | Lemko's Node 1 Products and Node 2 Products are DMA nodes and include: |

| Asserted Patent | Asserted Claims | Lemko Products |
|---|---|---|
| | | <ul><li>Lemko 4G (LTE) Node 1 – Evolved Packet Core ("EPC") plus eNodeB ("eNB")</li><li>Node1 EZ</li><li>Node1 X4, Node 1 X4 Man-Portable</li><li>Node1 X5, X5 LTE Mini</li><li>Node1 Macro</li><li>Lemko 2G (GSM) Node 1- GSM IP MSC plus GSM Radio Access Network (BTS)</li><li>Lemko 3G (CDMA/EvDo) Node 1- CDMA IP MSC plus CDMA Radio Access Network ("RAN")</li><li>Universal Signaling Gateway (Node 2).</li></ul><br>Lemko's Node 2 Products are DMA Gateways and include:<ul><li>Universal Signaling Gateway (Node 2).</li></ul> |

## VI.    P.R. 3-2: Accompanying Document Production

Pursuant to the Patent Local Rule 3-2, Lemko provides herewith a document production which includes, inter alia, a copy of the file history for each of the Asserted Patents. Lemko makes this production based upon information presently known and reasonably available to it as of the date hereof. Lemko reserves the right to supplement its document production as the case develops over the course of discovery and as additional information becomes known or available to it.

Lemko has also provided documents identified in the table below. Specifically, each of the accompanying Appendices identifies and relies upon documents and support which are identified below and available in the document production noted by the Bates range provided herein.

| Bates Range | Reference |
|---|---|
| LEMKO-ATT 027676, LEMKO-ATT 028094, LEMKO-ATT 028647, LEMKO-ATT 028732-70, LEMKO-ATT 028771, LEMKO-ATT 028772, LEMKO-ATT 028773, LEMKO-ATT 029234, LEMKO-ATT 029249, LEMKO-ATT 029255, LEMKO-ATT 029256-75, LEMKO-ATT 029441-61, LEMKO-ATT 029467-78, LEMKO-ATT 029495, LEMKO-ATT 029717, LEMKO-ATT 029752, LEMKO-ATT 029847, LEMKO-ATT 030051, LEMKO-ATT 030075-78, LEMKO-ATT 030097, LEMKO-ATT 030109-10, LEMKO-ATT 030111-18, LEMKO-ATT 030148, LEMKO-ATT 030155-63, LEMKO-ATT 030169, LEMKO-ATT 030346-50, LEMKO-ATT 030351-56, LEMKO-ATT 030399, LEMKO-ATT 030580, LEMKO-ATT 030581-84, LEMKO-ATT 030598, LEMKO-ATT 030611, LEMKO-ATT 030631, LEMKO-ATT 030650, LEMKO-ATT 030764, LEMKO-ATT 030786, LEMKO-ATT 030787, LEMKO-ATT 030789, LEMKO-ATT 030794, LEMKO-ATT 030846, LEMKO-ATT 030853, LEMKO-ATT 030876, LEMKO-ATT 030992, LEMKO-ATT 031013, LEMKO-ATT 031014, LEMKO-ATT 031056-64, LEMKO-ATT 031065, LEMKO-ATT 031078, LEMKO-ATT 031080-81, LEMKO-ATT 031122, LEMKO-ATT 031182, LEMKO-ATT 031212, LEMKO-ATT 031247, LEMKO-ATT 031306, LEMKO-ATT 031321-22, LEMKO-ATT 031327, LEMKO-ATT 031346-84, LEMKO-ATT 031408, LEMKO-ATT 031409, LEMKO-ATT 031463, LEMKO-ATT 031464, LEMKO-ATT 031488, LEMKO-ATT 031533, LEMKO-ATT 031579, LEMKO-ATT 031608, LEMKO-ATT 031627, LEMKO-ATT 031638, LEMKO-ATT 031664, LEMKO-ATT 031727, LEMKO-ATT 031732, LEMKO-ATT 031774, LEMKO-ATT 031775, LEMKO-ATT 031822, LEMKO-ATT 031876, LEMKO-ATT 031888, LEMKO-ATT 031899, LEMKO-ATT 032001, LEMKO-ATT 032040, LEMKO-ATT 032115, LEMKO-ATT 032122, LEMKO-ATT 032139, LEMKO-ATT 032161-66, LEMKO-ATT 032167-68, LEMKO-ATT 032206-08, LEMKO-ATT 032237-39, LEMKO-ATT 032240-43, LEMKO-ATT 032267-69, LEMKO-ATT 032270, LEMKO-ATT 032271, LEMKO-ATT 032295, LEMKO-ATT 032296, LEMKO-ATT 032297, LEMKO-ATT 032298, LEMKO-ATT 032299, LEMKO-ATT 032300, LEMKO-ATT 032315, LEMKO-ATT 032329-36, LEMKO-ATT 032341-46, LEMKO-ATT 032357-58, LEMKO-ATT 032361-65, LEMKO-ATT 033015-29, LEMKO-ATT 033033-46, LEMKO-ATT 033047-61, LEMKO-ATT 033063-76, LEMKO-ATT 033077-79, LEMKO-ATT 033082-85, LEMKO-ATT 033089, LEMKO-ATT 033100, LEMKO-ATT 033101, LEMKO-ATT | Documents relating to discussions, disclosures, sales, or offers to sell Lemko's products which are related to the claimed inventions (P.R. 3-2(a) |

| Bates Range | Reference |
|---|---|
| 033102-45, LEMKO-ATT 033146-48, LEMKO-ATT 033149-91, LEMKO-ATT 033192-94, LEMKO-ATT 033195-237, LEMKO-ATT 033241-033280, LEMKO-ATT 033303-42, LEMKO-ATT 033378-86, LEMKO-ATT 033387-99, LEMKO-ATT 033403-04, LEMKO-ATT 033405-15, LEMKO-ATT 033418-20, LEMKO-ATT 033429, LEMKO-ATT 033451-53, LEMKO-ATT 033458-63, LEMKO-ATT 033470-78, LEMKO-ATT 033495-502, LEMKO-ATT 033503, LEMKO-ATT 033504, LEMKO-ATT 033505-13, LEMKO-ATT 033535, LEMKO-ATT 033536, LEMKO-ATT 033550, LEMKO-ATT 033552, LEMKO-ATT 033566-70, LEMKO-ATT 033571-78, LEMKO-ATT 033579-86, LEMKO-ATT 033587-95, LEMKO-ATT 033596-603, LEMKO-ATT 033604, LEMKO-ATT 033605-12, LEMKO-ATT 033613, LEMKO-ATT 033614-22, LEMKO-ATT 033623, LEMKO-ATT 033624-26, LEMKO-ATT 033627-35, LEMKO-ATT 033636, LEMKO-ATT 033637-39, LEMKO-ATT 033640-42, LEMKO-ATT 033643, LEMKO-ATT 033644-46, LEMKO-ATT 033647, LEMKO-ATT 033648-56, LEMKO-ATT 033657-59, LEMKO-ATT 033660-706, LEMKO-ATT 033707-14, LEMKO-ATT 033715-18, LEMKO-ATT 033742, LEMKO-ATT 033743, LEMKO-ATT 033744, LEMKO-ATT 033745, LEMKO-ATT 033746, LEMKO-ATT 033747-65, LEMKO-ATT 033766, LEMKO-ATT 033767-84, LEMKO-ATT 033785, LEMKO-ATT 033786-89, LEMKO-ATT 033790-92, LEMKO-ATT 033793, LEMKO-ATT 033794, LEMKO-ATT 033795, LEMKO-ATT 033796-819, LEMKO-ATT 033820, LEMKO-ATT 033821-23, LEMKO-ATT 033824-37,, LEMKO-ATT 033838, LEMKO-ATT 033839, LEMKO-ATT 033841, LEMKO-ATT 033844-52, LEMKO-ATT 033854-62, LEMKO-ATT 033863-906, LEMKO-ATT 033907-15, LEMKO-ATT 033916-23, LEMKO-ATT 033924-33, LEMKO-ATT 033934, LEMKO-ATT 033936-45, LEMKO-ATT 03394647, LEMKO-ATT 033948-50, LEMKO-ATT 033951-61, LEMKO-ATT 033962-63, LEMKO-ATT 033964, LEMKO-ATT 033967, LEMKO-ATT 033970, LEMKO-ATT 033971, LEMKO-ATT 033987, LEMKO-ATT 033988-4022, LEMKO-ATT 034041, LEMKO-ATT 034042, LEMKO-ATT 034062-96, LEMKO-ATT 034147, LEMKO-ATT 034148-54, LEMKO-ATT 034155-72, LEMKO-ATT 034175-81, LEMKO-ATT 034207, LEMKO-ATT 034408-14, LEMKO-ATT 034415-16, LEMKO-ATT 034451, LEMKO-ATT 03447784, LEMKO-ATT 034485, LEMKO-ATT 03448694, LEMKO-ATT 034647-54, LEMKO-ATT 034680-87, LEMKO-ATT 034961-64, LEMKO-ATT 034965-66, LEMKO-ATT 034967-69, LEMKO-ATT 035786-89, LEMKO-ATT 035790-93, LEMKO-ATT | |

| Bates Range | Reference |
|---|---|
| 035833-34, LEMKO-ATT 035835, LEMKO-ATT 035849, LEMKO-ATT 035850, LEMKO-ATT 035851-63, LEMKO-ATT 035864-900, LEMKO-ATT 035902-03, LEMKO-ATT 035904, LEMKO-ATT 035928-65, LEMKO-ATT 035966-67, LEMKO-ATT 035968-78, LEMKO-ATT 036019, LEMKO-ATT 036020, LEMKO-ATT 036021, LEMKO-ATT 036030, LEMKO-ATT 036040-43, LEMKO-ATT 036067, LEMKO-ATT 036084-86, LEMKO-ATT 036087, LEMKO-ATT 036128, LEMKO-ATT 036153, LEMKO-ATT 036178, LEMKO-ATT 036240, LEMKO-ATT 036248, LEMKO-ATT 036249-51, LEMKO-ATT 036279, LEMKO-ATT 036309, LEMKO-ATT 036310, LEMKO-ATT 036362, LEMKO-ATT 036363-71, LEMKO-ATT 036422, LEMKO-ATT 036432, LEMKO-ATT 036433-40, LEMKO-ATT 036446-83, LEMKO-ATT 036484-91, LEMKO-ATT 036498, LEMKO-ATT 036506, LEMKO-ATT 036507, LEMKO-ATT 036508-17, LEMKO-ATT 036519, LEMKO-ATT 036520-27, LEMKO-ATT 036535-58, LEMKO-ATT 036559-76, LEMKO-ATT 036577-84, LEMKO-ATT 036590-98, LEMKO-ATT 036599, LEMKO-ATT 036623-31, LEMKO-ATT 036632, LEMKO-ATT 036633-40, LEMKO-ATT 036671-79, LEMKO-ATT 036680, LEMKO-ATT 036681-84, LEMKO-ATT 036685-700, LEMKO-ATT 037001-26, LEMKO-ATT 037038-39, LEMKO-ATT 037062-63, LEMKO-ATT 037282-90, LEMKO-ATT 037306-13, LEMKO-ATT 037352, LEMKO-ATT 037435, LEMKO-ATT 037461, LEMKO-ATT 037887, LEMKO-ATT 037896, LEMKO-ATT 037897, LEMKO-ATT 037921, LEMKO-ATT 037923-31, LEMKO-ATT 037932-40, LEMKO-ATT 037943-59, LEMKO-ATT 037960-76, LEMKO-ATT 038052-58, LEMKO-ATT 038070, LEMKO-ATT 038071, LEMKO-ATT 038074, LEMKO-ATT 038095, LEMKO-ATT 038106-16, LEMKO-ATT 038119, LEMKO-ATT 038165-87, LEMKO-ATT 038190-218, LEMKO-ATT 038225-48, LEMKO-ATT 038250-73, LEMKO-ATT 038275, LEMKO-ATT 038276, LEMKO-ATT 038298, LEMKO-ATT 038299-300, LEMKO-ATT 038305-33, LEMKO-ATT 038336-64, LEMKO-ATT 038371-99, LEMKO-ATT 038408-27, LEMKO-ATT 025607-12, LEMKO-ATT 027497-506, LEMKO-ATT 038443-71, LEMKO-ATT 038474-502, LEMKO-ATT 038504-32, LEMKO-ATT 038549-63, LEMKO-ATT 038571, LEMKO-ATT 038572-75, LEMKO-ATT 038583, LEMKO-ATT 038594, LEMKO-ATT 038607, LEMKO-ATT 038686-89, LEMKO-ATT 038693-94, LEMKO-ATT 038695-707, LEMKO-ATT 038712-30, LEMKO-ATT 038746-53, LEMKO-ATT 038783, LEMKO-ATT 038834-46, LEMKO-ATT 038847-49, LEMKO-ATT 038851-80, | |

17

| Bates Range | Reference |
|---|---|
| LEMKO-ATT 038900-12, LEMKO-ATT 038916-35, LEMKO-ATT 038938, LEMKO-ATT 038940, LEMKO-ATT 039129-86, LEMKO-ATT 039226-80, LEMKO-ATT 039458-81, LEMKO-ATT 039579, LEMKO-ATT 039595, LEMKO-ATT 039690-712, LEMKO-ATT 039732, LEMKO-ATT 039734-92, LEMKO-ATT 039814-23, LEMKO-ATT 039848-55, LEMKO-ATT 039857-67, LEMKO-ATT 039893-915, LEMKO-ATT 039934-41, LEMKO-ATT 040027-34, LEMKO-ATT 040046-51, LEMKO-ATT 040176-84, LEMKO-ATT 040297-304, LEMKO-ATT 040430-37, LEMKO-ATT 040462-63, LEMKO-ATT 040551, LEMKO-ATT 040652, LEMKO-ATT 040799, LEMKO-ATT 040841-66, LEMKO-ATT 040928, LEMKO-ATT 040965-87, LEMKO-ATT 041071, LEMKO-ATT 041097-101, LEMKO-ATT 041102-10, LEMKO-ATT 041252-60, LEMKO-ATT 041396-97, LEMKO-ATT 041422-23, LEMKO-ATT 041732-42, LEMKO-ATT 041968-84, LEMKO-ATT 042326-57, LEMKO-ATT 043699-730, LEMKO-ATT 043830-37, LEMKO-ATT 044404-27, LEMKO-ATT 044844, LEMKO-ATT 044850-70, LEMKO-ATT 044939-45, LEMKO-ATT 044955-59, LEMKO-ATT 044964-5007, LEMKO-ATT 045020-62, LEMKO-ATT 045107-12, LEMKO-ATT 045157, LEMKO-ATT 045202, LEMKO-ATT 045203-31, LEMKO-ATT 045275, LEMKO-ATT 045277-78, LEMKO-ATT 045279, LEMKO-ATT 045280, LEMKO-ATT 045281-82, LEMKO-ATT 045283, LEMKO-ATT 045285, LEMKO-ATT 045286-87, LEMKO-ATT 045288, LEMKO-ATT 045322-326, LEMKO-ATT 045327, LEMKO-ATT 045328-32, LEMKO-ATT 045362-72, LEMKO-ATT 045373, LEMKO-ATT 045374-90, LEMKO-ATT 045400, LEMKO-ATT 045401-03, LEMKO-ATT 045409-19, LEMKO-ATT 045420, LEMKO-ATT 045423, LEMKO-ATT 045463-91, LEMKO-ATT 045618, LEMKO-ATT 045624, LEMKO-ATT 045668-69, LEMKO-ATT 045670-76, LEMKO-ATT 045681, LEMKO-ATT 045686-92, LEMKO-ATT 045693, LEMKO-ATT 045701, LEMKO-ATT 045703, LEMKO-ATT 045713-14, LEMKO-ATT 045715, LEMKO-ATT 045716, LEMKO-ATT 045717, LEMKO-ATT 045727, LEMKO-ATT 045728, LEMKO-ATT 045745, LEMKO-ATT 045756, LEMKO-ATT 045757, LEMKO-ATT 045767, LEMKO-ATT 045768, LEMKO-ATT 045805-11, LEMKO-ATT 045829-35, LEMKO-ATT 045836-37, LEMKO-ATT 045844-45, LEMKO-ATT 045863-64, LEMKO-ATT 045865, LEMKO-ATT 045866-67, LEMKO-ATT 045868, LEMKO-ATT 045869-71, LEMKO-ATT 045872, LEMKO-ATT 045873, LEMKO-ATT 045880-87, LEMKO-ATT 045888, LEMKO-ATT 045900-8, LEMKO-ATT 045932-41, LEMKO- | |

| Bates Range | Reference |
|---|---|
| ATT 045942-49, LEMKO-ATT 045950-55, LEMKO-ATT 045956-63, LEMKO-ATT 045972-79, LEMKO-ATT 045980, LEMKO-ATT 045981-89, LEMKO-ATT 045998-6003, LEMKO-ATT 046004, LEMKO-ATT 046005, LEMKO-ATT 046012, LEMKO-ATT 046013, LEMKO-ATT 046014-32, LEMKO-ATT 046035-40, LEMKO-ATT 046046, LEMKO-ATT 046057, LEMKO-ATT 046058-61, LEMKO-ATT 046114-21, LEMKO-ATT 046122, LEMKO-ATT 046128-37, LEMKO-ATT 046138, LEMKO-ATT 046139-50, LEMKO-ATT 046151-60, LEMKO-ATT 046178-86, LEMKO-ATT 046206, LEMKO-ATT 046221-29, LEMKO-ATT 046232-38, LEMKO-ATT 046242-54, LEMKO-ATT 046257-76, LEMKO-ATT 046277-87, LEMKO-ATT 046307-35, LEMKO-ATT 046336-45, LEMKO-ATT 046346-52, LEMKO-ATT 046353-81, LEMKO-ATT 046382-402, LEMKO-ATT 046410-14, LEMKO-ATT 046439-59, LEMKO-ATT 046460-63, LEMKO-ATT 046506-26, LEMKO-ATT 046544-84, LEMKO-ATT 046606-26, LEMKO-ATT 046627-67, LEMKO-ATT 046687-707, LEMKO-ATT 046730-70, LEMKO-ATT 046788-91, LEMKO-ATT 046792-832, LEMKO-ATT 046839, LEMKO-ATT 046851-91, LEMKO-ATT 046893, LEMKO-ATT 046895, LEMKO-ATT 046959, LEMKO-ATT 046961-7001, LEMKO-ATT 047004-42, LEMKO-ATT 047049, LEMKO-ATT 047051-91, LEMKO-ATT 047095, LEMKO-ATT 047115, LEMKO-ATT 047125, LEMKO-ATT 047126, LEMKO-ATT 047128, LEMKO-ATT 047187, LEMKO-ATT 047188-94, LEMKO-ATT 047195-205, LEMKO-ATT 047327-29, LEMKO-ATT 047330, LEMKO-ATT 047524-28, LEMKO-ATT 047529, LEMKO-ATT 047530, LEMKO-ATT 047550, LEMKO-ATT 047575, LEMKO-ATT 047576, LEMKO-ATT 047580, LEMKO-ATT 047590, LEMKO-ATT 047607, LEMKO-ATT 047616, LEMKO-ATT 047617, LEMKO-ATT 047618, LEMKO-ATT 047619, LEMKO-ATT 047629, LEMKO-ATT 047630, LEMKO-ATT 047632, LEMKO-ATT 047633, LEMKO-ATT 047634, LEMKO-ATT 047636, LEMKO-ATT 047646, LEMKO-ATT 047647, LEMKO-ATT 047757, LEMKO-ATT 047758, LEMKO-ATT 047767, LEMKO-ATT 047783-97, LEMKO-ATT 047829-59, LEMKO-ATT 047876-906, LEMKO-ATT 047913, LEMKO-ATT 047965, LEMKO-ATT 048004, LEMKO-ATT 048072, LEMKO-ATT 048073, LEMKO-ATT 048091-97, LEMKO-ATT 048107-08, LEMKO-ATT 048131, LEMKO-ATT 048132-43, LEMKO-ATT 048191, LEMKO-ATT 048267-71, LEMKO-ATT 048303-06, LEMKO-ATT 048383-86, LEMKO-ATT 048388-91, LEMKO-ATT 048392, LEMKO-ATT 048395- | |

| Bates Range | Reference |
|---|---|
| 99, LEMKO-ATT 048401, LEMKO-ATT 048437-40, LEMKO-ATT 048493-97, LEMKO-ATT 048498, LEMKO-ATT 048501-10, LEMKO-ATT 048528, LEMKO-ATT 048583, LEMKO-ATT 048614, LEMKO-ATT 048642, LEMKO-ATT 048667, LEMKO-ATT 048668-71, LEMKO-ATT 048721, LEMKO-ATT 048808, LEMKO-ATT 048887, LEMKO-ATT 048892, LEMKO-ATT 048969, LEMKO-ATT 049055, LEMKO-ATT 049058-59, LEMKO-ATT 049065, LEMKO-ATT 049066-81, LEMKO-ATT 049082-83, LEMKO-ATT 049085, LEMKO-ATT 049086, LEMKO-ATT 049088, LEMKO-ATT 049089-104, LEMKO-ATT 049108-23, LEMKO-ATT 049126-43, LEMKO-ATT 049145-62, LEMKO-ATT 049172-77, LEMKO-ATT 049179-184, LEMKO-ATT 049189, LEMKO-ATT 049207, LEMKO-ATT 049208, LEMKO-ATT 049209, LEMKO-ATT 049210-20, LEMKO-ATT 049231, LEMKO-ATT 049233-35, LEMKO-ATT 049236-41, LEMKO-ATT 049242-45, LEMKO-ATT 049266-91, LEMKO-ATT 049292-317, LEMKO-ATT 049318-48, LEMKO-ATT 049349-56, LEMKO-ATT 049376, LEMKO-ATT 049377-99, LEMKO-ATT 049400-29, LEMKO-ATT 049430-59, LEMKO-ATT 049460-89, LEMKO-ATT 049490-92, LEMKO-ATT 049493-529, LEMKO-ATT 049633, LEMKO-ATT 049635-43, LEMKO-ATT 049644, LEMKO-ATT 049645, LEMKO-ATT 049646, LEMKO-ATT 049647, LEMKO-ATT 049648, LEMKO-ATT 049649, LEMKO-ATT 049650-68, LEMKO-ATT 049669-86, LEMKO-ATT 049687, LEMKO-ATT 049688, LEMKO-ATT 049690, LEMKO-ATT 049691, LEMKO-ATT 049692, LEMKO-ATT 049693, LEMKO-ATT 049694, LEMKO-ATT 049695-96, LEMKO-ATT 049697, LEMKO-ATT 049698, LEMKO-ATT 049699, LEMKO-ATT 049700, LEMKO-ATT 049701, LEMKO-ATT 049702-10, LEMKO-ATT 049711-19, LEMKO-ATT 049720-28, LEMKO-ATT 049729, LEMKO-ATT 049730-38, LEMKO-ATT 049739, LEMKO-ATT 050767-82, LEMKO-ATT 050783-92, LEMKO-ATT 050793-802, LEMKO-ATT 050818, LEMKO-ATT 050819, LEMKO-ATT 050822-60, LEMKO-ATT 050861, LEMKO-ATT 050862, LEMKO-ATT 050863, LEMKO-ATT 052160-91, LEMKO-ATT 055148-65, LEMKO-ATT 055455-68, LEMKO-ATT 055552-56, LEMKO-ATT 056254-58, LEMKO-ATT 056259-64, LEMKO-ATT 056270-81, LEMKO-ATT 056286-91, LEMKO-ATT 056292-337, , LEMKO-ATT 056338, LEMKO-ATT 056339-41, LEMKO-ATT 056342, LEMKO-ATT 056343-52, LEMKO-ATT 056353, LEMKO-ATT 056354-56, LEMKO-ATT 056357-62, LEMKO-ATT 056363-68, LEMKO-ATT 056369, LEMKO-ATT 056370-74, LEMKO-ATT 056375- | |

| Bates Range | Reference |
|---|---|
| 77, LEMKO-ATT 056378-82, LEMKO-ATT 056383, LEMKO-ATT 056384-87, LEMKO-ATT 056486-501, LEMKO-ATT 056502-05, LEMKO-ATT 056506-13, LEMKO-ATT 056514-15, LEMKO-ATT 056516-24, LEMKO-ATT 056525-35, LEMKO-ATT 056564-609, LEMKO-ATT 056610-11, LEMKO-ATT 056612-14, LEMKO-ATT 056615-60, LEMKO-ATT 056388-400, LEMKO-ATT 056401-03, LEMKO-ATT 056404-33, LEMKO-ATT 056434, LEMKO-ATT 056435, LEMKO-ATT 056436, LEMKO-ATT 056437, LEMKO-ATT 056438, LEMKO-ATT 056439, LEMKO-ATT 056440-41, LEMKO-ATT 056442-48, LEMKO-ATT 056484, LEMKO-ATT 056485, LEMKO-ATT 056661-706, LEMKO-ATT 056707-51, LEMKO-ATT 056797-842, LEMKO-ATT 056843-60, LEMKO-ATT 056871-77, LEMKO-ATT 057006-13, LEMKO-ATT 057018-20, LEMKO-ATT 057021-83, LEMKO-ATT 057084-91, LEMKO-ATT 057092, LEMKO-ATT 057093-101, LEMKO-ATT 057102-03, LEMKO-ATT 057104-05        , LEMKO-ATT 057106, LEMKO-ATT 057107, LEMKO-ATT 057108-09, LEMKO-ATT 057126-28, LEMKO-ATT 057131, LEMKO-ATT 057133-34, LEMKO-ATT 057544-45, LEMKO-ATT 057583, LEMKO-ATT 057588-93, LEMKO-ATT 057608-13, LEMKO-ATT 057614, LEMKO-ATT 057615-38, LEMKO-ATT 057639-42, LEMKO-ATT 057643-50, LEMKO-ATT 057651-81, LEMKO-ATT 057682-712, LEMKO-ATT 057713, LEMKO-ATT 057714-24, LEMKO-ATT 057725-26, LEMKO-ATT 057739-44, LEMKO-ATT 057861-62, LEMKO-ATT 057979-80, LEMKO-ATT 057980-82, LEMKO-ATT 057983-85, LEMKO-ATT 057986-87, LEMKO-ATT 057988-91, LEMKO-ATT 058075, LEMKO-ATT 058076-78, LEMKO-ATT 058079-84, LEMKO-ATT 058085-88, LEMKO-ATT 058089, LEMKO-ATT 058090-97, LEMKO-ATT 058098-103, LEMKO-ATT 058104-27, LEMKO-ATT 058130-33, LEMKO-ATT 058134-92, LEMKO-ATT 058193-99, LEMKO-ATT 058212-20, LEMKO-ATT 058225-26, LEMKO-ATT 058259, LEMKO-ATT 058260-61, LEMKO-ATT 058262, LEMKO-ATT 058263-64, LEMKO-ATT 058265-75, LEMKO-ATT 058276-86, LEMKO-ATT 058287, LEMKO-ATT 058288, LEMKO-ATT 058289, LEMKO-ATT 058290, LEMKO-ATT 058291, LEMKO-ATT 058458-59, LEMKO-ATT 058511-16, LEMKO-ATT 058517-22, LEMKO-ATT 058523-28, LEMKO-ATT 058529-34, LEMKO-ATT 058582-86, LEMKO-ATT 058625-30, LEMKO-ATT 058648-53, LEMKO-ATT 058654-55, LEMKO-ATT 058656, LEMKO-ATT 058667, LEMKO-ATT 058668, LEMKO-ATT 058669, LEMKO-ATT 058670, LEMKO-ATT 058671, | |

| Bates Range | Reference |
|---|---|
| LEMKO-ATT 058672-9001, LEMKO-ATT 059002, LEMKO-ATT 059003, LEMKO-ATT 059004, LEMKO-ATT 059005, LEMKO-ATT 059006, LEMKO-ATT 059007, LEMKO-ATT 059028-29, LEMKO-ATT 059030-35, LEMKO-ATT 059036, LEMKO-ATT 059037-44, LEMKO-ATT 059045, LEMKO-ATT 059279-81, LEMKO-ATT 059282, LEMKO-ATT 059283, LEMKO-ATT 059284-85, LEMKO-ATT 059286, LEMKO-ATT 059287, LEMKO-ATT 059288, LEMKO-ATT 059289, LEMKO-ATT 059290, LEMKO-ATT 059291, LEMKO-ATT 059292-93, LEMKO-ATT 059294, LEMKO-ATT 059295, LEMKO-ATT 059296, LEMKO-ATT 059297, LEMKO-ATT 059298, LEMKO-ATT 059299, LEMKO-ATT 059300-01, LEMKO-ATT 059302, LEMKO-ATT 059303, LEMKO-ATT 059304, LEMKO-ATT 059305, LEMKO-ATT 059306, LEMKO-ATT 059307, LEMKO-ATT 059308-09, LEMKO-ATT 059310, LEMKO-ATT 059311, LEMKO-ATT 059312, LEMKO-ATT 059313, LEMKO-ATT 059314, LEMKO-ATT 059315, LEMKO-ATT 059316, LEMKO-ATT 059317, LEMKO-ATT 059318-19, LEMKO-ATT 059320, LEMKO-ATT 059321, LEMKO-ATT 059322, LEMKO-ATT 059323, LEMKO-ATT 059324-25, LEMKO-ATT 059326, LEMKO-ATT 059327, LEMKO-ATT 059328, LEMKO-ATT 059329, LEMKO-ATT 059330, LEMKO-ATT 059331, LEMKO-ATT 059332, LEMKO-ATT 059333, LEMKO-ATT 059334-40, LEMKO-ATT 059341, LEMKO-ATT 059342, LEMKO-ATT 059343, LEMKO-ATT 059349, LEMKO-ATT 059350, LEMKO-ATT 059350, LEMKO-ATT 059351, LEMKO-ATT 059351, LEMKO-ATT 059352, LEMKO-ATT 059358, LEMKO-ATT 059359, LEMKO-ATT 059359, LEMKO-ATT 059360, LEMKO-ATT 059360, LEMKO-ATT 059361, LEMKO-ATT 059367, LEMKO-ATT 059368, LEMKO-ATT 059368, LEMKO-ATT 059369, LEMKO-ATT 059369, LEMKO-ATT 059370, LEMKO-ATT 059373, LEMKO-ATT 059374, LEMKO-ATT 059374, LEMKO-ATT 059375, LEMKO-ATT 059375, LEMKO-ATT 059376, LEMKO-ATT 059379, LEMKO-ATT 059380, LEMKO-ATT 059380, LEMKO-ATT 059381, LEMKO-ATT 059381, LEMKO-ATT 059382, LEMKO-ATT 059382, LEMKO-ATT 059383, LEMKO-ATT 059387, LEMKO-ATT 059388, LEMKO-ATT 059388, LEMKO-ATT 059389, LEMKO-ATT 059389, LEMKO-ATT 059390, LEMKO-ATT 059391, LEMKO-ATT 059392, LEMKO-ATT 059392, LEMKO-ATT 059393, LEMKO-ATT 059393, LEMKO-ATT 059394, LEMKO-ATT 059395, LEMKO-ATT 059396, LEMKO-ATT 059396, | |

| Bates Range | Reference |
|---|---|
| LEMKO-ATT 059397, LEMKO-ATT 059397, LEMKO-ATT 059398, LEMKO-ATT 059402, LEMKO-ATT 059403, LEMKO-ATT 059403, LEMKO-ATT 059404, LEMKO-ATT 059404, LEMKO-ATT 059405, LEMKO-ATT 059411, LEMKO-ATT 059412, LEMKO-ATT 059412, LEMKO-ATT 059413, LEMKO-ATT 059413, LEMKO-ATT 059414, LEMKO-ATT 059420, LEMKO-ATT 059421, LEMKO-ATT 059421, LEMKO-ATT 059422, LEMKO-ATT 059422, LEMKO-ATT 059423, LEMKO-ATT 059425, LEMKO-ATT 059426, LEMKO-ATT 059426, LEMKO-ATT 059427, LEMKO-ATT 059427, LEMKO-ATT 059428, LEMKO-ATT 059430, LEMKO-ATT 059431, LEMKO-ATT 059431, LEMKO-ATT 059432, LEMKO-ATT 059433, LEMKO-ATT 059434, LEMKO-ATT 059438, LEMKO-ATT 059439, LEMKO-ATT 059444, LEMKO-ATT 059445, LEMKO-ATT 059445, LEMKO-ATT 059446, LEMKO-ATT 059450, LEMKO-ATT 059451, LEMKO-ATT 059451, LEMKO-ATT 059452, LEMKO-ATT 059455, LEMKO-ATT 059456, LEMKO-ATT 059457, LEMKO-ATT 059458, LEMKO-ATT 059465, LEMKO-ATT 059466, LEMKO-ATT 059466, LEMKO-ATT 059467, LEMKO-ATT 059469, LEMKO-ATT 059476, LEMKO-ATT 059478, LEMKO-ATT 059485, LEMKO-ATT 059488, LEMKO-ATT 059489, LEMKO-ATT 059506, LEMKO-ATT 059507, LEMKO-ATT 059508, LEMKO-ATT 059509, LEMKO-ATT 059513, LEMKO-ATT 059514, LEMKO-ATT 059522, LEMKO-ATT 059523, LEMKO-ATT 059525, LEMKO-ATT 059526, LEMKO-ATT 059543, LEMKO-ATT 059544, LEMKO-ATT 059546, LEMKO-ATT 059547, LEMKO-ATT 059564, LEMKO-ATT 059565, LEMKO-ATT 059566, LEMKO-ATT 059567, LEMKO-ATT 059568, LEMKO-ATT 059574, LEMKO-ATT 059580, LEMKO-ATT 059581, LEMKO-ATT 059584, LEMKO-ATT 059585, LEMKO-ATT 059586, LEMKO-ATT 059587, LEMKO-ATT 059587, LEMKO-ATT 059588, LEMKO-ATT 059588, LEMKO-ATT 059589, LEMKO-ATT 059596, LEMKO-ATT 059597, LEMKO-ATT 059597, LEMKO-ATT 059598, LEMKO-ATT 059602, LEMKO-ATT 059603, LEMKO-ATT 059611, LEMKO-ATT 059612, LEMKO-ATT 059621, LEMKO-ATT 059622, LEMKO-ATT 059624, LEMKO-ATT 059625, LEMKO-ATT 059628, LEMKO-ATT 059629, LEMKO-ATT 059630, LEMKO-ATT 059631, LEMKO-ATT 059632, LEMKO-ATT 059633, LEMKO-ATT 059640, LEMKO-ATT 059641, LEMKO-ATT 059643, LEMKO-ATT 059644, LEMKO-ATT 059644, | |

| Bates Range | Reference |
|---|---|
| LEMKO-ATT 059645, LEMKO-ATT 059645, LEMKO-ATT 059646, LEMKO-ATT 059651, LEMKO-ATT 059658, LEMKO-ATT 059658, LEMKO-ATT 059659, LEMKO-ATT 059659, LEMKO-ATT 059660, LEMKO-ATT 059662, LEMKO-ATT 059663, LEMKO-ATT 059664, LEMKO-ATT 059665, LEMKO-ATT 059665, LEMKO-ATT 059666, LEMKO-ATT 059666, LEMKO-ATT 059667, LEMKO-ATT 059668, LEMKO-ATT 059669, LEMKO-ATT 059669, LEMKO-ATT 059670, LEMKO-ATT 059670, LEMKO-ATT 059671, LEMKO-ATT 059673, LEMKO-ATT 059674, LEMKO-ATT 059675, LEMKO-ATT 059676, LEMKO-ATT 059692, LEMKO-ATT 059693, LEMKO-ATT 059693, LEMKO-ATT 059694, LEMKO-ATT 059697, LEMKO-ATT 059698, LEMKO-ATT 059699, LEMKO-ATT 059706, LEMKO-ATT 059710, LEMKO-ATT 059711, LEMKO-ATT 059718, LEMKO-ATT 059719, LEMKO-ATT 059720, LEMKO-ATT 059721, LEMKO-ATT 059723, LEMKO-ATT 059724-31, LEMKO-ATT 059732-38, LEMKO-ATT 059739-44, LEMKO-ATT 059745-842, LEMKO-ATT 059843-972, LEMKO-ATT 059973-80, LEMKO-ATT 059981-88, LEMKO-ATT 059989, LEMKO-ATT 059990-60006, LEMKO-ATT 060007-41, LEMKO-ATT 060042, LEMKO-ATT 060043-51, LEMKO-ATT 060052, LEMKO-ATT 060053-55, LEMKO-ATT 060056, LEMKO-ATT 060057, LEMKO-ATT 060058-65, LEMKO-ATT 060066, LEMKO-ATT 060067, LEMKO-ATT 060068, LEMKO-ATT 060101, LEMKO-ATT 060102, LEMKO-ATT 060103, LEMKO-ATT 060104, LEMKO-ATT 060105, LEMKO-ATT 060106, LEMKO-ATT 060107, LEMKO-ATT 060108, LEMKO-ATT 060109, LEMKO-ATT 060110, LEMKO-ATT 060111, LEMKO-ATT 060112, LEMKO-ATT 060113, LEMKO-ATT 060114, LEMKO-ATT 060115-16, LEMKO-ATT 060117, LEMKO-ATT 060118, LEMKO-ATT 060119-20, LEMKO-ATT 060121-24, LEMKO-ATT 060125, LEMKO-ATT 060126, LEMKO-ATT 060127, LEMKO-ATT 060128-29, LEMKO-ATT 060130, LEMKO-ATT 060131-32, LEMKO-ATT 060133-35, LEMKO-ATT 060136-37, LEMKO-ATT 060138-41, LEMKO-ATT 060142, LEMKO-ATT 060143, LEMKO-ATT 060144-46, LEMKO-ATT 060147-48, LEMKO-ATT 060149-65, LEMKO-ATT 060166, LEMKO-ATT 060167-70, LEMKO-ATT 060171-74, LEMKO-ATT 060175, LEMKO-ATT 060176, LEMKO-ATT 060177, LEMKO-ATT 060178, LEMKO-ATT 060179, LEMKO-ATT 060180, LEMKO-ATT 060181, LEMKO-ATT 060182, LEMKO-ATT 060183-84, LEMKO-ATT 060185-96, LEMKO-ATT 060197- | |

| Bates Range | Reference |
|---|---|
| 207, LEMKO-ATT 060208-13, LEMKO-ATT 060214-16, LEMKO-ATT 060217-23, LEMKO-ATT 060224, LEMKO-ATT 060225-26, LEMKO-ATT 060227, LEMKO-ATT 060228, LEMKO-ATT 060229, LEMKO-ATT 060230, LEMKO-ATT 060233-34, LEMKO-ATT 060235-37, LEMKO-ATT 060238-40, LEMKO-ATT 060241, LEMKO-ATT 060242, LEMKO-ATT 060243-44, LEMKO-ATT 060245-316, LEMKO-ATT 060317, LEMKO-ATT 060318-320, LEMKO-ATT 060321, LEMKO-ATT 060322-23, LEMKO-ATT 060334, LEMKO-ATT 060335, LEMKO-ATT 060336-37, LEMKO-ATT 060338-54, LEMKO-ATT 060355, LEMKO-ATT 060356-59, LEMKO-ATT 060360-63, LEMKO-ATT 060364-69, LEMKO-ATT 060370, LEMKO-ATT 060371, LEMKO-ATT 060372, LEMKO-ATT 060373, LEMKO-ATT 060374-83, LEMKO-ATT 060384, LEMKO-ATT 060385, LEMKO-ATT 060386, LEMKO-ATT 060387, LEMKO-ATT 060388, LEMKO-ATT 060389-98, LEMKO-ATT 060399, LEMKO-ATT 060400-10, LEMKO-ATT 060411-21, LEMKO-ATT 060422-29, LEMKO-ATT 060430-37, LEMKO-ATT 060438-45, LEMKO-ATT 060446-49, LEMKO-ATT 060450-60, LEMKO-ATT 060461-72, LEMKO-ATT 060473-90, LEMKO-ATT 060491-504, LEMKO-ATT 060505-19, LEMKO-ATT 060520-22, LEMKO-ATT 060523-27, LEMKO-ATT 060528-39, LEMKO-ATT 060540-46, LEMKO-ATT 060547-54, LEMKO-ATT 060555, LEMKO-ATT 060556, LEMKO-ATT 060557-58, LEMKO-ATT 060559-92, LEMKO-ATT 060593, LEMKO-ATT 060594-612, LEMKO-ATT 060613, LEMKO-ATT 060614, LEMKO-ATT 060615-17, LEMKO-ATT 060618-19, LEMKO-ATT 060620-53, LEMKO-ATT 060654, LEMKO-ATT 060655-72, LEMKO-ATT 060673-75, LEMKO-ATT 060676-77, LEMKO-ATT 060678-84, LEMKO-ATT 060685-93, LEMKO-ATT 060694-95, LEMKO-ATT 060696-703, LEMKO-ATT 060704-14, LEMKO-ATT 060715-24, LEMKO-ATT 060725-38, LEMKO-ATT 060739-53, LEMKO-ATT 060754-56, LEMKO-ATT 060757, LEMKO-ATT 060758-62, LEMKO-ATT 060763-65, LEMKO-ATT 060766-826, LEMKO-ATT 060827-29, LEMKO-ATT 060830, LEMKO-ATT 060831-35, LEMKO-ATT 060836-38, LEMKO-ATT 060839-99, LEMKO-ATT 060900, LEMKO-ATT 060901, LEMKO-ATT 060902, LEMKO-ATT 060903-06, LEMKO-ATT 060907-67, LEMKO-ATT 060968, LEMKO-ATT 060969-70, LEMKO-ATT 060971, LEMKO-ATT 060972-91, LEMKO-ATT 060992-95, LEMKO-ATT 060996-97, LEMKO-ATT 060998, LEMKO-ATT 061013-15, LEMKO-ATT 061016, LEMKO-ATT 061017, LEMKO-ATT 061018-21, LEMKO-ATT 061022-41, LEMKO-ATT | |

| Bates Range | Reference |
|---|---|
| 061042, LEMKO-ATT 061043-45, LEMKO-ATT 061046-53, LEMKO-ATT 061054-54, LEMKO-ATT 061056-58, LEMKO-ATT 061059-62, LEMKO-ATT 061063-73, LEMKO-ATT 061074-76, LEMKO-ATT 061077-80, LEMKO-ATT 061081-91, LEMKO-ATT 061092-103, LEMKO-ATT 061104-12, LEMKO-ATT 061113-53, LEMKO-ATT 061154-73, LEMKO-ATT 061174-87, LEMKO-ATT 061188-201, LEMKO-ATT 061202-15, LEMKO-ATT 061216-23, LEMKO-ATT 061224-30, LEMKO-ATT 061231, LEMKO-ATT 061232-48, LEMKO-ATT 061249, LEMKO-ATT 061250, LEMKO-ATT 061251-54, LEMKO-ATT 061255-61, LEMKO-ATT 061262-66, LEMKO-ATT 061267-70, LEMKO-ATT 061271, LEMKO-ATT 061272-343, LEMKO-ATT 061344, LEMKO-ATT 061345-47, LEMKO-ATT 061348, LEMKO-ATT 061349, LEMKO-ATT 061350-51, LEMKO-ATT 061352-57, LEMKO-ATT 061358, LEMKO-ATT 061359, LEMKO-ATT 061360-62, LEMKO-ATT 061363-64, LEMKO-ATT 061365, LEMKO-ATT 061366, LEMKO-ATT 061367-76, LEMKO-ATT 061377-80, LEMKO-ATT 061381-93, LEMKO-ATT 061394, LEMKO-ATT 061395-1437, LEMKO-ATT 061438, LEMKO-ATT 061439, LEMKO-ATT 061440-50, LEMKO-ATT 061451-63, LEMKO-ATT 061464-75, LEMKO-ATT 061476-77, LEMKO-ATT 061478-520, LEMKO-ATT 061521-27, LEMKO-ATT 061528, LEMKO-ATT 061529, LEMKO-ATT 061530-45, LEMKO-ATT 061546-60, LEMKO-ATT 061561-76, LEMKO-ATT 061577-674, LEMKO-ATT 061675-701, LEMKO-ATT 061702-03, LEMKO-ATT 061704-62, LEMKO-ATT 061763, LEMKO-ATT 061764, LEMKO-ATT 061765-78, LEMKO-ATT 061779-908, LEMKO-ATT 061909-12, LEMKO-ATT 061913-26, LEMKO-ATT 061927-36, LEMKO-ATT 061937-50, LEMKO-ATT 061951-59, LEMKO-ATT 061960, LEMKO-ATT 061961-77, LEMKO-ATT 061978-2012, LEMKO-ATT 062013, LEMKO-ATT 062014-22, LEMKO-ATT 062023, LEMKO-ATT 062024-26, LEMKO-ATT 062027, LEMKO-ATT 062028, LEMKO-ATT 062029-36, LEMKO-ATT 062037-44, LEMKO-ATT 062045-52, LEMKO-ATT 062053-62, LEMKO-ATT 062063-70 | |
| LEMKO-ATT 028732-70, LEMKO-ATT 028771, LEMKO-ATT 028772, LEMKO-ATT 028773, LEMKO-ATT 038974-97, LEMKO-ATT 038998-9020, LEMKO-ATT 039304-21, LEMKO-ATT 039322-34, LEMKO-ATT 039655-72, LEMKO-ATT 040003-26, LEMKO-ATT 040245-57, LEMKO-ATT 040264-87, LEMKO-ATT 040290-6, LEMKO-ATT 040619-49, LEMKO-ATT 041123-26, LEMKO-ATT 045800-04, LEMKO-ATT 050822-60, LEMKO-ATT 050861, LEMKO-ATT 050862, | Documents evidencing conception, reduction to practice, design, and development of each claimed invention (P.R. 3-2(b) |

| Bates Range | Reference |
|---|---|
| LEMKO-ATT 050863, LEMKO-ATT 050902, LEMKO-ATT 051096, LEMKO-ATT 051148, LEMKO-ATT 059046, LEMKO-ATT 059047-48, LEMKO-ATT 059049-52, LEMKO-ATT 059053-54, LEMKO-ATT 059055, LEMKO-ATT 059056-83, LEMKO-ATT 059089-90, LEMKO-ATT 059091-102, LEMKO-ATT 059103, LEMKO-ATT 059104, LEMKO-ATT 059105-06, LEMKO-ATT 059107-17, LEMKO-ATT 059118-21, LEMKO-ATT 059122-30, LEMKO-ATT 059131-45, LEMKO-ATT 059146-49, LEMKO-ATT 059150-51, LEMKO-ATT 059152-69, LEMKO-ATT 059170-71, LEMKO-ATT 059172, LEMKO-ATT 059173-74, LEMKO-ATT 059175-83, LEMKO-ATT 059184-206, LEMKO-ATT 059207-08, LEMKO-ATT 059209-31, LEMKO-ATT 059232-43, LEMKO-ATT 059244, LEMKO-ATT 059245-68 | |
| LEMKO-ATT 000001-26, LEMKO-ATT 000027-41, LEMKO-ATT 000042-84, LEMKO-ATT 000085-113, LEMKO-ATT 000114-46, LEMKO-ATT 000147-83, LEMKO-ATT 000184-202, LEMKO-ATT 000203-377, LEMKO-ATT 000378-544, LEMKO-ATT 000545-1047, LEMKO-ATT 001048-318, LEMKO-ATT 001319-679, LEMKO-ATT 001680-939, LEMKO-ATT 001940-2380 | Each Asserted Patent and its file history (P.R. 3-2(c) |

Pursuant to Patent Rule 3-2(a), Lemko's production and identification of documents

herein is not an admission that any such document or evidence is prior art under 35 U.S.C. § 102.


Dated: July 23, 2025                    By: */s/ Aaron M. Frankel*
                                                    Paul J. Andre (*pro hac vice*)
                                                    Lisa Kobialka (*pro hac vice*)
    James Hannah (*pro hac vice*)
    HERBERT SMITH FREEHILLS KRAMER (US) LLP
    333 Twin Dolphin Drive, Suite 700
    Redwood Shores, CA 94065
    Telephone: (650) 752-1700
    Paul.Andre@hsfkramer.com
    Lisa.Kobialka@hsfkramer.com
    James.Hannah@hsfkramer.com

    Aaron M. Frankel
    HERBERT SMITH FREEHILLS KRAMER (US) LLP

1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Aaron.Frankel@hsfkramer.com

Elizabeth L. DeRieux (Bar No. 05770585)
Capshaw DeRieux LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903) 845-5770
ederieux@capshawlaw.com

*Attorneys for Plaintiff*
Lemko Corporation

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on July 23, 2025, a true and correct copy of the foregoing **PLAINTIFF LEMKO CORPORATION'S DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS UNDER PATENT RULES 3-1 AND 3-2** was served via electronic mail upon counsel of record for Defendants as indicated:

Krishnan Padmanabhan
WINSTON & STRAWN LLP
200 Park Ave, Floor 43
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
kpadmanabhan@winston.com

Deron R Dacus
THE DACUS FIRM, PC
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543
ddacus@dacusfirm.com

Kelly Hunsaker
WINSTON & STRAWN LLP
255 Shoreline Drive, Ste 520
Redwood City, CA 94065
Telephone: (650) 858-6512
Facsimile: (650) 858-6550
KHunsaker@winston.com

*Attorneys for Defendants*
AT&T Enterprises LLC,
AT&T Mobility LLC, AT&T Mobility LLC
II, and AT&T Services, Inc.

By: */s/ Aaron M. Frankel*
　　 Aaron M. Frankel
　　 HERBERT SMITH FREEHILLS
　　 KRAMER (US) LLP
　　 1177 Avenue of the Americas
　　 New York, NY 10036
　　 Telephone: (212) 715-9100
　　 Aaron.Frankel@hsfkramer.com