# EXHIBIT 2

# APPENDIX A-1

| Infringement of U.S. Pat. No. 7,840,230:  AT&T Nationwide Network |
|---|
| AT&T's Nationwide Network (the "Accused Product") infringes Lemko's '230 Patent.<br><br>The Accused Product literally satisfies each element of the Asserted Claims (Claims 1, 8, 13).  To the extent Defendants contend that the Accused Product does not literally infringe a claim, the Accused Product infringes under the doctrine of equivalents.<br><br>Defendants directly infringe the Asserted Claims under 35 U.S.C. § 271(a) by making, using, selling, and offering for sale the Accused Product.  Defendants also directly infringe by exercising direction and control over the Accused Product when deployed and by acting as the final assembler of the Accused Product by installing and configuring the AT&T Nationwide Network to make the infringing systems.<br><br>Defendants induce their customers' direct infringement of the '230 Patent under 35 U.S.C. § 271(b) by instructing and encouraging their customers infringing use of the Accused Product. |

| Claim 1 | |
|---|---|
| 1 [pre].<br><br>A method, comprising: | AT&T's Nationwide Network performs each step of Claim 1.<br><br>AT&T Network Edge enables edge computing through wireless transceivers connecting to the AT&T Nationwide Network and brings public clouds closer to the UEs for low-latency applications.  LEMKO-ATT 020044. |



LEMKO-ATT 020044.

AT&T Personal Networks offer customers LTE, 5G, or 5G+ services in applications such as virtual reality and autonomous cars.  LEMKO-ATT 022229-31 at 29.  These networks offer wireless plans with LTE and 5G access for 4G or 5G mobile devices.  *Id*.  5G offers broad coverage for both consumers and businesses over low-band spectrum.  LEMKO-ATT 019896-99 at 97.  5G+ reaches coverage speeds up to 3x that of 4G in major metro areas, and peak speeds up to 10x faster than 4G in selected venues.  *Id*.



LEMKO-ATT 019896-99 at 97.



LEMKO-ATT 020014 (showing 4G, 5G, or 5G+ coverage in a specific geographic area).

Existing 4G devices will work as 5G rolls out but with only a 4G level service.  LEMKO-ATT 022229-31 at 29.

AT&T Personal Networks offer three different 5G services: AT&T 5G, which uses low-band spectrum; mid-band 5G+, which uses mid-band spectrum; high-band 5G+, which uses high-band spectrum.  LEMKO-ATT 022229-31 at 30.  The networks operate in the same way but use different spectra.

AT&T Personal Networks enables various phone plans to offer both 4G and 5G services, including AT&T Unlimited Premium PL, AT&T Unlimited Extra EL, and AT&T Unlimited Starter SL, AT&T VL Plan, AT&T 4GB plan, AT&T Prepaid Plan, and pay-as-you-go plan.  LEMKO-ATT 020122-27 at 25.  While these plans vary, they are operated on the same infringing AT&T nationwide infrastructure.



LEMKO-ATT 020122-27 at 23 (showing AT&T's unlimited phone plans).



LEMKO-ATT 019914-18 at 14 (showing AT&T prepaid plans including prepaid monthly, 12-month unlimited, 16 GB 3-month, 5GB and 15GB plans).

AT&T Business is a collection of services over 5G/5G+ networks, using the same AT&T nationwide infrastructure and functionality that AT&T uses to provide its personal service plans. LEMKO-ATT 019994-97 at 96 (5G+ is only available in some high-traffic regions with limited reach with high-band spectrum). 5G offers broad coverage areas for both consumers and businesses over a low-band spectrum. LEMKO-ATT 019896-99 at 97. 5G+ reaches coverage speeds up to 3x that of 4G in major metro areas and peak speeds up to 10x faster than 4G in selected venues. *Id*.



LEMKO-ATT 019896-99 at 97.

Through AT&T Business, AT&T offers business customers various 5G/5G+ phone plans, including AT&T Business Unlimited Premium, AT&T Business Unlimited Advanced, and AT&T Business Unlimited Standard plans.  LEMKO-ATT 020009-13 at 09.  These plans use the same AT&T nationwide network infrastructure and functionality discussed throughout this chart.



LEMKO-ATT 020009-13 at 09 (all business wireless plans include unlimited talk, text, high-speed data, and 5G/5G+ access).  AT&T Business Unlimited Elite/Performance plan includes mobile hotspot data.  *Id.* at 11. Additionally, AT&T Business Unlimited Plans include unlimited calling from the U.S. to Mexico and Canada and unlimited text from the U.S. to over 200 countries.  *Id.* at 12.  AT&T Business also provides basic phone services to advanced cloud-based "as a service" voice solutions based on VoIP (voice over IP). LEMKO-ATT 019331-35 at 34.