# EXHIBIT 3

# APPENDIX A-2

| Infringement of U.S. Pat. No. 7,840,230:  AT&T Private Networks |
|---|
| AT&T's Private Networks (the "Accused Products") infringe Lemko's '230 Patent.<br><br>The Accused Products literally satisfy each element of the Asserted Claims (Claims 1, 8, 13).  To the extent Defendants contend that the Accused Products do not literally infringe a claim, the Accused Products infringe under the doctrine of equivalents.<br><br>Defendants directly infringe the Asserted Claims under 35 U.S.C. § 271(a) by making, using, selling, and offering for sale the Accused Products.  Defendants also directly infringe by exercising direction and control over the Accused Product when deployed and by acting as the final assembler of the Accused Product by installing and configuring the AT&T Private Networks to make the infringing systems.<br><br>Defendants induce their customers' direct infringement of the '230 Patent under 35 U.S.C. § 271(b) by instructing and encouraging their customers infringing use and assembly of the Accused Products.<br><br>The Accused Products are not staple articles or commodities of commerce suitable for substantial non-infringing use.  Defendants are liable for contributory infringement of the '230 Patent under 35 U.S.C. § 271(b) by offering to sell and selling the Accused Products. |

| Claim 1 | |
|---|---|
| 1[pre].<br><br>A method, comprising: | AT&T's Private Networks perform each step of Claim 1.<br><br>AT&T offers a variety of private network services designed to provide businesses with enhanced control, security, and performance compared to traditional public networks.  AT&T markets its Private Networks as AT&T On-Premises Cellular Network, AT&T Network Edge, AT&T Private Cellular Networks, and AT&T Private Networks.  Except as indicated herein, these private network offerings use the same infrastructure and infringe using the same functionality.<br><br>AT&T's Private Networks include coverage for both 4G and 5G devices.  The relevant differences for purposes of infringement between 4G and 5G are discussed below. |



*Figure 3 – AT&T Edge Cloud (AEC) Architecture*

*Id*. at 55316 (the AEC architecture).

**AT&T On-Premises Cellular Networks:** On Premise Cellular Network is part of AT&T's Private Networks solution, offering a solution on the customer's premises.  LEMKO-ATT 020079-81 at 79.

AT&T's On-Premises Cellular Network supports LTE (4G) and 5G technology to enable MEC, IoT, AI, and augmented/virtual reality.   LEMKO-ATT 020076-78 at 76 (AT&T offers On-Premises Cellular Network solutions with MEC solutions), at 2 (5G uses both licensed and unlicensed spectrum to carry traffic from both 5G devices and Wi-Fi devices on the same radio network backbone).  AT&T On-Premises Cellular Networks provides enterprise customers flexible options to design, install, and manage Distributed Antenna Systems ("DAS") and Small Cells.  LEMKO-ATT 020076-78 at 76 (a DAS is a network of antenna nodes connected by either coax or fiber that provides cellular coverage at the customer premises).

AT&T implements its 4G and 5G network using standard 4G and 5G network components.  AT&T uses its network of 4G and 5G base stations (referred to as eNBs or gNBs respectively).  LEMKO-ATT 004824-918 at 856; LEMKO-ATT 006327-784 at 569.

AT&T On-Premises Cellular Networks has "virtualized" the network functions performed by the 4G EPC and 5GC core networks, implemented as software running on Universal Customer Premises Equipment ("uCPE") devices or other Common-Off-The-Shelf ("COTS") servers.  *See also* LEMKO-ATT 006327-784 at 356 (5G supports NFVs for data connectivity and services).  AT&T-certified VNFs can be deployed on-premises, in the public cloud (Microsoft Azure, Google Cloud Platform, and AWS), and in third-party data centers like Equinix and TAO.  LEMKO-ATT 021778-90 at 88.

AT&T Managed in Building Solution is one of the use cases of AT&T On-Premises Cellular Networks.  LEMKO-ATT 021643-44 at 43.  AT&T Managed In-Building Solution provides customers with flexible solutions to install and manage new-building BTS-enabled DAS site-builds.  *Id.* (capacity to support MEC, business IoT, AI, and AR/VR).  Another use case in hospitals is to use a BTS to provide AT&T's licensed radio frequency to be broadcast over the DAS throughout the hospital.  LEMKO-ATT 021719.  Another use case is to provide ski resort enhanced coverage in an area in the back of the resort by studying existing DAS.  LEMKO-ATT 021720.

**AT&T Private Cellular Networks:** AT&T Private Cellular Networks are non-public wireless LTE and 5G networks.  LEMKO-ATT 020092-97 at 95; LEMKO-ATT 021980-82 at 80 (AT&T's on-premises edge portfolio includes 5G-capable MEC is expanding to offer private cellular solutions).  AT&T Private Cellular Networks offers an edge approach for the packet flow so the data can be acted upon at the edge.  LEMKO-ATT 022210-20 at 19.  On-site small cells with seamless handoffs are flexible to configure bandwidth, power settings, and radio locations.  LEMKO-ATT 020092-97 at 93.  Network Management Portal helps to control traffic on network segments, device management, and easy-to-access network key performance indicators.  *Id.* at 93.  Only SIM cards activated to the network will connect.  *Id.* at 93.

| | |
|---|---|
| | **5G Functionality**<br><br>As discussed above for Element 1[pre], AT&T's Private Networks utilize instantiations of Azure Private 5G Core.  An instantiation of Azure Private 5G Core software on a server or virtual machine is a non-transitory computer-readable medium.<br><br>**Source Code**<br><br>Lemko anticipates that Defendants' source code will provide further support for this limitation.  Lemko reserves the right to supplement these contentions after reviewing Defendants' source code pursuant to Section 3.a.1 of the anticipated Discovery Order. |
| 1[d].<br><br>a home location register (HLR) module embedded in the computer readable storage medium; | **4G Functionality**<br><br>The home distributed mobile architecture location register ("HLR") of AT&T's Private Networks store information associated with mobile devices.  The HLR (within the HSS) also stores the PGW or the MME identity information.<br><br>The HSS is the master database for a given user.  LEMKO-ATT 004824-918 at 4843.  The home network may contain one or several HSSs.  *Id.*  The HSS is responsible for user identification, location information, and user profile information.  *Id.* at 4843-44.  As shown below, the HSS supports different domains and subsystems' call control and session management entities.  *Id.* at 4844. |

13



**Figure 0-a: Example of a Generic HSS structure and basic interfaces**

LEMKO-ATT 004824-918 at 4844. (the HSS structure and interfaces).

The information stored at the HSS includes the "MME Identity," which indicates the MME currently serving this subscriber; the "PGW identity," which indicates the PGW (or PGWs for connections to multiple PDNs) serving this subscriber; and the "PDN Address," which is the IP address for this subscriber (for each PDN it is connected to). LEMKO-ATT 005730-6016 at 5925-26 (stored data in the HSS using the IMSI as the primary key).

The GTP tunnels carry encapsulated transport packet data units and signaling messages between a pair of GTP user tunnel endpoints. LEMKO-ATT 009789-813 at 806. The endpoint ID in the GTP header shall indicate "which tunnel a particular data packet belonging to." *Id*. The GTP tunneling is applicable between SGWs. *Id*. at 811-12. However, the transfer of traffic from one mobile device to another mobile device between PGWs should use the SGi interface. *Id*. at 812.



### 5.1.2.1     UE - P-GW user plane with E-UTRAN

LEMKO-ATT 005730-6016 at 5800 (showing the user plane tunnels).

The TEID field is signalled to the peer GTP-U entity using "a control plane protocol" like GTPv1-C, GTPv2-C, RANAP, or S1-AP.  LEMKO-ATT 009789-813 at 796.  The IP packets in a GTPv1-U packet is either an IP packet sent to the mobile device "in the downlink direction" over the tunnels from the external network or sent from a mobile device "in the uplink direction" over the tunnels to the external network, identified by the access point name.  LEMKO-ATT 009789-813 at 796.

## 5G Functionality

The UDR is the actual database storage of subscriber information and registration information.  The 5G system architecture allows the UDM, the PCF, and the NEF (network exposure function) to store data in the UDR, including subscription data and policy data by the UDM and the PCF.  LEMKO-ATT 006327-784 at 6365.



Figure 4.2.5-2: Data storage architecture

LEMKO-ATT 006327-784 at 6365.

The UDM may perform this storage function if there is no UDR. When a mobile subscriber registers with the system (via the RAN connection to the database and from there the AMF), the AMF registers registration information with the UDR, the UDM, and the AUSF. LEMKO-ATT 009814-75 at 9840-41.



LEMKO-ATT 009814-75 at 28-30 (URI sub-level structure for the subscription data).

AT&T Private Networks use the Hewlett Packard Enterprises (HPE) Integrated Home Subscriber Server (I-HSS) in its HPE Subscriber Data Management ("SDM") solutions, which includes an HLR.  LEMKO-ATT 021832-39 at 38 (HPE SDM solutions conform to 3GPP standards).  The HPE includes the first off-switch HLR to allow service providers to deploy a multi-vendor core network solution.  LEMKO-ATT 021832-39 at 34.

The HPE I-HSS provides consolidated front-end applications to handle 2G/3G/4G/5G/IMS/AAA/equipment identity register ("EIR"), all from a common and consistent virtual network function ("VNF").  LEMKO-ATT 021832-39 at 34.  The I-HSS integrated the following network applications: the HLR GSM, the HLR GPRS, the HSS LTE, the HSS IMS, the HSS AAA, the EIR for the HLR and the HSS, and the HSS 5GNR. *Id*. at 5.  HPE I-HSS servers as an integrated home location register ("HLR"), home subscriber services ("HSS"), and authentication, authorization, and access ("AAA") databases, supporting a frontend/backend architecture.  LEMKO-ATT 020098 -99 at 98; LEMKO-ATT 021832-39 at 33.

The HPE's I-HSS is an important component in AT&T's plan to virtualize and migrate the network functions to software running on AT&T's Integrated Cloud ("AIC").  LEMKO-ATT 020098-99 at 98.  HPE-IHSS supports primary IMS authentication procedures using authentication, key agreement-based, and mutual authentication security architecture.  *Id*. at 99.

The I-HSS is a standards-based HLR, the AAA, and the HSS developed for Evolved Packet Systems ("EPS") and IMS environments with an integrated AAA.  LEMKO-ATT 021840-44 at 41.  The HPE I-HSS is the core data storage and management element required to extend the 2G/3G Subscriber Data Management ("SDM") to the IMS, the LTE, the Wi-Fi, and beyond.  *Id*.  It will interwork with the 5G UDM at the message level and at the data level as per the 3GPP-defined standards.  *Id*.  The HPE I-HSS is hardware agnostic and has been deployed on COTS servers.  *Id*.  The HPE I-HSS and the HPE UDM can be bundled together to act like a combined HSS+UDM for ease of deployment, operations, administration, and maintenance.  *Id*. at 41.



**FIGURE 1.** High level 4G-5G Interworking Diagram

LEMKO-ATT 021840-44 at 42 (showing the I-HSS as a 4G-5G connection point); *see also* LEMKO-ATT 007444-96 at 52 (architecture for direct UDM-HSS interworking).

The HPE I-HSS stores the IMSI and the MDN for the subscriber in the MILR, which is Universal Identity Repository ("UIR") that provides back-end data management functions for the HPE I-HSS with minimal latency. LEMKO-ATT 021832-39 at 34. The HPE UIR complies with 3GPP User Data Convergence standards. *Id.* It is a flexible data repository that allows the separation of front-end application logic from back-end data and allows that data to be shared with other applications. *Id.* at 37. It can serve as the back-end repository for HPE I-HSS and can be combined with the HPE 5G Unified Data Repository ("UDR") and unstructured data storage function ("UDSF") components. *Id.*



**4G–5G DATA SHARING DESIGN**
HSS–UDM with service-based interfaces

FIGURE 3. HPE UIR together with 5G UDR and UDSF converge in a shared data environment that provides simultaneous support of legacy and 5G data sets.

LEMKO-ATT 021832-39 at 38 (the HPE UIR with 5G UDR and the UDSF in a shared data environment).

The information associated with the device for the connections between the UPF and the NR are PDU Sessions and user-plane tunnels. These "tunnels" "encapsulate" the user-plane packets which means that the IP packets are wrapped within new IP packets with the IP addresses of those wrapped packets being the IP addresses of the network elements (i.e., the UPF and the NR base station, or the gNB).

The protocol to establish user plane tunnels is called the GTP-U. User plane tunnels are GTP-U tunnels between the UPF and the gNB (i.e., the NR base station).  Setting up tunnels involves defining tunnel endpoints with tunnel identifiers (TEIDs) that identify the network elements for the connection associated with that the PDU session (which is associated with the mobile device).

GTP tunnels are used between two nodes communicating over a GTP based interface to separate traffic into different communication flows.  LEMKO-ATT 009591-788 at 603.  A GTP tunnel is identified in each node with a TEID, an IP address and a UDP port number.  *Id*.  The receiving end side of a GTP tunnel locally assigns the TEID value the transmitting side must use, and the TEID values are exchanged between tunnel endpoints using the GTP-C or the S1-MME message.  *Id*.