# EXHIBIT A

# APPENDIX A-1

| Infringement of U.S. Pat. No. 7,840,230:  AT&T Nationwide Network |
|---|

AT&T's Nationwide Network (the "Accused Product") infringes Lemko's '230 Patent.

The Accused Product literally satisfies each element of the Asserted Claims (Claims 1, 8, 13).  To the extent Defendants contend that the Accused Product does not literally infringe a claim, the Accused Product infringes under the doctrine of equivalents.

Defendants directly infringe the Asserted Claims under 35 U.S.C. § 271(a) by making, using, selling, and offering for sale the Accused Product.  Defendants also directly infringe by exercising direction and control over the Accused Product when deployed and by acting as the final assembler of the Accused Product by installing and configuring the AT&T Nationwide Network to make the infringing systems.

Defendants induce their customers' direct infringement of the '230 Patent under 35 U.S.C. § 271(b) by instructing and encouraging their customers infringing use of the Accused Product.

| Claim 1 | |
|---|---|
| 1 [pre].<br><br>A method, comprising: | AT&T's Nationwide Network performs each step of Claim 1.<br><br>AT&T Network Edge enables edge computing through wireless transceivers connecting to the AT&T Nationwide Network and brings public clouds closer to the UEs for low-latency applications.  LEMKO-ATT 020044. |



LEMKO-ATT 020044.

AT&T Personal Networks offer customers LTE, 5G, or 5G+ services in applications such as virtual reality and autonomous cars.  LEMKO-ATT 022229-31 at 29.  These networks offer wireless plans with LTE and 5G access for 4G or 5G mobile devices.  *Id*.  5G offers broad coverage for both consumers and businesses over low-band spectrum.  LEMKO-ATT 019896-99 at 97.  5G+ reaches coverage speeds up to 3x that of 4G in major metro areas, and peak speeds up to 10x faster than 4G in selected venues.  *Id*.



LEMKO-ATT 019896-99 at 97.



LEMKO-ATT 020014 (showing 4G, 5G, or 5G+ coverage in a specific geographic area).

Existing 4G devices will work as 5G rolls out but with only a 4G level service.  LEMKO-ATT 022229-31 at 29.

AT&T Personal Networks offer three different 5G services: AT&T 5G, which uses low-band spectrum; mid-band 5G+, which uses mid-band spectrum; high-band 5G+, which uses high-band spectrum.  LEMKO-ATT 022229-31 at 30.  The networks operate in the same way but use different spectra.

AT&T Personal Networks enables various phone plans to offer both 4G and 5G services, including AT&T Unlimited Premium PL, AT&T Unlimited Extra EL, and AT&T Unlimited Starter SL, AT&T VL Plan, AT&T 4GB plan, AT&T Prepaid Plan, and pay-as-you-go plan.  LEMKO-ATT 020122-27 at 25.  While these plans vary, they are operated on the same infringing AT&T nationwide infrastructure.



LEMKO-ATT 020122-27 at 23 (showing AT&T's unlimited phone plans).



LEMKO-ATT 019914-18 at 14 (showing AT&T prepaid plans including prepaid monthly, 12-month unlimited, 16 GB 3-month, 5GB and 15GB plans).

AT&T Business is a collection of services over 5G/5G+ networks, using the same AT&T nationwide infrastructure and functionality that AT&T uses to provide its personal service plans. LEMKO-ATT 019994-97 at 96 (5G+ is only available in some high-traffic regions with limited reach with high-band spectrum). 5G offers broad coverage areas for both consumers and businesses over a low-band spectrum. LEMKO-ATT 019896-99 at 97. 5G+ reaches coverage speeds up to 3x that of 4G in major metro areas and peak speeds up to 10x faster than 4G in selected venues. *Id*.



LEMKO-ATT 019896-99 at 97.

Through AT&T Business, AT&T offers business customers various 5G/5G+ phone plans, including AT&T Business Unlimited Premium, AT&T Business Unlimited Advanced, and AT&T Business Unlimited Standard plans.  LEMKO-ATT 020009-13 at 09.  These plans use the same AT&T nationwide network infrastructure and functionality discussed throughout this chart.



LEMKO-ATT 020009-13 at 09 (all business wireless plans include unlimited talk, text, high-speed data, and 5G/5G+ access).  AT&T Business Unlimited Elite/Performance plan includes mobile hotspot data.  *Id.* at 11. Additionally, AT&T Business Unlimited Plans include unlimited calling from the U.S. to Mexico and Canada and unlimited text from the U.S. to over 200 countries.  *Id.* at 12.  AT&T Business also provides basic phone services to advanced cloud-based "as a service" voice solutions based on VoIP (voice over IP). LEMKO-ATT 019331-35 at 34.

| 1[a].<br><br>receiving, at a communication apparatus, a request to establish a group call between four or more mobile communication devices, wherein the communication apparatus comprises: | **4G Functionality**<br>AT&T's Nationwide Network employs Long Term Evolution (LTE)/4G core server-hosted software to deliver network services, including group-call conferencing services.<br><br>AT&T's Nationwide Network facilitates group calls with multiple participants, including with four or more participants.  For example, AT&T's IP Multimedia Subsystem (IMS) supports the setup of group calls as defined in the 3GPP standard:  "The basic services for the IP Multimedia core network Subsytem (IMS), as defined in 3GPP TS 24.229]5], allow a user to initiate, modify and terminate media sessions based on the Session Initiation Protocol, as defined in RFC 3261[7]."  LEMKO-ATT 002865-3072 at 2874.  Although these basic mechanisms already allow "multi party calls," more sophisticated services for communication between "multiple parties" can be made available by the network.  *Id.*<br><br>**5G Functionality**<br>AT&T's Nationwide Network employs Azure Operator 5G Core server-hosted software to deliver network services, including group-call conferencing services.[1]<br><br>AT&T's Nationwide Network facilitates group calls with multiple participants, including with four or more participants.  For example, AT&T's IMS Multimedia Telephony Service allows "multimedia conversational communications between two or more users. It provides real time bidirectional conversational transfer of speech, video or optionally other types of data."  LEMKO-ATT 053330-404 at 342.<br><br>**Source Code**<br>Lemko anticipates that Defendants' source code will provide further support for this limitation.  Lemko reserves the right to supplement these contentions under Miscellaneous Order No. 62, 3-7(a) after reviewing Defendants' source code. |
|---|---|

---

[1] Specifically, since June 30, 2021, all of AT&T's mobile network traffic is managed using Microsoft Azure technologies--Azure for Operators or Azure Operator Nexus--with Azure Operator 5G Core and Azure Private 5G Core representing specific core services within these portfolios. *See* LEMKO-ATT 021940-43 (AT&T to run its mobility network on Microsoft's Azure for Operators cloud, delivering cost-efficient 5G services at scale).

| 1 [b].<br><br>a wireless transceiver; | **4G Functionality**<br><br>AT&T's Nationwide Network uses standardized radio technologies and transceiver devices to connect users to public networks in accordance with LTE/4G mode 3GPP standards.<br><br><br><br>LEMKO-ATT 003980-4266 at 3995 (showing that 3gPP-compliant architecture requires E-UTRAN, which includes an LTE/4G wireless transceiver.)<br><br>**5G Functionality**<br><br>AT&T's Nationwide Network comprises a wireless transceiver to provide radio access and connectivity.<br><br>AT&T's Nationwide Network uses standardized radio technologies and transceiver devices to connect users to both private and public networks in accordance with 5G mode 3GPP standards. |
|---|---|



Figure 4.2.3-2 depicts the 5G System architecture in the non-roaming case, using the reference point representatio showing how various network functions interact with each other.

**Figure 4.2.3-2: Non-Roaming 5G System Architecture in reference point representation**

LEMKO-ATT 002626-808 at 644 (showing that 3GPP-compliant architecture requires ((R)an), which includes a 5G wireless transceiver.)

**Source Code**

Lemko anticipates that Defendants' source code will provide further support for this limitation. Lemko reserves the right to supplement these contentions under Miscellaneous Order No. 62, 3-7(a) after reviewing Defendants' source code.

| 1 [c].  a computer readable storage medium; | **4G Functionality** As discussed above for Element 1[pre], AT&T's Nationwide Network utilizes instantiations of LTE/4G core.  An instantiation of LTE/4G core software on a server or virtual machine is a non-transitory computer-readable medium. |
| --- | --- |

| | |
|---|---|
| | **5G Functionality**<br><br>As discussed above for Element 1 preamble, AT&T's Nationwide Network utilizes instantiations of Azure Operator 5G Core.  An instantiation of Azure Operator 5G Core software on a server or virtual machine is a non-transitory computer-readable medium.<br><br>**Source Code**<br><br>Lemko anticipates that Defendants' source code will provide further support for this limitation.  Lemko reserves the right to supplement these contentions under Miscellaneous Order No. 62, 3-7(a) after reviewing Defendants' source code. |
| 1 [d].<br><br>a home location register (HLR) module embedded in the computer readable storage medium; | **4G Functionality**<br><br>The home distributed mobile architecture location register ("HLR") of AT&T's Nationwide Network stores information associated with the DMA.  The HLR (within HSS) also stores the PGW or the MME identity information.<br><br>The HSS is the master database for a given user.  LEMKO-ATT 004824-918 at 4843.  The home network may contain one or several HSSs.  *Id.*  The HSS is responsible for user identification, location information, and user profile information.  *Id.* at 4843-44.  As shown below, the HSS supports different domains and subsystems' call control and session management entities.  *Id.* at 4844. |

11



**Figure 0-a: Example of a Generic HSS structure and basic interfaces**

LEMKO-ATT 004824-918 at 4844. (the HSS structure and interfaces).

The information stored at the HSS includes the "MME Identity," which indicates the MME currently serving this subscriber; the "PGW identity," which indicates the PGW (or PGWs for connections to multiple PDNs) serving this subscriber; and the "PDN Address," which is the IP address for this subscriber (for each PDN it is connected to).  LEMKO-ATT 005730-6016 at 5925-26 (stored data in the HSS using the IMSI as the primary key).

The GTP tunnels carry encapsulated transport packet data units and signaling messages between a pair of GTP user tunnel endpoints.  LEMKO-ATT 009789-813 at 806.  The endpoint ID in the GTP header shall indicate "which tunnel a particular data packet belonging to."  *Id*.  The GTP tunneling is applicable between SGWs.  *Id*. at 811-12. However, the transfer of traffic from one mobile device to another mobile device between PGWs should use the SGi interface. *Id*. at 812.



5.1.2.1    UE - P-GW user plane with E-UTRAN

LEMKO-ATT 005730-6016 at 5800 (showing the user plane tunnels).

The TEID field is signalled to the peer GTP-U entity using "a control plane protocol" like GTPv1-C, GTPv2-C, RANAP, or S1-AP.  LEMKO-ATT 009789-813 at 796.  The IP packets in a GTPv1-U packet is either an IP packet sent to the mobile device "in the downlink direction" over the tunnels from the external network or sent from a mobile device "in the uplink direction" over the tunnels to the external network, identified by the access point name.  LEMKO-ATT 009789-813 at 796.

## 5G Functionality

The UDR is the actual database storage of subscriber information and registration information.  The 5G system architecture allows the UDM, the PCF, and the NEF (network exposure function) to store data in the UDR, including subscription data and policy data by the UDM and the PCF.  LEMKO-ATT 006327-784 at 6365.

13



Figure 4.2.5-2: Data storage architecture

LEMKO-ATT 006327-784 at 6365.

The UDM may perform this storage function if there is no UDR.  When a mobile subscriber registers with the system (via the RAN connection to the database and from there the AMF), the AMF of the DMA system registers registration information with the UDR, the UDM, and the AUSF.  LEMKO-ATT 009814-75 at 9840-41.



LEMKO-ATT 009814-75 at 28-30 (URI sub-level structure for the subscription data).

AT&T Private Networks use the Hewlett Packard Enterprises (HPE) Integrated Home Subscriber Server (I-HSS) in its HPE Subscriber Data Management ("SDM") solutions, which includes an HLR. LEMKO-ATT 021832-39 at 38 (HPE SDM solutions conform to 3GPP standards). The HPE includes the first off-switch HLR to allow service providers to deploy a multi-vendor core network solution. LEMKO-ATT 021832-39 at 34.

The HPE I-HSS provides consolidated front-end applications to handle 2G/3G/4G/5G/IMS/AAA/equipment identity register ("EIR"), all from a common and consistent virtual network function ("VNF"). LEMKO-ATT 021832-39 at 34. The I-HSS integrated the following network applications: the HLR GSM, the HLR GPRS, the HSS LTE, the HSS IMS, the HSS AAA, the EIR for the HLR and the HSS, and the HSS 5GNR. *Id*. at 5. HPE I-HSS servers as an integrated home location register ("HLR"), home subscriber services ("HSS"), and authentication, authorization, and access ("AAA") databases, supporting a frontend/backend architecture. LEMKO-ATT 020098 -99 at 98; LEMKO-ATT 021832-39 at 33.

The HPE's I-HSS is an important component in AT&T's plan to virtualize and migrate the network functions to software running on AT&T's Integrated Cloud ("AIC"). LEMKO-ATT 020098-99 at 98. HPE-IHSS supports primary IMS authentication procedures using authentication, key agreement-based, and mutual authentication security architecture. *Id*. at 99.

The I-HSS is a standards-based HLR, the AAA, and the HSS developed for Evolved Packet Systems ("EPS") and IMS environments with an integrated AAA. LEMKO-ATT 021840-44 at 41. The HPE I-HSS is the core data storage and management element required to extend the 2G/3G Subscriber Data Management ("SDM") to the IMS, the LTE, the Wi-Fi, and beyond. *Id*. It will interwork with the 5G UDM at the message level and at the data level as per the 3GPP-defined standards. *Id*. The HPE I-HSS is hardware agnostic and has been deployed on COTS servers. *Id*. The HPE I-HSS and the HPE UDM can be bundled together to act like a combined HSS+UDM for ease of deployment, operations, administration, and maintenance. *Id*. at 41.



**FIGURE 1.** High level 4G-5G Interworking Diagram

LEMKO-ATT 021840-44 at 42 (showing the I-HSS as a 4G-5G connection point); *see also* LEMKO-ATT 007444-96 at 52 (architecture for direct UDM-HSS interworking).

The HPE I-HSS stores the IMSI and the MDN for the subscriber in the MILR, which is Universal Identity Repository ("UIR") that provides back-end data management functions for the HPE I-HSS with minimal latency. LEMKO-ATT 021832-39 at 34. The HPE UIR complies with 3GPP User Data Convergence standards. *Id.* It is a flexible data repository that allows the separation of front-end application logic from back-end data and allows that data to be shared with other applications. *Id.* at 37. It can serve as the back-end repository for HPE I-HSS and can be combined with the HPE 5G Unified Data Repository ("UDR") and unstructured data storage function ("UDSF") components. *Id.*



**FIGURE 3.** HPE UIR together with 5G UDR and UDSF converge in a shared data environment that provides simultaneous support of legacy and 5G data sets

LEMKO-ATT 021832-39 at 38 (the HPE UIR with 5G UDR and the UDSF in a shared data environment).

The information associated with the device for the connections between the UPF and the NR are PDU Sessions and user-plane tunnels. These "tunnels" "encapsulate" the user-plane packets which means that the IP packets are wrapped within new IP packets with the IP addresses of those wrapped packets being the IP addresses of the network elements (i.e., the UPF and the NR base station, or the gNB).

The protocol to establish user plane tunnels is called the GTP-U. User plane tunnels are GTP-U tunnels between the UPF and the gNB (i.e., the NR base station). Setting up tunnels involves defining tunnel endpoints with tunnel identifiers (TEIDs) that identify the network elements for the connection associated with that the PDU session (which is associated with the mobile device).

GTP tunnels are used between two nodes communicating over a GTP based interface to separate traffic into different communication flows. LEMKO-ATT 009591-788 at 603. A GTP tunnel is identified in each node with a TEID, an IP address and a UDP port number. *Id.* The receiving end side of a GTP tunnel locally assigns the TEID value the transmitting side must use, and the TEID values are exchanged between tunnel endpoints using the GTP-C or the S1-MME message. *Id.*

| | |
|---|---|
| | The PDU Connectivity Service is a service that provides exchange of PDUs between a mobile device and a data network identified by a data network name. LEMKO-ATT 006327-784 at 432. The PDU Connectivity Service is supported via PDU sessions established upon request from the mobile device. *Id.* Each PDU session supports a single PDU session type (the exchange of a single type of PDU requested by the mobile device at the establishment of the PDU session). *Id.* at 433. Upon request from an application server, the 5GC can trigger a specific application in the mobile device. *Id.* at 433. When receiving the trigger message, the mobile device shall pass it to the identified application in the mobile device. *Id.*<br><br>**Source Code Supplementation**<br><br>Lemko anticipates that Defendants' source code will provide further support for this limitation. Lemko reserves the right to supplement these contentions under Local Patent Rule 3-4(a) after reviewing Defendants' source code. |
| 1 [e].<br><br>a visitor location register (VLR) module embedded in the computer readable storage medium; | **4G Functionality**<br><br>The VLR stores the visitor DMA server information as part of the location updating procedure. LEMKO-ATT 022742-811 at 751. The HLR will also convey the subscriber parameters of the mobile device to the VLR for proper call handling. *Id.* When the mobile device registers with the VLR, the VLR provides its address to the HLR. *Id.*<br><br>The subscriber data typically includes identification information such as user IDs, international mobile subscriber identity ("IMSI"), mobile station international subscriber directory number ("MSISDN") and subscription details such as service plans, billing profiles, usage quotas, and associated policies. LEMKO-ATT 023341-56 at 45-46.<br><br>**5G Functionality**<br><br>AT&T Public Networks stores the information that indicates the association with NR1 (i.e., DMAS1) temporarily can be thought of as the VLR at the UPF. That information identifies that the mobile is adapted to communicate via the NR1, the device has attached to NR1 and is capable of receiving packets from the UPF. |

The VLR stores the information to establish a connection to the new PDU anchor (UPF).  For PDU Session of SSC mode 3, the network allows the establishment of mobile device connectivity via a new PDU session anchor to the same data network before connectivity between the mobile device and the previous PDU session anchor is released.



Schematic diagram illustrating the configuration of components for SSC mode 3

When trigger conditions apply, the network decides whether to select a PDU session anchor (a UPF) suitable for the mobile device's new conditions (e.g. point of attachment to the network). LEMKO-ATT 006327-784 at 6454.

The N26 interface is used to provide seamless session continuity for a single registration mode mobile device.  LEMKO-ATT 006785-7387 at 6980.  The interworking between the EPS and the 5GS is supported with IP address preservation by assuming SSC mode 1.  *Id*.

| | |
|---|---|
| | **Source Code Supplementation**<br><br>Lemko anticipates that Defendants' source code will provide further support for this limitation. Lemko reserves the right to supplement these contentions under Local Patent Rule 3-4(a) after reviewing Defendants' source code. |
| 1 [e].<br><br>a mobile switching center (MSC) module embedded in the computer readable storage medium, wherein the MSC module includes an authentication, authorization, and accounting (AAA) module, | **4G Functionality**<br>AT&T's Nationwide Network employs LTE/4G core server-hosted software to deliver network services, with mobile switching center (MSC) functionality, including the functionality traditionally served by an authentication, authorization, and accounting (AAA) module, handled by the mobility management entity (MME): tracking user location, paging and managing handovers, session management, and authentication and authorization; the serving gateway (SGW): routing and forwarding data packets and acting as the local mobility anchor point for handovers; the packet gateway (PGW): the connection to the external IP network, performing IP address allocation, charging, packet filtering and policy-based control of user-specific IP flows; and the policy and charging rules-function (PCRF): policy and charging control. LEMKO-ATT 004824-918 at 851-53.<br><br>AT&T Public Networks include the SGW, PGW, and PCRF core functions (VNFs):<br><br>• SGW (the serving gateway): the local mobility anchor point for inter-eNB handover, packet routing and forwarding, accounting for inter-operator charging<br><br>• PGW (PDN gateway): per-user based packet filtering, mobile device IP address allocation, transport level packet marking in the uplink and downlink, accounting for inter-operator charging, uplink and downlink bearer binding for GTP-based S5/S8 interface<br><br>• PCRF (Policy Control and Charging Rules Function): it encompasses policy control decision and flow-based charging control functionalities; it provides the network control regarding the service data flow detection, gating, QoS, and flow based charging<br><br>LEMKO-ATT 003980-4266 at 4030-32; LEMKO-ATT 004991-5106 at 5022-23. |

LTE/4G core software has traditional authentication, authorization, and accounting (AAA) functionality implemented through the home subscriber service (HSS) and mobility management entity (MME). The HSS functions as the "master directory," like the HLR/VLR, holding crucial details about each subscriber, including their phone number, service subscriptions, and current location. This information is vital for routing calls and messages, authenticating users, and managing mobile network operations. The mobility management entity (MME) tracks user location, and performs paging and managing handovers, session management, and authentication and authorization. LEMKO-ATT 004824-918 at 851-53.

AT&T's LTE/4G core software includes HSS and MME:



4.2     Architecture reference model

4.2.1     Non-roaming architecture

Figure 4.2.1-1: Non-roaming architecture for 3GPP accesses

LEMKO-ATT 003980-4266 at 3995.

### 5G Functionality

AT&T's Nationwide Network employs Azure Operator 5G Core server-hosted software to deliver network services, with mobile switching center (MSC) functionality, including the functionality traditionally served by an authentication, authorization, and accounting (AAA) module, handled by access and mobility management function (AMF), session management function (SMF), and user plane function (UPF).

Access and mobility management function (AMF) handles connection and mobility management tasks, including registration, authentication, and mobility management signaling with user equipment. LEMKO-

ATT 002626-2808 at 2691-93, 2772-80 and diagram below.  Session management function (SMF) handles control plane functions related to session management, including allocating IP addresses to devices and managing user plane functions.  *Id.*  User plane function (UPF) is responsible for user plane traffic transport and facilitates data transmission, including packet inspection, traffic routing, and QoS enforcement, between the radio access network and the data network.  *Id.*



UE handover between source and target gNB's within 5G infrastructures

LEMKO-ATT 055416-19.

As seen below, Azure Operator 5G core software includes access and mobility management function (AMF), session management function (SMF), and user plane function (UPF).

- AMF (Access and Mobility Management Function): it manages user mobility, authentication and registration

- SMF (Session Management Function): it manages data sessions which includes configuring the UPF (and any ULCL function in the UPF)

- UPF (User Plane Function): it handles the data from the user which includes routing the data and applying the Uplink Classifier (ULCL) function to determine whether to route the packet to the next

| | |
|---|---|
| | UPF, to a local network (such as in a private enterprise deployment), or to locally switch it back in; it acts as the anchor to the data network routing packets as necessary<br><br>LEMKO-ATT 002626-2808 at 772-75.<br><br>Azure Operator 5G core software has traditional authentication, authorization, and accounting (AAA) functionality distributed across various network functions: authentication server function (AuSF), handling the primary authentication of users and devices, access and mobility management function (AMF), managing user access and mobility within the network, unified data management (UDM), storing subscriber profiles and data, policy control function (PCF), enforcing policies regarding network resource usage and authorization, and user plane function (UPF) and subscriber management function (SMF), supporting charging; control and coordination of charging data collection at UPF; and generation of charging information for monitoring event reports.   LEMKO-ATT 002626-2808 at 2671, 2722-23, 2731, 2772-80, 2777; LEMKO-ATT 007388-443 at 396.<br><br>**Source Code**<br>Lemko anticipates that Defendants' source code will provide further support for this limitation.  Lemko reserves the right to supplement these contentions under Miscellaneous Order No. 62, 3-7(a) after reviewing Defendants' source code. |
| 1 [f].<br><br>the AAA module configured to support generation of a first set of call detail records at the communication apparatus; | **4G Functionality**<br>AT&T's Nationwide Network consists of servers running LTE/4G core software with the functionality traditionally served by an authentication, authorization, and accounting (AAA) module that generates call detail records performed by the packet gateway (PGW).  LEMKO-ATT 004824-918 at 845-46; LEMKO-ATT 003980-4266 at 4030-32. |

AT&T's LTE/4G core software includes PGW (PDN Gateway).

## 4.2    Architecture reference model

### 4.2.1    Non-roaming architecture



Figure 4.2.1-1: Non-roaming architecture for 3GPP accesses

LEMKO-ATT 003980-4266 at 3995.

**5G Functionality**

AT&T's Nationwide Network consists of servers running Azure Operator 5G Core software with the functionality traditionally served by an authentication, authorization, and accounting (AAA) module that generates call detail records performed by user plane function (UPF), subscriber management function (SMF), and unified data management (UDM).  LEMKO-ATT 002626-2808 at 2772-80.  The SMF includes functionality to support charging; control and coordination of charging data collection at UPF; and generation of charging information for monitoring event reports.  *Id.*



Figure 5.2.1-1a: Overall non-roaming reference architecture of policy and charging control framework for the 5G System (reference point representation)

LEMKO-ATT 007388-443 at 400.

As seen below, Azure Operator 5G core software includes user plane function (UPF), session management function (SMF), and unified data management (UDM).

- UPF (User Plane Function): it handles the data from the user which includes routing the data and applying the Uplink Classifier (ULCL) function to determine whether to route the packet to the next UPF, to a local network (such as in a private enterprise deployment), or to locally switch it back in; it acts as the anchor to the data network routing packets as necessary

- UDR (Unified Data Repository): the database that holds the information about the user (subscription and registration information)

- UDM (Unified Data Management): the front-end interface to the user information

LEMKO-ATT 002626-2808 at 2774, 2777-78.

| | |
|---|---|
| | **Source Code**<br><br>Lemko anticipates that Defendants' source code will provide further support for this limitation.  Lemko reserves the right to supplement these contentions under Miscellaneous Order No. 62, 3-7(a) after reviewing Defendants' source code. |
| 1 [g].<br><br> a base station controller (BSC) module embedded in the computer readable storage medium; | **4G Functionality**<br><br>AT&T's Nationwide Network consists of servers running LTE/4G core software with base station controller (BSC) functionality through the mobility management entity (MME) that tracks user location, and performs paging and managing handovers, session management, and authentication and authorization.  LEMKO-ATT 004824-4918 at 4851-52.<br><br>AT&T's LTE/4G core software includes MME.<br><br>4.2      Architecture reference model<br><br>4.2.1     Non-roaming architecture<br><br><br><br>Figure 4.2.1-1: Non-roaming architecture for 3GPP accesses<br><br>LEMKO-ATT 003980-4266 at 3995.<br><br>**5G Functionality**<br><br>AT&T's Nationwide Network consists of servers running Azure Operator 5G Core software with base station controller (BSC) functionality through the access and mobility management (AMF) network function |

| | |
|---|---|
| | that manages handovers between different radio access nodes (gNodeB), interacts with SMF, and handles connection management with the 5G network.  LEMKO 041816-2385 at 1939-942, 2239-41.<br><br>As seen below, Azure Operator 5G Core software includes access and mobility management (AMF).<br><br><br><br>Azure Operator 5G Core supports all Gs<br><br>LEMKO-ATT 020134-202 at 139.<br><br>**Source Code**<br>Lemko anticipates that Defendants' source code will provide further support for this limitation.  Lemko reserves the right to supplement these contentions under Miscellaneous Order No. 62, 3-7(a) after reviewing Defendants' source code. |
| 1 [h].<br><br>and a group call program embedded in the computer readable storage medium; | As described above for Element 1[pre] and 1[a], AT&T's Nationwide Network consists of multiple instantiations of core software that provide conferencing capabilities for multiple communication devices.<br><br>AT&T's enhanced push to talk ("EPTT"), either standard or advanced EPTT, is an IP-based end-to-end group call program that offers sub-second call setup and a broad suite of features.  LEMKO-ATT 055420-24 at 23.  EPTT is based on 3GPP Mission Critical Push-to-Talk ("MCPTT") standards.  *Id*.  AT&T offers an EPTT only service option (no cellular calls and no data browsing) on selected devices.  *Id*.  An EPTT app can be downloaded on most smartphones.  *Id*.  EPTT can also be activated on select devices that don't require a voice or data plan.  *Id*.  EPTT and radio interoperability allow one-to-one calling, a group call, alert features from radio dispatcher to an EPTT device, and talk-group scanning.  LEMKO-ATT 055429. |

| 1 [i].<br><br>and providing, via the group call program embedded in the computer readable storage medium of the communication apparatus, the group call between the four or more mobile communication devices, wherein the communication apparatus communicates telephony data associated with the group call to at least one mobile communication device of the four or more mobile communication devices via a second communication apparatus, wherein the second communication apparatus comprises: | As described above for Element 1[pre] and 1[a], AT&T's Nationwide Network consists of multiple instantiations of core software that communicate group call telephony information through two or more servers.<br><br>The AT&T EPTT seamless integrated with any land mobile radio ("LMR") system to extend coverage across AT&T network to nationwide, grow capacity, and provide a layer of redundancy while offering advanced features not available on the radio network.  LEMKO-ATT 055429.   EPTT adds unlimited radio communication and private one-to-one calling.  *Id.*<br><br>The IP-based platform works like a walkie-talkie using mobile devices.  LEMKO-ATT 055425-28 at 25.  It can connect to as many as 250 talk groups members per channel up to 96 channels and up to 3000 members.  *Id.*  It offers secure voice, messaging, and data sharing with the push of a button.  *Id.*  It authorizes location tracking and sharing.  *Id.*  It provides corporate administration tools to manage users, talk-groups, and features. Id.  Its optional web dispatch solution monitors and manages teams.  *Id.* |

| Plan | Price (per line of service excluding taxes, fees, and surcharges) |
|---|---|
| EPTT Only Rate Plan - for feature phones | $30 |
| EPTT License - for feature phones with a rate plan | $5 |
| EPTT License - for smartphones with a voice and data rate plan | $5 |
| EPTT License - for smartphones with only a data rate plan | $30 |
| EPTT License - for tablets | $5 |
| EPTT Advanced Tier package | $15 |
| EPTT Wi-Fi Only License - operate EPTT on Wi-Fi networks only | $10 |
| EPTT Cross Carrier License - allows EPTT on devices with SIMs from other carriers | $10 |
| Web Dispatch Solution - Standard Tier License | $30 |
| Web Dispatch Solution - Advanced Tier License | $75 |

LEMKO-ATT 055425-28 at 28.

The MCPTT supports a group call where each user has the ability to gain access to the permission to talk in an arbitrated manner.  LEMKO-ATT 004741-823 at 752.  The MCPTT service allows users to request the permission to talk (transmit voice/audio) and provides a deterministic mechanism to arbitrate between requests in contention (i.e., floor control).  *Id*. at 752; *id*. at 750 (floor control is the arbitration system in an MCPTT service that determines who has the authority to transmit (talk) at a point in time).

The MCPTT provides a professional PTT service (e.g., public safety, transport companies) and a non-professional service (people on holiday).  *Id*. at 753.

The MCPTT service recognizes a number of special group calls including broadcast group call, emergency group call, and imminent peril group call.  *Id*. at 756.   The MCPTT emergency call and MCPTT imminent

peril group calls provide the MCPTT user with elevated priority towards obtaining resources of the MCPTT system.  *Id*. at 768.

The MCPTT also supports private calls between pairs of users.  The MCPTT dispatchers can use an MCPTT mobile device or a non-3GPP access connection to the MCPTT service based on a dispatcher and administrator interface.  *Id*. at 752.  The MCPTT allows a user with higher priority (MCPTT emergency condition) to override the current talker.  *Id*.  The MCPTT allows a user to monitor activity on a number of separate calls and enables the user to switch focus to a chosen call.  *Id*.

The MCPTT provides group call and private call capabilities with various process flows, states, and permissions associated with the capabilities.  *Id*. at 753.



Figure 4.3.1: MCPTT User state diagram- transmit and receive for a particular MCPTT Group

LEMKO-ATT 004741-823 at 754.

A MCPTT user can be affiliated with one or more MCPTT groups.  *Id*. at 756.  Every time a PTT request is granted, a user can start an MCPTT transmission or talk burst.  *Id*. at 756. An MCPTT group call consists of one more MCPTT transmission.  *Id*. at 756.  Whether two consecutive transmissions from the same or different users are part of the same call, or the second transmission starts a new call, depending on the configurable maximum length of the inactivity period between the consecutive MCPTT transmissions. *Id*.

<table>
<tr>
<td></td>
<td>Each user has at least one MCPTT user profile and possibly several.  <em>Id</em>. at 757.  A MCPTT user can simultaneously have several active MCPTT mobile devices, which are addressable individually and/or collectively within the context of their association with the MCPTT user.  <em>Id</em>. at 759.

Figure 4.5.4-1: Relationships between MCPTT Users and MCPTT UEs

LEMKO-ATT 004741-823 at 759.</td>
</tr>
<tr>
<td>1 [j].<br><br> a second wireless transceiver;</td>
<td>As described above for Element 1[b], AT&T's Nationwide Network comprises a wireless transceiver to provide radio access and connectivity.</td>
</tr>
<tr>
<td>1[k].<br> a second computer readable storage medium;</td>
<td>As described above for Element 1[c], AT&T's Nationwide Network includes instantiations of Azure Operator 5G Core.  An instantiation of Azure Operator 5G Core software on a server or virtual machine is a non-transitory computer-readable medium.</td>
</tr>
<tr>
<td>1 [l].<br><br>a second HLR module embedded in the second computer readable storage medium;</td>
<td>As described above for Element 1[d], AT&T's Nationwide Network employs Azure Operator 5G Core server-hosted software that performs functions traditionally served by the home location register (HLR).</td>
</tr>
</table>

32

| 1 [m]. a second VLR module embedded in the second computer readable storage medium; | As described above for Element 1[e], AT&T's Nationwide Network employs Azure Operator 5G Core server-hosted software that performs functions traditionally served by the visitor location register (VLR). |
|---|---|
| 1 [m]. a second MSC module embedded in the second computer readable storage medium, wherein the second MSC module includes a second AAA module, the second AAA module configured to support generation of a second set of call detail records at the second communication apparatus; | As described above for Elements 1[e] and 1[f], AT&T's Nationwide Network consists of servers running Azure Operator 5G Core software and has mobile switching center (MSC) functionality, including the functionality traditionally served by an authentication, authorization, and accounting (AAA) module, that generates call detail records. |
| 1 [n]. and a second BSC module embedded in the second computer readable storage medium. | As described above for Element 1[g], AT&T's Nationwide Network consists of multiple servers running Azure Operator 5G Core software with base station controller (BSC) functionality. |

| Claim 8 | |
|---------|---|
| 8 [pre].<br><br>A communication apparatus, comprising: | AT&T's Nationwide Network is a communication apparatus as in Claim 8.<br><br>AT&T Network Edge enables edge computing through wireless transceivers connecting to the AT&T Nationwide Network and brings public clouds closer to the UEs for low-latency applications.  LEMKO-ATT 020044.<br><br><br><br>LEMKO-ATT 020044.<br><br>AT&T Personal Networks offer customers LTE, 5G, or 5G+ services in applications such as virtual reality and autonomous cars.  LEMKO-ATT 022229-31 at 29.  These networks offer wireless plans with LTE and 5G access for 4G or 5G mobile devices.  *Id.*  5G offers broad coverage for both consumers and businesses over low-band spectrum.  LEMKO-ATT 019896-99 at 97.  5G+ reaches coverage speeds up to 3x that of 4G in major metro areas, and peak speeds up to 10x faster than 4G in selected venues.  *Id.* |



LEMKO-ATT 019896-99 at 97.



LEMKO-ATT 020014 (showing 4G, 5G, or 5G+ coverage in a specific geographic area). Existing 4G devices will work as 5G rolls out but with only a 4G level service. LEMKO-ATT 022229-31 at 29.

AT&T Personal Networks offer three different 5G services: AT&T 5G, which uses low-band spectrum; mid-band 5G+, which uses mid-band spectrum; high-band 5G+, which uses high-band spectrum. LEMKO-ATT 022229-31 at 30. The networks operate in the same way but use different spectra.

AT&T Personal Networks enables various phone plans to offer both 4G and 5G services, including AT&T Unlimited Premium PL, AT&T Unlimited Extra EL, and AT&T Unlimited Starter SL, AT&T VL Plan, AT&T 4GB plan, AT&T Prepaid Plan, and pay-as-you-go plan. LEMKO-ATT 020122-27 at 25. While these plans vary, they are operated on the same infringing AT&T nationwide infrastructure.



LEMKO-ATT 020122-27 at 23 (showing AT&T's unlimited phone plans).



LEMKO-ATT 019914-18 at 14 (showing AT&T prepaid plans including prepaid monthly, 12-month unlimited, 16 GB 3-month, 5GB and 15GB plans).

AT&T Business is a collection of services over 5G/5G+ networks, using the same AT&T nationwide infrastructure and functionality that AT&T uses to provide its personal service plans. LEMKO-ATT 019994-97 at 96 (5G+ is only available in some high-traffic regions with limited reach with high-band spectrum). 5G offers broad coverage areas for both consumers and businesses over a low-band spectrum. LEMKO-ATT 019896-99 at 97. 5G+ reaches coverage speeds up to 3x that of 4G in major metro areas and peak speeds up to 10x faster than 4G in selected venues. *Id*.



LEMKO-ATT 019896-99 at 97.

Through AT&T Business, AT&T offers business customers various 5G/5G+ phone plans, including AT&T Business Unlimited Premium, AT&T Business Unlimited Advanced, and AT&T Business Unlimited Standard plans.  LEMKO-ATT 020009-13 at 09.  These plans use the same AT&T nationwide network infrastructure and functionality discussed throughout this chart.



| | |
|---|---|

LEMKO-ATT 020009-13 at 09 (all business wireless plans include unlimited talk, text, high-speed data, and 5G/5G+ access). AT&T Business Unlimited Elite/Performance plan includes mobile hotspot data. *Id*. at 11. Additionally, AT&T Business Unlimited Plans include unlimited calling from the U.S. to Mexico and Canada and unlimited text from the U.S. to over 200 countries. *Id*. at 12. AT&T Business also provides basic phone services to advanced cloud-based "as a service" voice solutions based on VoIP (voice over IP). LEMKO-ATT 019331-35 at 34.

| 8 [a].<br><br>a wireless transceiver; | **4G Functionality**<br><br>AT&T's Nationwide Network uses standardized radio technologies and transceiver devices to connect users to public networks in accordance with LTE/4G mode 3GPP standards. |
|---|---|

4.2.1    Non-roaming architecture



LEMKO-ATT 003980-4266 at 3995 (showing that 3gPP-compliant architecture requires E-UTRAN, which includes an LTE/4G wireless transceiver.)

**5G Functionality**

AT&T's Nationwide Network comprises a wireless transceiver to provide radio access and connectivity.

AT&T's Nationwide Network uses standardized radio technologies and transceiver devices to connect users to both private and public networks in accordance with 5G mode 3GPP standards.



Figure 4.2.3-2 depicts the 5G System architecture in the non-roaming case, using the reference point representatio showing how various network functions interact with each other.

**Figure 4.2.3-2: Non-Roaming 5G System Architecture in reference point representation**

LEMKO-ATT 002626-808 at 644 (showing that 3GPP-compliant architecture requires ((R)an), which includes a 5G wireless transceiver.)

**Source Code**

Lemko anticipates that Defendants' source code will provide further support for this limitation. Lemko reserves the right to supplement these contentions under Miscellaneous Order No. 62, 3-7(a) after reviewing Defendants' source code.

| 8 [b].<br><br>a computer readable storage medium; | **4G Functionality**<br><br>As discussed above for Element 1[pre], AT&T's Nationwide Network utilizes instantiations of LTE/4G core. An instantiation of LTE/4G core software on a server or virtual machine is a non-transitory computer-readable medium. |
|---|---|

41

| | |
|---|---|
| | **5G Functionality**<br><br>As discussed above for Element 1[pre], AT&T's Nationwide Network utilizes instantiations of Azure Operator 5G Core.  An instantiation of Azure Operator 5G Core software on a server or virtual machine is a non-transitory computer-readable medium.<br><br>**Source Code**<br><br>Lemko anticipates that Defendants' source code will provide further support for this limitation.  Lemko reserves the right to supplement these contentions under Miscellaneous Order No. 62, 3-7(a) after reviewing Defendants' source code. |
| 8 [c].<br><br>a home location register (HLR) module embedded in the computer readable storage medium; | **4G Functionality**<br><br>The home distributed mobile architecture location register ("HLR") of AT&T's Nationwide Network stores information associated with the DMA.  The HLR (within HSS) also stores the PGW or the MME identity information.<br><br>The HSS is the master database for a given user.  LEMKO-ATT 004824-918 at 4843.  The home network may contain one or several HSSs.  *Id.*  The HSS is responsible for user identification, location information, and user profile information.  *Id.* at 4843-44.  As shown below, the HSS supports different domains and subsystems' call control and session management entities.  *Id.* at 4844. |



**Figure 0-a: Example of a Generic HSS structure and basic interfaces**

LEMKO-ATT 004824-918 at 4844. (the HSS structure and interfaces).

The information stored at the HSS includes the "MME Identity," which indicates the MME currently serving this subscriber; the "PGW identity," which indicates the PGW (or PGWs for connections to multiple PDNs) serving this subscriber; and the "PDN Address," which is the IP address for this subscriber (for each PDN it is connected to). LEMKO-ATT 005730-6016 at 5925-26 (stored data in the HSS using the IMSI as the primary key).

The GTP tunnels carry encapsulated transport packet data units and signaling messages between a pair of GTP user tunnel endpoints. LEMKO-ATT 009789-813 at 806. The endpoint ID in the GTP header shall indicate "which tunnel a particular data packet belonging to." *Id*. The GTP tunneling is applicable between SGWs. *Id*. at 811-12. However, the transfer of traffic from one mobile device to another mobile device between PGWs should use the SGi interface. *Id*. at 812.

43

5.1.2.1     UE - P-GW user plane with E-UTRAN



LEMKO-ATT 005730-6016 at 5800 (showing the user plane tunnels).

The TEID field is signalled to the peer GTP-U entity using "a control plane protocol" like GTPv1-C, GTPv2-C, RANAP, or S1-AP.  LEMKO-ATT 009789-813 at 796.  The IP packets in a GTPv1-U packet is either an IP packet sent to the mobile device "in the downlink direction" over the tunnels from the external network or sent from a mobile device "in the uplink direction" over the tunnels to the external network, identified by the access point name.  LEMKO-ATT 009789-813 at 796.

**5G Functionality**

The UDR is the actual database storage of subscriber information and registration information.  The 5G system architecture allows the UDM, the PCF, and the NEF (network exposure function) to store data in the UDR, including subscription data and policy data by the UDM and the PCF.  LEMKO-ATT 006327-784 at 6365.



Figure 4.2.5-2: Data storage architecture

LEMKO-ATT 006327-784 at 6365.

The UDM may perform this storage function if there is no UDR. When a mobile subscriber registers with the system (via the RAN connection to the database and from there the AMF), the AMF of the DMA system registers registration information with the UDR, the UDM, and the AUSF. LEMKO-ATT 009814-75 at 9840-41.



LEMKO-ATT 009814-75 at 28-30 (URI sub-level structure for the subscription data).

AT&T Private Networks use the Hewlett Packard Enterprises (HPE) Integrated Home Subscriber Server (I-HSS) in its HPE Subscriber Data Management ("SDM") solutions, which includes an HLR.  LEMKO-ATT 021832-39 at 38 (HPE SDM solutions conform to 3GPP standards).  The HPE includes the first off-switch HLR to allow service providers to deploy a multi-vendor core network solution.  LEMKO-ATT 021832-39 at 34.

The HPE I-HSS provides consolidated front-end applications to handle 2G/3G/4G/5G/IMS/AAA/equipment identity register ("EIR"), all from a common and consistent virtual network function ("VNF").  LEMKO-ATT 021832-39 at 34.  The I-HSS integrated the following network applications: the HLR GSM, the HLR GPRS, the HSS LTE, the HSS IMS, the HSS AAA, the EIR for the HLR and the HSS, and the HSS 5GNR.  *Id*. at 5.  HPE I-HSS servers as an integrated home location register ("HLR"), home subscriber services ("HSS"), and authentication, authorization, and access ("AAA") databases, supporting a frontend/backend architecture.  LEMKO-ATT 020098 -99 at 98; LEMKO-ATT 021832-39 at 33.

The HPE's I-HSS is an important component in AT&T's plan to virtualize and migrate the network functions to software running on AT&T's Integrated Cloud ("AIC").  LEMKO-ATT 020098-99 at 98.  HPE-IHSS supports primary IMS authentication procedures using authentication, key agreement-based, and mutual authentication security architecture.  *Id*. at 99.

The I-HSS is a standards-based HLR, the AAA, and the HSS developed for Evolved Packet Systems ("EPS") and IMS environments with an integrated AAA.  LEMKO-ATT 021840-44 at 41.  The HPE I-HSS is the core data storage and management element required to extend the 2G/3G Subscriber Data Management ("SDM") to the IMS, the LTE, the Wi-Fi, and beyond.  *Id*.  It will interwork with the 5G UDM at the message level and at the data level as per the 3GPP-defined standards.  *Id*.  The HPE I-HSS is hardware agnostic and has been deployed on COTS servers.  *Id*.  The HPE I-HSS and the HPE UDM can be bundled together to act like a combined HSS+UDM for ease of deployment, operations, administration, and maintenance.  *Id*. at 41.



**FIGURE 1.** High level 4G-5G Interworking Diagram

LEMKO-ATT 021840-44 at 42 (showing the I-HSS as a 4G-5G connection point); *see also* LEMKO-ATT 007444-96 at 52 (architecture for direct UDM-HSS interworking).

The HPE I-HSS stores the IMSI and the MDN for the subscriber in the MILR, which is Universal Identity Repository ("UIR") that provides back-end data management functions for the HPE I-HSS with minimal latency.  LEMKO-ATT 021832-39 at 34.  The HPE UIR complies with 3GPP User Data Convergence standards.  *Id*.  It is a flexible data repository that allows the separation of front-end application logic from back-end data and allows that data to be shared with other applications.  *Id.* at 37.  It can serve as the back-end repository for HPE I-HSS and can be combined with the HPE 5G Unified Data Repository ("UDR") and unstructured data storage function ("UDSF") components.  *Id.*



**FIGURE 3.** HPE UIR together with 5G UDR and UDSF converge in a shared data environment that provides simultaneous support of legacy and 5G data sets.

LEMKO-ATT 021832-39 at 38 (the HPE UIR with 5G UDR and the UDSF in a shared data environment).

The information associated with the device for the connections between the UPF and the NR are PDU Sessions and user-plane tunnels. These "tunnels" "encapsulate" the user-plane packets which means that the IP packets are wrapped within new IP packets with the IP addresses of those wrapped packets being the IP addresses of the network elements (i.e., the UPF and the NR base station, or the gNB).

The protocol to establish user plane tunnels is called the GTP-U. User plane tunnels are GTP-U tunnels between the UPF and the gNB (i.e., the NR base station). Setting up tunnels involves defining tunnel endpoints with tunnel identifiers (TEIDs) that identify the network elements for the connection associated with that the PDU session (which is associated with the mobile device).

GTP tunnels are used between two nodes communicating over a GTP based interface to separate traffic into different communication flows. LEMKO-ATT 009591-788 at 603. A GTP tunnel is identified in each node with a TEID, an IP address and a UDP port number. *Id*. The receiving end side of a GTP tunnel locally assigns the TEID value the transmitting side must use, and the TEID values are exchanged between tunnel endpoints using the GTP-C or the S1-MME message. *Id*.

| | |
|---|---|
| | The PDU Connectivity Service is a service that provides exchange of PDUs between a mobile device and a data network identified by a data network name. LEMKO-ATT 006327-784 at 432. The PDU Connectivity Service is supported via PDU sessions established upon request from the mobile device. *Id.* Each PDU session supports a single PDU session type (the exchange of a single type of PDU requested by the mobile device at the establishment of the PDU session). *Id.* at 433. Upon request from an application server, the 5GC can trigger a specific application in the mobile device. *Id.* at 433. When receiving the trigger message, the mobile device shall pass it to the identified application in the mobile device. *Id.* <br><br>**Source Code Supplementation** <br><br>Lemko anticipates that Defendants' source code will provide further support for this limitation. Lemko reserves the right to supplement these contentions under Local Patent Rule 3-4(a) after reviewing Defendants' source code. |
| 8 [d]. <br><br> a visitor location register (VLR) module embedded in the computer readable storage medium; | **4G Functionality** <br><br> The VLR stores the visitor DMA server information as part of the location updating procedure. LEMKO-ATT 022742-811 at 751. The HLR will also convey the subscriber parameters of the mobile device to the VLR for proper call handling. *Id.* When the mobile device registers with the VLR, the VLR provides its address to the HLR. *Id.* <br><br> The subscriber data typically includes identification information such as user IDs, international mobile subscriber identity ("IMSI"), mobile station international subscriber directory number ("MSISDN") and subscription details such as service plans, billing profiles, usage quotas, and associated policies. LEMKO-ATT 023341-56 at 45-46. <br><br>**5G Functionality** <br><br> AT&T Public Networks stores the information that indicates the association with NR1 (i.e., DMAS1) temporarily can be thought of as the VLR at the UPF. That information identifies that the mobile is adapted to communicate via the NR1, the device has attached to NR1 and is capable of receiving packets from the UPF. |

The VLR stores the information to establish a connection to the new PDU anchor (UPF).  For PDU Session of SSC mode 3, the network allows the establishment of mobile device connectivity via a new PDU session anchor to the same data network before connectivity between the mobile device and the previous PDU session anchor is released.



Schematic diagram illustrating the configuration of components for SSC mode 3

When trigger conditions apply, the network decides whether to select a PDU session anchor (a UPF) suitable for the mobile device's new conditions (e.g. point of attachment to the network). LEMKO-ATT 006327-784 at 6454.

The N26 interface is used to provide seamless session continuity for a single registration mode mobile device.  LEMKO-ATT 006785-7387 at 6980.  The interworking between the EPS and the 5GS is supported with IP address preservation by assuming SSC mode 1.  *Id*.

| | |
|---|---|
| | **Source Code Supplementation**<br><br>Lemko anticipates that Defendants' source code will provide further support for this limitation.  Lemko reserves the right to supplement these contentions under Local Patent Rule 3-4(a) after reviewing Defendants' source code. |
| 8 [e].<br><br>a mobile switching center (MSC) module embedded in the computer readable storage medium, wherein the MSC module includes an authentication, authorization, and accounting (AAA) module, the AAA module configured to support generation of a first set of call detail records at the communication apparatus; | **4G Functionality**<br>AT&T's Nationwide Network employs LTE/4G core server-hosted software to deliver network services, with mobile switching center (MSC) functionality, including the functionality traditionally served by an authentication, authorization, and accounting (AAA) module,  handled by the mobility management entity (MME): tracking user location, paging and managing handovers, session management, and authentication and authorization; the serving gateway (SGW): routing and forwarding data packets and acting as the local mobility anchor point for handovers; the packet gateway (PGW): the connection to the external IP network, performing IP address allocation, charging, packet filtering and policy-based control of user-specific IP flows; and the policy and charging rules-function (PCRF): policy and charging control.  LEMKO-ATT 004824-918 at 851-53.<br><br>AT&T Public Networks include the SGW, PGW, and PCRF core functions (VNFs):<br><br>• SGW (the serving gateway): the local mobility anchor point for inter-eNB handover, packet routing and forwarding, accounting for inter-operator charging<br><br>• PGW (PDN gateway): per-user based packet filtering, mobile device IP address allocation, transport level packet marking in the uplink and downlink, accounting for inter-operator charging, uplink and downlink bearer binding for GTP-based S5/S8 interface<br><br>• PCRF (Policy Control and Charging Rules Function): it encompasses policy control decision and flow-based charging control functionalities; it provides the network control regarding the service data flow detection, gating, QoS, and flow based charging<br><br>LEMKO-ATT 003980-4266 at 4030-32; LEMKO-ATT 004991-5106 at 5022-23. |

LTE/4G core software has traditional authentication, authorization, and accounting (AAA) functionality implemented through the home subscriber service (HSS) and mobility management entity (MME). The HSS functions as the "master directory," like the HLR/VLR, holding crucial details about each subscriber, including their phone number, service subscriptions, and current location. This information is vital for routing calls and messages, authenticating users, and managing mobile network operations. The mobility management entity (MME) tracks user location, and performs paging and managing handovers, session management, and authentication and authorization. LEMKO-ATT 004824-918 at 851-53.

AT&T's LTE/4G core software includes HSS and MME:



4.2    Architecture reference model

4.2.1    Non-roaming architecture

Figure 4.2.1-1: Non-roaming architecture for 3GPP accesses

LEMKO-ATT 003980-4266 at 3995.

AT&T's Nationwide Network consists of servers running LTE/4G core software with the functionality traditionally served by an authentication, authorization, and accounting (AAA) module that generates call detail records performed by the packet gateway (PGW). LEMKO-ATT 004824-918 at 845-46; LEMKO-ATT 003980-4266 at 4030-32.

AT&T's LTE/4G core software includes PGW (PDN Gateway).



4.2        Architecture reference model

4.2.1      Non-roaming architecture

Figure 4.2.1-1: Non-roaming architecture for 3GPP accesses

LEMKO-ATT 003980-4266 at 3995.

**5G Functionality**

AT&T's Nationwide Network employs Azure Operator 5G Core server-hosted software to deliver network services, with mobile switching center (MSC) functionality, including the functionality traditionally served by an authentication, authorization, and accounting (AAA) module,  handled by access and mobility management function (AMF), session management function (SMF), and user plane function (UPF).

Access and mobility management function (AMF) handles connection and mobility management tasks, including registration, authentication, and mobility management signaling with user equipment.  LEMKO-ATT 002626-2808 at 2691-93, 2772-80, and diagram below.  Session management function (SMF) handles control plane functions related to session management, including allocating IP addresses to devices and managing user plane functions.  *Id.*  User plane function (UPF) is responsible for user plane traffic transport and facilitates data transmission, including packet inspection, traffic routing, and QoS enforcement, between the radio access network and the data network.  *Id.*



*UE handover between source and target gNB's within 5G infrastructures*

LEMKO-ATT 055416-19.

As seen below, Azure Operator 5G core software includes access and mobility management function (AMF), session management function (SMF), and user plane function (UPF).

- AMF (Access and Mobility Management Function): it manages user mobility, authentication and registration

- SMF (Session Management Function): it manages data sessions which includes configuring the UPF (and any ULCL function in the UPF)

- UPF (User Plane Function): it handles the data from the user which includes routing the data and applying the Uplink Classifier (ULCL) function to determine whether to route the packet to the next UPF, to a local network (such as in a private enterprise deployment), or to locally switch it back in; it acts as the anchor to the data network routing packets as necessary

LEMKO-ATT 002626-808 at 772-775.

Azure Operator 5G core software has traditional authentication, authorization, and accounting (AAA) functionality distributed across various network functions: authentication server function (AuSF), handling

the primary authentication of users and devices, access and mobility management function (AMF), managing user access and mobility within the network, unified data management (UDM), storing subscriber profiles and data, policy control function (PCF), enforcing policies regarding network resource usage and authorization, and user plane function (UPF) and subscriber management function (SMF), supporting charging; control and coordination of charging data collection at UPF; and generation of charging information for monitoring event reports.   LEMKO-ATT 002626-2808 at 2671, 2722-23, 2731, 2772-80, 2777; LEMKO-ATT 007388-443 at 396.

AT&T's Nationwide Network consists of servers running Azure Operator 5G Core software with the functionality traditionally served by an authentication, authorization, and accounting (AAA) module that generates call detail records performed by user plane function (UPF), subscriber management function (SMF), and unified data management (UDM).  LEMKO-ATT 002626-2808 at 2772-80.  The SMF includes functionality to support charging; control and coordination of charging data collection at UPF; and generation of charging information for monitoring event reports.  *Id.*



Figure 5.2.1-1a: Overall non-roaming reference architecture of policy and charging control framework for the 5G System (reference point representation)

LEMKO-ATT 007388-443 at 400.

| | |
|---|---|
| | As seen below, Azure Operator 5G core software includes user plane function (UPF), session management function (SMF), and unified data management (UDM).<br><br>• UPF (User Plane Function): it handles the data from the user which includes routing the data and applying the Uplink Classifier (ULCL) function to determine whether to route the packet to the next UPF, to a local network (such as in a private enterprise deployment), or to locally switch it back in; it acts as the anchor to the data network routing packets as necessary<br><br>• UDR (Unified Data Repository): the database that holds the information about the user (subscription and registration information)<br><br>• UDM (Unified Data Management): the front-end interface to the user information<br><br>LEMKO-ATT 002626-808 at 773-74, 777.<br><br>**Source Code**<br>Lemko anticipates that Defendants' source code will provide further support for this limitation. Lemko reserves the right to supplement these contentions under Miscellaneous Order No. 62, 3-7(a) after reviewing Defendants' source code. |
| 8 [f].<br><br>a base station controller (BSC) module embedded in the computer readable storage medium; | **4G Functionality**<br>AT&T's Nationwide Network consists of servers running LTE/4G core software with base station controller (BSC) through the mobility management entity (MME) that tracks user location, and performs paging and managing handovers, session management, and authentication and authorization. LEMKO-ATT 004824-4918 at 4851-52. |

AT&T's LTE/4G core software includes MME.



**4.2     Architecture reference model**

**4.2.1     Non-roaming architecture**

Figure 4.2.1-1: Non-roaming architecture for 3GPP accesses

LEMKO-ATT 003980-4266 at 3995.

## 5G Functionality

AT&T's Nationwide Network consists of servers running Azure Operator 5G Core software with base station controller (BSC) functionality through the access and mobility management (AMF) network function that manages handovers between different radio access nodes (gNodeB), interacts with SMF, and handles connection management with the 5G network.  LEMKO-ATT 002626-2808 at 2691-93, 2772-80.

As seen below, Azure Operator 5G core software includes access and mobility management (AMF).



Azure Operator 5G Core supports all Gs

58

|  | LEMKO-ATT 020134-202 at 139.<br><br>**Source Code**<br>Lemko anticipates that Defendants' source code will provide further support for this limitation.  Lemko reserves the right to supplement these contentions under Miscellaneous Order No. 62, 3-7(a) after reviewing Defendants' source code. |
|---|---|
| 8 [g].<br><br>and a group call program embedded in the computer readable storage medium, the group call program to provide a group call between four or more mobile communication devices in response to receiving a request to establish the group call,<br><br>wherein telephony data associated with the group call is communicated to at least one mobile communication device of the four or more mobile communication devices via a second | **4G Functionality**<br>AT&T's Nationwide Network employs Long Term Evolution (LTE)/4G core server-hosted software to deliver network services, including group-call conferencing services.<br><br>AT&T's Nationwide Network facilitates group calls with multiple participants, including with four or more participants.  For example, AT&T's IP Multimedia Subsystem (IMS) supports the setup of group calls as defined in the 3GPP standard:  "The basic services for the IP Multimedia core network Subsytem (IMS), as defined in 3GPP TS 24.229[5], allow a user to initiate, modify and terminate media sessions based on the Session Initiation Protocol, as defined in RFC 3261[7]."  LEMKO-ATT 002865-3072 at 2874.  Although these basic mechanisms already allow "multi party calls," more sophisticated services for communication between "multiple parties" can be made available by the network.  *Id.*<br><br>**5G Functionality**<br>AT&T's Nationwide Network employs Azure Operator 5G Core server-hosted software to deliver network services, including group-call conferencing services.<br><br>AT&T's Nationwide Network facilitates group calls with multiple participants, including with four or more participants.  For example, AT&T's IMS Multimedia Telephony Service allows "multimedia conversational communications between two or more users. It provides real time bidirectional conversational transfer of speech, video or optionally other types of data."  LEMKO-ATT 053330-404 at 342.<br>**Source Code**<br>Lemko anticipates that Defendants' source code will provide further support for this limitation.  Lemko reserves the right to supplement these contentions under Miscellaneous Order No. 62, 3-7(a) after reviewing Defendants' source code. |

| | |
|---|---|
| communication apparatus, wherein the second communication apparatus comprises: | |
| 8 [h].<br><br>a second wireless transceiver; | As described above for Element 8[pre] and 8[a], AT&T's Nationwide Network comprise a wireless transceiver to provide radio access and connectivity. |
| 8 [i].<br><br>a second computer readable storage medium; | As described above for Element 8[b], AT&T's Nationwide Network includes instantiations of Azure Operator 5G Core.  An instantiation of Azure Operator 5G Core software on a server or virtual machine is a non-transitory computer-readable medium. |
| 8 [j].<br><br>a second HLR module embedded in the second computer readable storage medium; | As described above for Element 8[c], AT&T's Nationwide Network employs core software that performs functions traditionally served by the home location register (HLR). |
| 8 [k].<br><br>a second VLR module embedded in | As described above for Element 8[d], AT&T's Nationwide Network employs core software that performs functions traditionally served by the visitor location register (VLR). |

| | |
|---|---|
| the second computer readable storage medium; | |
| 8 [l].<br><br>a second MSC module embedded in the second computer readable storage medium, wherein the second MSC module includes a second AAA module the second AAA module configured to support generation of a second set of call detail records at the second communication apparatus; | As described above for Element 8[e], AT&T's Nationwide Network employs core software that performs functions traditionally served by the MSC module, including the AAA module and generation of call detail records. |
| 8 [m].<br><br>and a second BSC module embedded in the second computer readable storage medium. | As described above for Element 8[f], AT&T's Nationwide Network employs core software that performs functions traditionally served by the BSC module. |

| Claim 13 | |
|---|---|
| 13 [a].<br><br>A communication system, comprising:<br><br>a first communication apparatus, comprising: | AT&T's Nationwide Network is the communication system as in Claim 13.<br><br>AT&T Network Edge enables edge computing through wireless transceivers connecting to the AT&T Nationwide Network and brings public clouds closer to the UEs for low-latency applications. LEMKO-ATT 020044.<br><br><br><br>LEMKO-ATT 020044.<br><br>AT&T Personal Networks offer customers LTE, 5G, or 5G+ services in applications such as virtual reality and autonomous cars. LEMKO-ATT 022229-31 at 29. These networks offer wireless plans with LTE and 5G access for 4G or 5G mobile devices. *Id.* 5G offers broad coverage for both consumers and businesses over low-band spectrum. LEMKO-ATT 019896-99 at 97. 5G+ reaches coverage speeds up to 3x that of 4G in major metro areas, and peak speeds up to 10x faster than 4G in selected venues. *Id.* |



LEMKO-ATT 019896-99 at 97.



LEMKO-ATT 020014 (showing 4G, 5G, or 5G+ coverage in a specific geographic area).  Existing 4G devices will work as 5G rolls out but with only a 4G level service.  LEMKO-ATT 022229-31 at 29.

AT&T Personal Networks offer three different 5G services: AT&T 5G, which uses low-band spectrum; mid-band 5G+, which uses mid-band spectrum; high-band 5G+, which uses high-band spectrum.  LEMKO-ATT 022229-31 at 30.  The networks operate in the same way but use different spectra.

AT&T Personal Networks enables various phone plans to offer both 4G and 5G services, including AT&T Unlimited Premium PL, AT&T Unlimited Extra EL, and AT&T Unlimited Starter SL, AT&T VL Plan, AT&T 4GB plan, AT&T Prepaid Plan, and pay-as-you-go plan.  LEMKO-ATT 020122-27 at 25.  While these plans vary, they are operated on the same infringing AT&T nationwide infrastructure.



LEMKO-ATT 020122-27 at 23 (showing AT&T's unlimited phone plans).



LEMKO-ATT 019914-18 at 14 (showing AT&T prepaid plans including prepaid monthly, 12-month unlimited, 16 GB 3-month, 5GB and 15GB plans).

AT&T Business is a collection of services over 5G/5G+ networks, using the same AT&T nationwide infrastructure and functionality that AT&T uses to provide its personal service plans.  LEMKO-ATT 019994-97 at 96 (5G+ is only available in some high-traffic regions with limited reach with high-band spectrum).  5G offers broad coverage areas for both consumers and businesses over a low-band spectrum. LEMKO-ATT 019896-99 at 97.  5G+ reaches coverage speeds up to 3x that of 4G in major metro areas and peak speeds up to 10x faster than 4G in selected venues.  *Id.*



LEMKO-ATT 019896-99 at 97.

Through AT&T Business, AT&T offers business customers various 5G/5G+ phone plans, including AT&T Business Unlimited Premium, AT&T Business Unlimited Advanced, and AT&T Business Unlimited Standard plans.  LEMKO-ATT 020009-13 at 09.  These plans use the same AT&T nationwide network infrastructure and functionality discussed throughout this chart.



LEMKO-ATT 020009-13 at 09 (all business wireless plans include unlimited talk, text, high-speed data, and 5G/5G+ access).  AT&T Business Unlimited Elite/Performance plan includes mobile hotspot data.  *Id*. at 11. Additionally, AT&T Business Unlimited Plans include unlimited calling from the U.S. to Mexico and Canada and unlimited text from the U.S. to over 200 countries.  *Id*. at 12.  AT&T Business also provides basic phone services to advanced cloud-based "as a service" voice solutions based on VoIP (voice over IP). LEMKO-ATT 019331-35 at 34.

| 13 [b].<br><br>a first wireless transceiver; | **4G Functionality**<br>AT&T's Nationwide Network uses standardized radio technologies and transceiver devices to connect users to public networks in accordance with LTE/4G mode 3GPP standards. |
| --- | --- |

### 4.2.1    Non-roaming architecture



LEMKO-ATT 003980-4266 at 3995 (showing that 3gPP-compliant architecture requires E-UTRAN, which includes an LTE/4G wireless transceiver.)

**5G Functionality**

AT&T's Nationwide Network comprises a wireless transceiver to provide radio access and connectivity.

AT&T's Nationwide Network uses standardized radio technologies and transceiver devices to connect users to both private and public networks in accordance with 5G mode 3GPP standards.



Figure 4.2.3-2 depicts the 5G System architecture in the non-roaming case, using the reference point representatio showing how various network functions interact with each other.

**Figure 4.2.3-2: Non-Roaming 5G System Architecture in reference point representation**

LEMKO-ATT 002626-808 at 644 (showing that 3GPP-compliant architecture requires ((R)an), which includes a 5G wireless transceiver.)

**Source Code**

Lemko anticipates that Defendants' source code will provide further support for this limitation. Lemko reserves the right to supplement these contentions under Miscellaneous Order No. 62, 3-7(a) after reviewing Defendants' source code.

| 13 [c].<br><br>a first computer readable storage medium; | **4G Functionality**<br><br>As discussed above for Element 13[pre], AT&T's Nationwide Network utilizes instantiations of LTE/4G core. An instantiation of LTE/4G core software on a server or virtual machine is a non-transitory computer-readable medium. |
| --- | --- |

| | |
|---|---|
| | **5G Functionality**<br><br>As discussed above for Element 1[pre], AT&T's Nationwide Network utilizes instantiations of Azure Operator 5G Core.  An instantiation of Azure Operator 5G Core software on a server or virtual machine is a non-transitory computer-readable medium.<br><br>**Source Code**<br><br>Lemko anticipates that Defendants' source code will provide further support for this limitation.  Lemko reserves the right to supplement these contentions under Miscellaneous Order No. 62, 3-7(a) after reviewing Defendants' source code. |
| 13 [d].<br><br>a first home location register (HLR) module embedded in the first computer readable storage medium; | **4G Functionality**<br><br>The home distributed mobile architecture location register ("HLR") of AT&T's Nationwide Network stores information associated with the DMA.  The HLR (within HSS) also stores the PGW or the MME identity information.<br><br>The HSS is the master database for a given user.  LEMKO-ATT 004824-918 at 4843.  The home network may contain one or several HSSs.  *Id.*  The HSS is responsible for user identification, location information, and user profile information.  *Id.* at 4843-44.  As shown below, the HSS supports different domains and subsystems' call control and session management entities.  *Id.* at 4844. |



**Figure 0-a: Example of a Generic HSS structure and basic interfaces**

LEMKO-ATT 004824-918 at 4844. (the HSS structure and interfaces).

The information stored at the HSS includes the "MME Identity," which indicates the MME currently serving this subscriber; the "PGW identity," which indicates the PGW (or PGWs for connections to multiple PDNs) serving this subscriber; and the "PDN Address," which is the IP address for this subscriber (for each PDN it is connected to). LEMKO-ATT 005730-6016 at 5925-26 (stored data in the HSS using the IMSI as the primary key).

The GTP tunnels carry encapsulated transport packet data units and signaling messages between a pair of GTP user tunnel endpoints. LEMKO-ATT 009789-813 at 806. The endpoint ID in the GTP header shall indicate "which tunnel a particular data packet belonging to." *Id*. The GTP tunneling is applicable between SGWs. *Id*. at 811-12. However, the transfer of traffic from one mobile device to another mobile device between PGWs should use the SGi interface. *Id*. at 812.



LEMKO-ATT 005730-6016 at 5800 (showing the user plane tunnels).

The TEID field is signalled to the peer GTP-U entity using "a control plane protocol" like GTPv1-C, GTPv2-C, RANAP, or S1-AP.  LEMKO-ATT 009789-813 at 796.  The IP packets in a GTPv1-U packet is either an IP packet sent to the mobile device "in the downlink direction" over the tunnels from the external network or sent from a mobile device "in the uplink direction" over the tunnels to the external network, identified by the access point name.  LEMKO-ATT 009789-813 at 796.

**5G Functionality**

The UDR is the actual database storage of subscriber information and registration information.  The 5G system architecture allows the UDM, the PCF, and the NEF (network exposure function) to store data in the UDR, including subscription data and policy data by the UDM and the PCF.  LEMKO-ATT 006327-784 at 6365.



Figure 4.2.5-2: Data storage architecture

LEMKO-ATT 006327-784 at 6365.

The UDM may perform this storage function if there is no UDR.  When a mobile subscriber registers with the system (via the RAN connection to the database and from there the AMF), the AMF of the DMA system registers registration information with the UDR, the UDM, and the AUSF.  LEMKO-ATT 009814-75 at 9840-41.



LEMKO-ATT 009814-75 at 28-30 (URI sub-level structure for the subscription data).

AT&T Private Networks use the Hewlett Packard Enterprises (HPE) Integrated Home Subscriber Server (I-HSS) in its HPE Subscriber Data Management ("SDM") solutions, which includes an HLR. LEMKO-ATT 021832-39 at 38 (HPE SDM solutions conform to 3GPP standards). The HPE includes the first off-switch HLR to allow service providers to deploy a multi-vendor core network solution. LEMKO-ATT 021832-39 at 34.

The HPE I-HSS provides consolidated front-end applications to handle 2G/3G/4G/5G/IMS/AAA/equipment identity register ("EIR"), all from a common and consistent virtual network function ("VNF"). LEMKO-ATT 021832-39 at 34. The I-HSS integrated the following network applications: the HLR GSM, the HLR GPRS, the HSS LTE, the HSS IMS, the HSS AAA, the EIR for the HLR and the HSS, and the HSS 5GNR. *Id*. at 5. HPE I-HSS servers as an integrated home location register ("HLR"), home subscriber services ("HSS"), and authentication, authorization, and access ("AAA") databases, supporting a frontend/backend architecture. LEMKO-ATT 020098 -99 at 98; LEMKO-ATT 021832-39 at 33.

The HPE's I-HSS is an important component in AT&T's plan to virtualize and migrate the network functions to software running on AT&T's Integrated Cloud ("AIC"). LEMKO-ATT 020098-99 at 98. HPE-IHSS supports primary IMS authentication procedures using authentication, key agreement-based, and mutual authentication security architecture. *Id*. at 99.

The I-HSS is a standards-based HLR, the AAA, and the HSS developed for Evolved Packet Systems ("EPS") and IMS environments with an integrated AAA. LEMKO-ATT 021840-44 at 41. The HPE I-HSS is the core data storage and management element required to extend the 2G/3G Subscriber Data Management ("SDM") to the IMS, the LTE, the Wi-Fi, and beyond. *Id*. It will interwork with the 5G UDM at the message level and at the data level as per the 3GPP-defined standards. *Id*. The HPE I-HSS is hardware agnostic and has been deployed on COTS servers. *Id*. The HPE I-HSS and the HPE UDM can be bundled together to act like a combined HSS+UDM for ease of deployment, operations, administration, and maintenance. *Id*. at 41.



**FIGURE 1.** High level 4G-5G Interworking Diagram

LEMKO-ATT 021840-44 at 42 (showing the I-HSS as a 4G-5G connection point); *see also* LEMKO-ATT 007444-96 at 52 (architecture for direct UDM-HSS interworking).

The HPE I-HSS stores the IMSI and the MDN for the subscriber in the MILR, which is Universal Identity Repository ("UIR") that provides back-end data management functions for the HPE I-HSS with minimal latency. LEMKO-ATT 021832-39 at 34. The HPE UIR complies with 3GPP User Data Convergence standards. *Id*. It is a flexible data repository that allows the separation of front-end application logic from back-end data and allows that data to be shared with other applications. *Id*. at 37. It can serve as the back-end repository for HPE I-HSS and can be combined with the HPE 5G Unified Data Repository ("UDR") and unstructured data storage function ("UDSF") components. *Id*.



FIGURE 3. HPE UIR together with 5G UDR and UDSF converge in a shared data environment that provides simultaneous support of legacy and 5G data sets

LEMKO-ATT 021832-39 at 38 (the HPE UIR with 5G UDR and the UDSF in a shared data environment).

The information associated with the device for the connections between the UPF and the NR are PDU Sessions and user-plane tunnels. These "tunnels" "encapsulate" the user-plane packets which means that the IP packets are wrapped within new IP packets with the IP addresses of those wrapped packets being the IP addresses of the network elements (i.e., the UPF and the NR base station, or the gNB).

The protocol to establish user plane tunnels is called the GTP-U. User plane tunnels are GTP-U tunnels between the UPF and the gNB (i.e., the NR base station).  Setting up tunnels involves defining tunnel endpoints with tunnel identifiers (TEIDs) that identify the network elements for the connection associated with that the PDU session (which is associated with the mobile device).

GTP tunnels are used between two nodes communicating over a GTP based interface to separate traffic into different communication flows.  LEMKO-ATT 009591-788 at 603.  A GTP tunnel is identified in each node with a TEID, an IP address and a UDP port number.  *Id*.  The receiving end side of a GTP tunnel locally assigns the TEID value the transmitting side must use, and the TEID values are exchanged between tunnel endpoints using the GTP-C or the S1-MME message.  *Id*.

77

<table>
<tr>
<td></td>
<td>The PDU Connectivity Service is a service that provides exchange of PDUs between a mobile device and a data network identified by a data network name.  LEMKO-ATT 006327-784 at 432.  The PDU Connectivity Service is supported via PDU sessions established upon request from the mobile device.  <em>Id.</em>  Each PDU session supports a single PDU session type (the exchange of a single type of PDU requested by the mobile device at the establishment of the PDU session).  <em>Id.</em> at 433.  Upon request from an application server, the 5GC can trigger a specific application in the mobile device.  <em>Id.</em> at 433.  When receiving the trigger message, the mobile device shall pass it to the identified application in the mobile device.  <em>Id.</em><br><br>**Source Code Supplementation**<br><br>Lemko anticipates that Defendants' source code will provide further support for this limitation.  Lemko reserves the right to supplement these contentions under Local Patent Rule 3-4(a) after reviewing Defendants' source code.</td>
</tr>
<tr>
<td>13 [e].<br><br>a first visitor location register (VLR) module embedded in the first computer readable storage medium;</td>
<td>**4G Functionality**<br><br>The VLR stores the visitor DMA server information as part of the location updating procedure.  LEMKO-ATT 022742-811 at 751.  The HLR will also convey the subscriber parameters of the mobile device to the VLR for proper call handling.  <em>Id.</em>  When the mobile device registers with the VLR, the VLR provides its address to the HLR.  <em>Id.</em><br><br>The subscriber data typically includes identification information such as user IDs, international mobile subscriber identity ("IMSI"), mobile station international subscriber directory number ("MSISDN") and subscription details such as service plans, billing profiles, usage quotas, and associated policies.   LEMKO-ATT 023341-56 at 45-46.<br><br>**5G Functionality**<br><br>AT&T Public Networks stores the information that indicates the association with NR1 (i.e., DMAS1) temporarily can be thought of as the VLR at the UPF.  That information identifies that the mobile is adapted to communicate via the NR1, the device has attached to NR1 and is capable of receiving packets from the UPF.</td>
</tr>
</table>

The VLR stores the information to establish a connection to the new PDU anchor (UPF).  For PDU Session of SSC mode 3, the network allows the establishment of mobile device connectivity via a new PDU session anchor to the same data network before connectivity between the mobile device and the previous PDU session anchor is released.



Schematic diagram illustrating the configuration of components for SSC mode 3

When trigger conditions apply, the network decides whether to select a PDU session anchor (a UPF) suitable for the mobile device's new conditions (e.g. point of attachment to the network). LEMKO-ATT 006327-784 at 6454.

The N26 interface is used to provide seamless session continuity for a single registration mode mobile device.  LEMKO-ATT 006785-7387 at 6980.  The interworking between the EPS and the 5GS is supported with IP address preservation by assuming SSC mode 1.  *Id.*

| | |
|---|---|
| | **Source Code Supplementation**<br><br>Lemko anticipates that Defendants' source code will provide further support for this limitation. Lemko reserves the right to supplement these contentions under Local Patent Rule 3-4(a) after reviewing Defendants' source code. |
| 13 [f].<br><br>a first mobile switching center (MSC) module embedded in the first computer readable storage medium, wherein the first MSC module includes a first authentication, authorization, and accounting (AAA) module, the first AAA module configured to support generation of a first set of call detail records at the first communication apparatus; | **4G Functionality**<br>AT&T's Nationwide Network employs LTE/4G core server-hosted software to deliver network services, with mobile switching center (MSC) functionality, including the functionality traditionally served by an authentication, authorization, and accounting (AAA) module, handled by the mobility management entity (MME): tracking user location, paging and managing handovers, session management, and authentication and authorization; the serving gateway (SGW): routing and forwarding data packets and acting as the local mobility anchor point for handovers; the packet gateway (PGW): the connection to the external IP network, performing IP address allocation, charging, packet filtering and policy-based control of user-specific IP flows; and the policy and charging rules-function (PCRF): policy and charging control. LEMKO-ATT 004824-918 at 851-53.<br><br>AT&T Public Networks include the SGW, PGW, and PCRF core functions (VNFs):<br><br>• SGW (the serving gateway): the local mobility anchor point for inter-eNB handover, packet routing and forwarding, accounting for inter-operator charging<br><br>• PGW (PDN gateway): per-user based packet filtering, mobile device IP address allocation, transport level packet marking in the uplink and downlink, accounting for inter-operator charging, uplink and downlink bearer binding for GTP-based S5/S8 interface<br><br>• PCRF (Policy Control and Charging Rules Function): it encompasses policy control decision and flow-based charging control functionalities; it provides the network control regarding the service data flow detection, gating, QoS, and flow based charging<br><br>LEMKO-ATT 003980-4266 at 4030-32; LEMKO-ATT 004991-5106 at 5022-23. |

LTE/4G core software has traditional authentication, authorization, and accounting (AAA) functionality implemented through the home subscriber service (HSS) and mobility management entity (MME). The HSS functions as the "master directory," like the HLR/VLR, holding crucial details about each subscriber, including their phone number, service subscriptions, and current location. This information is vital for routing calls and messages, authenticating users, and managing mobile network operations. The mobility management entity (MME) tracks user location, and performs paging and managing handovers, session management, and authentication and authorization. LEMKO-ATT 004824-918 at 851-53.

AT&T's LTE/4G core software includes HSS and MME:

### 4.2    Architecture reference model

#### 4.2.1    Non-roaming architecture



**Figure 4.2.1-1: Non-roaming architecture for 3GPP accesses**

LEMKO-ATT 003980-4266 at 3995.

AT&T's Nationwide Network consists of servers running LTE/4G core software with the functionality traditionally served by an authentication, authorization, and accounting (AAA) module that generates call detail records performed by the packet gateway (PGW). LEMKO-ATT 004824-918 at 845-46; LEMKO-ATT 003980-4266 at 4030-32.

AT&T's LTE/4G core software includes PGW (PDN Gateway).



LEMKO-ATT 003980-4266 at 3995.

**5G Functionality**

AT&T's Nationwide Network employs Azure Operator 5G Core server-hosted software to deliver network services, with mobile switching center (MSC) functionality, including the functionality traditionally served by an authentication, authorization, and accounting (AAA) module,  handled by access and mobility management function (AMF), session management function (SMF), and user plane function (UPF).

Access and mobility management function (AMF) handles connection and mobility management tasks, including registration, authentication, and mobility management signaling with user equipment.  LEMKO-ATT 002626-2808 at 2691-93, 2772-80, and diagram below.  Session management function (SMF) handles control plane functions related to session management, including allocating IP addresses to devices and managing user plane functions.  *Id.*  User plane function (UPF) is responsible for user plane traffic transport and facilitates data transmission, including packet inspection, traffic routing, and QoS enforcement, between the radio access network and the data network.  *Id.*



*UE handover between source and target gNB's within 5G infrastructures*

LEMKO-ATT 055416-19.

As seen below, Azure Operator 5G core software includes access and mobility management function (AMF), session management function (SMF), and user plane function (UPF).

- AMF (Access and Mobility Management Function): it manages user mobility, authentication and registration

- SMF (Session Management Function): it manages data sessions which includes configuring the UPF (and any ULCL function in the UPF)

- UPF (User Plane Function): it handles the data from the user which includes routing the data and applying the Uplink Classifier (ULCL) function to determine whether to route the packet to the next UPF, to a local network (such as in a private enterprise deployment), or to locally switch it back in; it acts as the anchor to the data network routing packets as necessary

LEMKO-ATT 002626-808 at 772-775.

Azure Operator 5G core software has traditional authentication, authorization, and accounting (AAA) functionality distributed across various network functions: authentication server function (AuSF), handling the primary authentication of users and devices, access and mobility management function (AMF), managing user access and mobility within the network, unified data management (UDM), storing subscriber profiles and data, policy control function (PCF), enforcing policies regarding network resource usage and authorization, and user plane function (UPF) and subscriber management function (SMF), supporting charging; control and coordination of charging data collection at UPF; and generation of charging information for monitoring event reports.   LEMKO-ATT 002626-2808 at 2671, 2722-23, 2731, 2772-80, 2777; LEMKO-ATT 007388-443 at 396.

AT&T's Nationwide Network consists of servers running Azure Operator 5G Core software with the functionality traditionally served by an authentication, authorization, and accounting (AAA) module that generates call detail records performed by user plane function (UPF), subscriber management function (SMF), and unified data management (UDM).  LEMKO-ATT 002626-2808 at 2772-80.  The SMF includes functionality to support charging; control and coordination of charging data collection at UPF; and generation of charging information for monitoring event reports.  *Id.*



**Figure 5.2.1-1a: Overall non-roaming reference architecture of policy and charging control framework for the 5G System (reference point representation)**

LEMKO-ATT 007388-443 at 400.

As seen below, Azure Operator 5G core software includes user plane function (UPF), session management function (SMF), and unified data management (UDM).

- UPF (User Plane Function): it handles the data from the user which includes routing the data and applying the Uplink Classifier (ULCL) function to determine whether to route the packet to the next UPF, to a local network (such as in a private enterprise deployment), or to locally switch it back in; it acts as the anchor to the data network routing packets as necessary

- UDR (Unified Data Repository): the database that holds the information about the user (subscription and registration information)

- UDM (Unified Data Management): the front-end interface to the user information

LEMKO-ATT 002626-808 at 773-74, 777.

**Source Code**

Lemko anticipates that Defendants' source code will provide further support for this limitation. Lemko reserves the right to supplement these contentions under Miscellaneous Order No. 62, 3-7(a) after reviewing Defendants' source code.

| | |
|---|---|
| 13 [g].<br><br>a first base station controller (BSC) module embedded in the first computer readable storage medium; | **4G Functionality**<br><br>AT&T's Nationwide Network consists of servers running LTE/4G core software with base station controller (BSC) functionality through the mobility management entity (MME) that tracks user location, and performs paging and managing handovers, session management, and authentication and authorization.  LEMKO-ATT 004824-4918 at 4851-52.<br><br>AT&T's LTE/4G core software includes MME.<br><br>4.2    Architecture reference model<br><br>4.2.1    Non-roaming architecture<br><br><br><br>Figure 4.2.1-1: Non-roaming architecture for 3GPP accesses<br><br>LEMKO-ATT 003980-4266 at 3995.<br><br>**5G Functionality**<br><br>AT&T's Nationwide Network consists of servers running Azure Operator 5G Core software with base station controller (BSC) functionality through the access and mobility management (AMF) network function that manages handovers between different radio access nodes (gNodeB), interacts with SMF, and handles connection management with the 5G network.  LEMKO-ATT 002626-2808 at 2691-93, 2772-80. |

| | |
|---|---|
| | As seen below, Azure Operator 5G core software includes access and mobility management (AMF).<br><br><br>Azure Operator 5G Core supports all Gs<br><br>LEMKO-ATT 020134-202 at 139.<br><br>**Source Code**<br>Lemko anticipates that Defendants' source code will provide further support for this limitation. Lemko reserves the right to supplement these contentions under Miscellaneous Order No. 62, 3-7(a) after reviewing Defendants' source code. |
| 13 [h].<br><br>and a first group call program embedded in the first computer readable storage medium, the first group call program to provide a first group call between a first set of four or more mobile communication devices; | **4G Functionality**<br>AT&T's Nationwide Network employs Long Term Evolution (LTE)/4G core server-hosted software to deliver network services, including group-call conferencing services.<br><br>AT&T's Nationwide Network facilitates group calls with multiple participants, including with four or more participants. For example, AT&T's IP Multimedia Subsystem (IMS) supports the setup of group calls as defined in the 3GPP standard: "The basic services for the IP Multimedia core network Subsytem (IMS), as defined in 3GPP TS 24.229]5], allow a user to initiate, modify and terminate media sessions based on the Session Initiation Protocol, as defined in RFC 3261[7]." LEMKO-ATT 002865-3072 at 2874. Although these basic mechanisms already allow "multi party calls," more sophisticated services for communication between "multiple parties" can be made available by the network. *Id.*<br><br>**5G Functionality**<br>AT&T's Nationwide Network employs Azure Operator 5G Core server-hosted software to deliver network services, including group-call conferencing services. |

| | |
|---|---|
| | AT&T's Nationwide Network facilitates group calls with multiple participants, including with four or more participants.  For example, AT&T's IMS Multimedia Telephony Service allows "multimedia conversational communications between two or more users. It provides real time bidirectional conversational transfer of speech, video or optionally other types of data."  LEMKO-ATT 053330-404 at 342.<br><br>**Source Code**<br>Lemko anticipates that Defendants' source code will provide further support for this limitation.  Lemko reserves the right to supplement these contentions under Miscellaneous Order No. 62, 3-7(a) after reviewing Defendants' source code. |
| 13 [i].<br><br>and a second communication apparatus, comprising: | As described above for Element 13[pre], AT&T's Nationwide Network consist of multiple servers running core software. |
| 13 [j].<br>a second wireless transceiver; | As described above for Element 13[b], AT&T's Nationwide Network comprises multiple wireless transcievers to provide radio access and connectivity. |
| 13 [k].<br>a second computer readable storage medium; | As described above for Element 13[c], AT&T's Nationwide Network includes instantiations of core software that are a non-transitory computer-readable medium. |
| 13k [k].<br><br>a second HLR module embedded in the second computer readable storage medium; | As described above for Element 13[d], AT&T's Nationwide Network employs multiple instantiations of core software that performs functions traditionally served by the home location register (HLR). |

| 13 [l].<br><br>a second VLR module embedded in the second computer readable storage medium; | As described above for Element 13[e], AT&T's Nationwide Network employs multiple instantiations of core software that perform functions traditionally served by the visitor location register (VLR). |
| --- | --- |
| 13 [m].<br><br>a second MSC module embedded in the second computer readable storage medium, wherein the second MSC module includes a second AAA module, the second AAA module configured to support generation of a second set of call detail records at the second communication apparatus; | As described above for Element 13[f], AT&T's Nationwide Network employs multiple instantiations of core software that perform functions traditionally served by the MSC module, including the AAA module and the generation of call detail records. |
| 1 [n].<br><br>a second BSC module embedded in the second computer | As described above for Element 13[g], AT&T's Nationwide Network employs multiple instantiations of core software that perform functions traditionally served by the BSC module. |

| | |
|---|---|
| readable storage medium; | |
| 13 [o].<br><br>and a second group call program embedded in the second computer readable storage medium, the second group call program to provide a second group call between a second set of four or more mobile communication devices. | As described above for Element 13[h], AT&T's Nationwide Network employs multiple instantiations of core software with group-call capability. |