**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| LEMKO CORPORATION,<br><br>*Plaintiff*,<br><br>v.<br><br>AT&T ENTERPRISES LLC, AT&T MOBILITY LLC, AT&T MOBILITY LLC II, *and* AT&T SERVICES, INC.,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:25-CV-00305-JRG |

**ORDER**

Before the Court is the Motion To Modify Briefing Deadlines (the "Motion") jointly filed by Plaintiff Lemko Corporation ("Plaintiff") and Defendants AT&T Inc., AT&T Enterprises LLC, AT&T Communications LLC, AT&T Mobility LLC, AT&T Mobility II LLC, and AT&T Services, Inc. ("Defendants") (collectively, the "Parties"). (Dkt. No. 186). In the Motion, the Parties seek a two (2) day extension of time for the Parties to file reply and sur-reply briefs related to dispositive motions and motions to strike expert testimony (*e.g.*, *Daubert* motions). (*Id.* at 1). The requested extension would move the deadline for reply briefs from November 23, 2026, up to and including November 25, 2026. (*Id.*). The requested extension would also move the deadline for sur-reply briefs from November 30, 2026, up to and including December 2, 2026. (*Id.*).

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that the deadline for the Parties to file reply briefs related to dispositive motions and motions to strike expert testimony (*e.g.*, *Daubert* motions) is **extended** up to and including **November 25, 2026**. The Court also **ORDERS** that the deadline for the Parties to file sur-reply briefs related to dispositive motions and motions to strike

expert testimony (*e.g.*, *Daubert* motions) is **extended** up to and including **December 2, 2026**.

**So ORDERED and SIGNED this 19th day of November, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE